IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ESSAR STEEL MINNESOTA LLC and<br>ESML HOLDINGS INC.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11626 (BLS)<br><br>(Jointly Administered) |
| MESABI METALLICS COMPANY LLC,<br><br>Plaintiff<br><br>v.<br><br>CLEVELAND-CLIFFS, INC. (F/K/A CLIFFS NATURAL RESOURCES, INC.); DOES 1-10<br><br>Defendants. | Adv. Proc. No. 17-51210 (BLS)<br><br>Re: Docket No. 6 |

### ORDER APPROVING STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT CLEVELAND-CLIFFS, INC. (F/K/A CLIFFS NATURAL RESOURCES, INC.) TO RESPOND TO AMENDED COMPLAINT

AND NOW this 12th day of Dec., 2017 upon consideration of the *Stipulation for an Extension of Time for Defendant Cleveland-Cliffs, Inc. (f/k/a Cliffs Natural Resources, Inc.) to Respond to Amended Complaint* (the "**Stipulation**"),[2] and the Court having determined that no further notice of the Stipulation need be given; it is HEREBY ORDERED THAT:

1. The Stipulation is hereby APPROVED, as set forth herein.

---

[1] Essar Steel Minnesota LLC has changed its name to Mesabi Metallics Company LLC. The last four digits of its federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

[2] Where the context requires, each capitalized term used but not otherwise defined herein shall have the meaning ascribed to such term in the Stipulation.

2.  The time within which Cliffs may respond to the Amended Complaint is hereby extended to February 15, 2018.

3.  This Order is without prejudice to the rights of Cliffs to (a) seek a further extension if and as appropriate or (b) assert any other defense to the Amended Complaint.

Dated: December 12, 2017
Wilmington, Delaware

Honorable Brendan L. Shannon
United States Bankruptcy Court Judge