IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11626 (BLS)<br><br>(Jointly Administered) |
| MESABI METALLICS COMPANY LLC,<br><br>Plaintiff<br><br>v.<br><br>CLEVELAND-CLIFFS INC. (F/K/A CLIFFS NATURAL RESOURCES INC.); CLEVELAND-CLIFFS MINNESOTA LAND DEVELOPMENT LLC; GLACIER PARK IRON ORE PROPERTIES LLC; AND DOES 1-10<br><br>Defendants. | Adv. Proc. No. 17-51210 (BLS)<br><br>Re: Docket No. 42 |

**ORDER APPROVING BRIEFING SCHEDULE FOR
<u>MOTIONS FOR SUMMARY JUDGMENT</u>**

Upon consideration of the *Certification of Counsel Regarding Briefing Schedule for Motions for Summary Judgment* dated March [19], 2018 (the "**COC**"),[2] and the Court having determined that no further notice of the COC need be given; it is HEREBY ORDERED THAT:

---

[1] Essar Steel Minnesota LLC has changed its name to Mesabi Metallics Company LLC. The last four digits of its federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

[2] Where the context requires, each capitalized term used but not otherwise defined herein shall have the meaning ascribed to such term in the COC.

{BAY:03248968v1}

1. Mesabi shall file its answering brief in opposition to the GPIOP MSJ, the Mesabi MSJ, and any supporting declaration(s) or affidavit(s), on **March 28, 2018 by 5:00 p.m.**

2. Cliffs and Cliffs Minnesota shall file any joinder to the GPIOP MSJ, or file any Cliffs MSJ and supporting declaration(s) or affidavit(s), on **March 28, 2018 by 5:00 p.m.**

3. GPIOP shall file its answering brief in opposition to the Mesabi MSJ, and any supporting declaration(s) or affidavit(s), on **April 16, 2018 by 5:00 p.m.**

4. Cliffs and Cliffs Minnesota shall file their answering brief in opposition to the Mesabi MSJ, and any supporting declaration(s) or affidavit(s), on **April 16, 2018 by 5:00 p.m.**

5. Mesabi shall file its answering brief in opposition to any Cliffs MSJ on **April 16, 2018 by 5:00 p.m.**

6. Mesabi shall file its reply brief in support of the Mesabi MSJ on **May 2, 2018 by 5:00 p.m.**

7. GPIOP shall file its reply brief in support of the GPIOP MSJ on **May 2, 2018 by 5:00 p.m.**

8. Cliffs and Cliffs Minnesota shall file their reply brief in support of the Cliffs MSJ on **May 2, 2018 by 5:00 p.m.**

9. The Court shall hear argument on the MSJs on **May 15, 2018 at 11:00 a.m.**

10. Any party may, at any time prior to the hearing set for May 15, 2018, file a motion pursuant to Fed. R. Civ. P. 56(d).

Dated: March 20, 2018
Wilmington, Delaware

_____
HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE