# EXHIBIT 6

| | |
|---|---|
| **From:** | Faxon, Robert S. |
| **Sent:** | Thursday, January 31, 2019 4:52 PM |
| **To:** | Berman, Joshua; Joines, Adam J.; Kim, Doah; Harayda, Christopher (C.J.) |
| **Cc:** | Cleary, M. Blake; Neiburg, Michael; Morrison, Kristin S.M.; Moore, Charles; Averch, Craig; Gorsich, Ronald; Daniel N. Brogan; WBowden@ashbygeddes.com; Justin Alberto; Mickler, Troupe (TMickler@ashbygeddes.com); Ryan, Dennis M. |
| **Subject:** | RE: Adv. Proc. No. 17-51210 - Mesabi v. Cliffs et al.; Cliffs et al. v. Clarke et al.; GPIOP v. Mesabi |

Josh- We're adding Mr. Goncalves to the initial list at your request and solely to avoid wasting further time on this. In my experience, public company CEOs have few emails.

When can we expect White & Case to respond to Kristin's questions raised in her letter earlier this week?

Robert S. Faxon
Partner
**JONES DAY® - One Firm Worldwide℠**
901 Lakeside Avenue
Cleveland, OH 44114.1190
Office +1.216.586.7104
RFaxon@jonesday.com

---

**From:** Berman, Joshua
**Sent:** Thursday, January 31, 2019 3:54 PM
**To:** Joines, Adam J. ; Kim, Doah ; Harayda, Christopher (C.J.)
**Cc:** Faxon, Robert S. ; Cleary, M. Blake ; Neiburg, Michael ; Morrison, Kristin S.M. ; Moore, Charles ; Averch, Craig ; Gorsich, Ronald ; Daniel N. Brogan ; WBowden@ashbygeddes.com; Justin Alberto ; Mickler, Troupe (TMickler@ashbygeddes.com) ; Ryan, Dennis M.
**Subject:** RE: Adv. Proc. No. 17-51210 - Mesabi v. Cliffs et al.; Cliffs et al. v. Clarke et al.; GPIOP v. Mesabi

Adam –

Thank you for your note, and I'm sorry if we got our wires crossed.

Please put Mr. Goncalves on the list of Initial custodians. We simply do not accept Cliffs' contention that Goncalves is not likely to have uniquely responsive information.

Thanks,

Josh

**Joshua Berman** | Partner
**T** +1 212 819 8547 **M** +1 917 207 5418 **E** joshua.berman@whitecase.com
White & Case LLP | 1221 Avenue of the Americas | New York, NY 10020-1095

---

**From:** Joines, Adam J. <ajoines@jonesday.com>
**Sent:** Thursday, January 31, 2019 3:33 PM
**To:** Berman, Joshua <joshua.berman@whitecase.com>; Kim, Doah <doah.kim@whitecase.com>; Harayda, Christopher (C.J.) <cj.harayda@FaegreBD.com>
**Cc:** Faxon, Robert S. <rfaxon@JonesDay.com>; Cleary, M. Blake <mbcleary@ycst.com>; Neiburg, Michael <MNeiburg@ycst.com>; Morrison, Kristin S.M. <kmorrison@jonesday.com>; Moore, Charles

1

<charlesmoore@whitecase.com>; Averch, Craig <caverch@whitecase.com>; Gorsich, Ronald <rgorsich@whitecase.com>; Daniel N. Brogan <DBrogan@bayardlaw.com>; WBowden@ashbygeddes.com; Justin Alberto <JAlberto@bayardlaw.com>; Mickler, Troupe (TMickler@ashbygeddes.com) <TMickler@ashbygeddes.com>; Ryan, Dennis M. <Dennis.Ryan@FaegreBD.com>
**Subject:** RE: Adv. Proc. No. 17-51210 - Mesabi v. Cliffs et al.; Cliffs et al. v. Clarke et al.; GPIOP v. Mesabi

Josh,

I'm sorry you misunderstood. Mr. Goncalves has not been excluded as a custodian or source of potentially discoverable information for the litigation, and we have every intention of ensuring that responsive documents he possesses are produced in due course, in line with Cliffs' Rule 26(a) disclosures. I did not intend to convey anything different.

As I explained to you in our call on January 23, Mr. Goncalves is not listed as an "initial custodian" in Exhibit B to the ESI Protocol because Cliffs' list is based on individuals most likely to have ESI containing the information that Cliffs agreed it would produce in response to Mesabi's 1st RFPs. (I presumed Mesabi drafted its list of initial custodians in a similar fashion, having disclosed only eight Mesabi-related individuals in your insert to Exhibit B despite disclosing 14 individuals in Mesabi's Rule 26(a) disclosures. If that presumption is not correct, please let me know.)

During our call, you did not say anything in response to my explanation. The only reply I heard was a comment from Doah Kim that Exhibit B to the ESI Protocol is, as its title states, an <u>initial</u> list of ESI custodians that can be altered in the future by party agreement. I agree with Doah's characterization, and note that such supplementation is contemplated by our current draft of the ESI Protocol at paragraph 3.16. In short, "initial" does not mean "exclusive."

Mr. Goncalves' documents will of course be searched. They are not being searched in the first pass because he is unlikely to have uniquely responsive information.

Please let me know if this is the last remaining issue on the ESI Protocol and whether we can finalize this document.

Sincerely,

**Adam J. Joines** (bio)
Associate
**JONES DAY® - One Firm Worldwide**℠
901 Lakeside Avenue
Cleveland, OH 44114
Office +1.216.586.7076

---

**From:** Berman, Joshua <joshua.berman@whitecase.com>
**Sent:** Wednesday, January 30, 2019 12:37 PM
**To:** Joines, Adam J. <ajoines@jonesday.com>; Kim, Doah <doah.kim@whitecase.com>; Harayda, Christopher (C.J.) <cj.harayda@FaegreBD.com>; Ryan, Dennis M. <Dennis.Ryan@FaegreBD.com>
**Cc:** Faxon, Robert S. <rfaxon@JonesDay.com>; Cleary, M. Blake <mbcleary@ycst.com>; Neiburg, Michael <MNeiburg@ycst.com>; Morrison, Kristin S.M. <kmorrison@jonesday.com>; Moore, Charles <charlesmoore@whitecase.com>; Averch, Craig <caverch@whitecase.com>; Gorsich, Ronald <rgorsich@whitecase.com>; Daniel N. Brogan <DBrogan@bayardlaw.com>; WBowden@ashbygeddes.com; Justin Alberto <JAlberto@bayardlaw.com>; Mickler, Troupe (TMickler@ashbygeddes.com) <TMickler@ashbygeddes.com>
**Subject:** RE: Adv. Proc. No. 17-51210 - Mesabi v. Cliffs et al.; Cliffs et al. v. Clarke et al.; GPIOP v. Mesabi

Dear Adam,

Something is amiss.

In reviewing the attachments to your note below, we see that Goncalves is *still* not included on the list of custodians.

To state what you already know:

- Mesabi's complaint essentially centers on tortious and undisguised anti-competitive statements made by Goncalves personally – which he continues to make, unchecked, in public forums and directly to media outlets. We have the right to take all discovery available under the federal rules from Goncalves, and we will do so.

- On our January 23, 2018 call, you specifically acknowledged that Goncalves should be included on the list of custodians. (Is your latest turn of the protocols just an error? Did you mistakenly send us an earlier version? Or did you simply "not notice" that the bad-actor-in-chief – and avowed destroyer of Mesabi – remained missing from the custodian list?)

- Cliffs itself disclosed Mr. Goncalves as an "individual likely to have discoverable information" in its 26(a) disclosures, and asserted that "Mr. Goncalves has knowledge regarding Cliffs' operations and Cliffs' interactions with third parties." See p. 4.

I have to say, it is frustrating to see this after we had a specific conversation about Goncalves' inclusion last Wednesday night. Please correct the error, and then we can discuss submitting the protocols for review and approval by the Court.

Thanks and best,

Josh

**Joshua Berman** | Partner
**T** +1 212 819 8547 **M** +1 917 207 5418 **E** [joshua.berman@whitecase.com](mailto:joshua.berman@whitecase.com)
White & Case LLP | 1221 Avenue of the Americas | New York, NY 10020-1095

---

**From:** Joines, Adam J. <ajoines@jonesday.com>
**Sent:** Friday, January 25, 2019 3:59 PM
**To:** Kim, Doah <doah.kim@whitecase.com>; Harayda, Christopher (C.J.) <cj.harayda@FaegreBD.com>; Ryan, Dennis M. <Dennis.Ryan@FaegreBD.com>; Berman, Joshua <joshua.berman@whitecase.com>
**Cc:** Faxon, Robert S. <rfaxon@JonesDay.com>; Cleary, M. Blake <mbcleary@ycst.com>; Neiburg, Michael <MNeiburg@ycst.com>; Morrison, Kristin S.M. <kmorrison@jonesday.com>; Moore, Charles <charlesmoore@whitecase.com>; Averch, Craig <caverch@whitecase.com>; Gorsich, Ronald <rgorsich@whitecase.com>; Daniel N. Brogan <DBrogan@bayardlaw.com>; WBowden@ashbygeddes.com; Justin Alberto <JAlberto@bayardlaw.com>; Mickler, Troupe (TMickler@ashbygeddes.com) <TMickler@ashbygeddes.com>
**Subject:** RE: Adv. Proc. No. 17-51210 - Mesabi v. Cliffs et al.; Cliffs et al. v. Clarke et al.; GPIOP v. Mesabi

Doah, Josh, and CJ,

In light of our January 23 call, attached please find revised ESI Protocol exhibits B (initial custodians) and C (initial search terms). The only change to Exhibit B was to include Glacier Park's custodians that CJ sent in an email previously.

The changes to exhibit C reflect our discussion during the meet and confer. Additionally, please note that Mesabi, Chippewa, Tom Clarke, and Glacier Park must still insert the domain names of their relevant email address servers. The placeholders for those additions are highlighted in each of the clean and redline versions.

Please provide the information above and confirm whether we can finalize the ESI Protocol and all related exhibits.

Sincerely,

**Adam J. Joines** (bio)
Associate
**JONES DAY® - One Firm Worldwide**℠
901 Lakeside Avenue
Cleveland, OH 44114
Office +1.216.586.7076

**From:** Kim, Doah <doah.kim@whitecase.com>
**Sent:** Thursday, January 17, 2019 4:51 PM
**To:** Harayda, Christopher (C.J.) <cj.harayda@FaegreBD.com>; Joines, Adam J. <ajoines@jonesday.com>; Ryan, Dennis M. <Dennis.Ryan@FaegreBD.com>; Berman, Joshua <joshua.berman@whitecase.com>
**Cc:** Faxon, Robert S. <rfaxon@JonesDay.com>; Cleary, M. Blake <mbcleary@ycst.com>; Neiburg, Michael <MNeiburg@ycst.com>; Morrison, Kristin S.M. <kmorrison@jonesday.com>; Moore, Charles <charlesmoore@whitecase.com>; Averch, Craig <caverch@whitecase.com>; Gorsich, Ronald <rgorsich@whitecase.com>; Daniel N. Brogan <DBrogan@bayardlaw.com>; WBowden@ashbygeddes.com; Justin Alberto <JAlberto@bayardlaw.com>; Mickler, Troupe (TMickler@ashbygeddes.com) <TMickler@ashbygeddes.com>
**Subject:** RE: Adv. Proc. No. 17-51210 - Mesabi v. Cliffs et al.; Cliffs et al. v. Clarke et al.; GPIOP v. Mesabi

Adam,

Attached are Mesabi's comments to Exhibits B and C of the ESI Protocol (clean and redline versions). Chippewa's and Tom Clarke's ESI disclosures and comments to the protective order are forthcoming.

Thank you,
Doah

**Doah Kim** | Associate
**T** +1 213 620 7804 **M** +1 818 903 5132 **E** doah.kim@whitecase.com
White & Case LLP | 555 South Flower Street, Suite 2700 | Los Angeles, CA 90071-2433

**From:** Harayda, Christopher (C.J.) <cj.harayda@FaegreBD.com>
**Sent:** Thursday, January 17, 2019 6:25 AM
**To:** Joines, Adam J. <ajoines@jonesday.com>; Kim, Doah <doah.kim@whitecase.com>; Ryan, Dennis M. <Dennis.Ryan@FaegreBD.com>; Berman, Joshua <joshua.berman@whitecase.com>
**Cc:** Faxon, Robert S. <rfaxon@JonesDay.com>; Cleary, M. Blake <mbcleary@ycst.com>; Neiburg, Michael <MNeiburg@ycst.com>; Morrison, Kristin S.M. <kmorrison@jonesday.com>; Moore, Charles <charlesmoore@whitecase.com>; Averch, Craig <caverch@whitecase.com>; Gorsich, Ronald <rgorsich@whitecase.com>; Daniel N. Brogan <DBrogan@bayardlaw.com>; WBowden@ashbygeddes.com; Justin Alberto <JAlberto@bayardlaw.com>; Mickler, Troupe (TMickler@ashbygeddes.com) <TMickler@ashbygeddes.com>
**Subject:** RE: Adv. Proc. No. 17-51210 - Mesabi v. Cliffs et al.; Cliffs et al. v. Clarke et al.; GPIOP v. Mesabi

Adam,

The ESI Protocol and exhibits are acceptable to GPIOP. GPIOP's Initial Custodians for Exhibit B to the ESI protocols are David Schlagel, President, GPIOP and Shawn Rosenzweig, Chief Legal Officer, GPIOP.

Best,
C.J.

**C.J. Harayda**
*Partner*
cj.harayda@FaegreBD.com Download vCard
D: +1 612 766 8033 | F: +1 612 766 1600

**Faegre Baker Daniels LLP**
2200 Wells Fargo Center | 90 South Seventh Street | Minneapolis, MN 55402-3901, USA

**From:** Joines, Adam J. <ajoines@jonesday.com>
**Sent:** Friday, January 11, 2019 4:15 PM
**To:** Kim, Doah <doah.kim@whitecase.com>; Ryan, Dennis M. <Dennis.Ryan@FaegreBD.com>; Berman, Joshua

<joshua.berman@whitecase.com>
**Cc:** Faxon, Robert S. <rfaxon@JonesDay.com>; Cleary, M. Blake <mbcleary@ycst.com>; Neiburg, Michael <MNeiburg@ycst.com>; Morrison, Kristin S.M. <kmorrison@jonesday.com>; Moore, Charles <charlesmoore@whitecase.com>; Harayda, Christopher (C.J.) <cj.harayda@FaegreBD.com>; Averch, Craig <caverch@whitecase.com>; Gorsich, Ronald <rgorsich@whitecase.com>; Daniel N. Brogan <DBrogan@bayardlaw.com>; WBowden@ashbygeddes.com; Justin Alberto <JAlberto@bayardlaw.com>; Mickler, Troupe (TMickler@ashbygeddes.com) <TMickler@ashbygeddes.com>
**Subject:** RE: Adv. Proc. No. 17-51210 - Mesabi v. Cliffs et al.; Cliffs et al. v. Clarke et al.; GPIOP v. Mesabi

Josh, Doah, Dennis,

Per our discussion on Monday about the parties' respective edits to the protective order, attached please find our revisions to Mesabi's December 18, 2018 markup of the Protective Order in clean and redline. We hope you will find these revisions to reflect the compromise positions we reached on the call, with some additional clarifying edits. Please let us know whether this version is acceptable to your clients so that we can finalize this document and present it to the Court. If there is anything left to discuss, please let us know a time next week that you are available for another call.

Additionally, please let us know when we can expect to receive your clients' comments to the ESI Protocol exhibits, if any. I provided you with Cliffs' comments to those documents via email on December 21, 2018.

Finally, please let us know when we can expect to receive each of Mr. Clarke's and Chippewa's ESI Disclosures. Doah's December 18, 2018 email to me stated that those documents would be provided by December 21. I also followed up on these items with Charles via email on January 3, 2019.

Sincerely,

**Adam J. Joines** (bio)
Associate
**JONES DAY® - One Firm Worldwide**℠
901 Lakeside Avenue
Cleveland, OH 44114
Office +1.216.586.7076

**From:** Kim, Doah <doah.kim@whitecase.com>
**Sent:** Wednesday, January 2, 2019 5:59 PM
**To:** Joines, Adam J. <ajoines@jonesday.com>
**Cc:** Faxon, Robert S. <rfaxon@JonesDay.com>; Cleary, M. Blake <mbcleary@ycst.com>; Neiburg, Michael <MNeiburg@ycst.com>; Morrison, Kristin S.M. <kmorrison@jonesday.com>; Ryan, Dennis M. <Dennis.Ryan@FaegreBD.com>; Moore, Charles <charlesmoore@whitecase.com>; Harayda, Christopher (C.J.) <cj.harayda@FaegreBD.com>; Berman, Joshua <joshua.berman@whitecase.com>; Averch, Craig <caverch@whitecase.com>; Gorsich, Ronald <rgorsich@whitecase.com>; Daniel N. Brogan <DBrogan@bayardlaw.com>; WBowden@ashbygeddes.com; Justin Alberto <JAlberto@bayardlaw.com>; Mickler, Troupe (TMickler@ashbygeddes.com) <TMickler@ashbygeddes.com>
**Subject:** RE: Adv. Proc. No. 17-51210 - Mesabi v. Cliffs et al.; Cliffs et al. v. Clarke et al.; GPIOP v. Mesabi

Adam,

Monday works best for us. Josh Berman and I will be on for Mesabi.

Thanks,
Doah

**Doah Kim** | Associate

T +1 213 620 7804 **M** +1 818 903 5132 **E** doah.kim@whitecase.com
White & Case LLP | 555 South Flower Street, Suite 2700 | Los Angeles, CA 90071-2433

---

**From:** Joines, Adam J. <ajoines@jonesday.com>
**Sent:** Wednesday, January 2, 2019 1:00 PM
**To:** Kim, Doah <doah.kim@whitecase.com>
**Cc:** Faxon, Robert S. <rfaxon@JonesDay.com>; Cleary, M. Blake <mbcleary@ycst.com>; Neiburg, Michael <MNeiburg@ycst.com>; Morrison, Kristin S.M. <kmorrison@jonesday.com>; Ryan, Dennis M. <Dennis.Ryan@FaegreBD.com>; Moore, Charles <charlesmoore@whitecase.com>; Harayda, Christopher (C.J.) <cj.harayda@FaegreBD.com>; Berman, Joshua <joshua.berman@whitecase.com>; Averch, Craig <caverch@whitecase.com>; Gorsich, Ronald <rgorsich@whitecase.com>; Daniel N. Brogan <DBrogan@bayardlaw.com>; WBowden@ashbygeddes.com; Justin Alberto <JAlberto@bayardlaw.com>; Mickler, Troupe (TMickler@ashbygeddes.com) <TMickler@ashbygeddes.com>
**Subject:** RE: Adv. Proc. No. 17-51210 - Mesabi v. Cliffs et al.; Cliffs et al. v. Clarke et al.; GPIOP v. Mesabi

Doah,

Thank you for sending Mesabi's edits to the Protective Order. Rather than exchange another set of written edits, we think a call will be the most efficient way to resolve the outstanding items and move toward finalizing the Protective Order. In particular, we have questions about your edits to Sections 9 and 10 of Cliffs' draft (p. 10 of your 12.18.2018 Track Changes version).

We are generally available tomorrow (January 3), Friday, and Monday. Please let us know who from Mesabi and GPIOP will participate and I will circulate a dial-in.

Sincerely,

**Adam J. Joines** (bio)
Associate
**JONES DAY® - One Firm Worldwide**℠
901 Lakeside Avenue
Cleveland, OH 44114
Office +1.216.586.7076

---

**From:** Kim, Doah <doah.kim@whitecase.com>
**Sent:** Tuesday, December 18, 2018 1:11 PM
**To:** Joines, Adam J. <ajoines@jonesday.com>
**Cc:** Faxon, Robert S. <rfaxon@JonesDay.com>; Cleary, M. Blake <mbcleary@ycst.com>; Neiburg, Michael <MNeiburg@ycst.com>; Morrison, Kristin S.M. <kmorrison@jonesday.com>; Ryan, Dennis M. <Dennis.Ryan@FaegreBD.com>; Moore, Charles <charlesmoore@whitecase.com>; Harayda, Christopher (C.J.) <cj.harayda@FaegreBD.com>; Berman, Joshua <joshua.berman@whitecase.com>; Averch, Craig <caverch@whitecase.com>; Gorsich, Ronald <rgorsich@whitecase.com>; Daniel N. Brogan <DBrogan@bayardlaw.com>; WBowden@ashbygeddes.com; Justin Alberto <JAlberto@bayardlaw.com>; Mickler, Troupe (TMickler@ashbygeddes.com) <TMickler@ashbygeddes.com>
**Subject:** RE: Adv. Proc. No. 17-51210 - Mesabi v. Cliffs et al.; Cliffs et al. v. Clarke et al.; GPIOP v. Mesabi

Adam,

Thanks for your email.

Attached is a clean copy and redline of Mesabi's comments to the protective order. We have been working on the ESI disclosures for Chippewa and Tom Clarke and expect to provide them to you by the end of the week. With respect to your last point, Mesabi does intend to produce the contracts at issue after the protective order is finalized and entered.

If you have any other questions, please let me know.

Sincerely,
Doah

**Doah Kim** | Associate
T +1 213 620 7804 **M** +1 818 903 5132 **E** doah.kim@whitecase.com
White & Case LLP | 555 South Flower Street, Suite 2700 | Los Angeles, CA 90071-2433

---

**From:** Joines, Adam J. <ajoines@jonesday.com>
**Sent:** Monday, December 17, 2018 6:48 AM
**To:** Kim, Doah <doah.kim@whitecase.com>
**Cc:** Faxon, Robert S. <rfaxon@JonesDay.com>; Cleary, M. Blake <mbcleary@ycst.com>; Neiburg, Michael <MNeiburg@ycst.com>; Morrison, Kristin S.M. <kmorrison@jonesday.com>; Ryan, Dennis M. <Dennis.Ryan@FaegreBD.com>; Moore, Charles <charlesmoore@whitecase.com>; Harayda, Christopher (C.J.) <cj.harayda@FaegreBD.com>; Berman, Joshua <joshua.berman@whitecase.com>; Averch, Craig <caverch@whitecase.com>; Gorsich, Ronald <rgorsich@whitecase.com>; Daniel N. Brogan <DBrogan@bayardlaw.com>; WBowden@ashbygeddes.com; Justin Alberto <JAlberto@bayardlaw.com>; Mickler, Troupe (TMickler@ashbygeddes.com) <TMickler@ashbygeddes.com>
**Subject:** Adv. Proc. No. 17-51210 - Mesabi v. Cliffs et al.; Cliffs et al. v. Clarke et al.; GPIOP v. Mesabi

Doah,

There are several discovery items still outstanding between the parties.

1. ESI Protocol – We have reviewed the changes you sent on December 7, and are fine with your edits. Aside from Exhibits B (Custodians) and C (Search Terms), I believe the parties are in agreement on all terms to the ESI Protocol. On Exhibit B, Cliffs will send its portion of that exhibit this week. On Exhibit C, we have your December 10 comments to the draft Cliffs circulated, and are reviewing internally and with our client. We will send you a revised list with additional comments later this week.

2. Protective Order – The night of Monday, December 10, I received a copy of "preliminary comments" to Cliffs' last draft of the Stipulation and Protective Order from one of your associates, Alexandria Lattner. Ms. Lattner left me a voicemail that I returned the following morning, December 11. Ms. Lattner and I spoke in the afternoon, where I explained the basis for a section and several subsections in the Cliffs' draft. Ms. Lattner stated that she would make further edits to the draft in light of our conversation before she circulated a revised version to all counsel. When I asked whether the comments she sent me the night before were the full extent of comments to Cliffs' last circulation, Ms. Lattner said no and confirmed that she would follow up with a revised version. Please let us know the status of the Protective Order and when we can expect to receive Mesabi's comments.

3. Now that the Court has denied Mesabi, Chippewa, and Mr. Clarke's Motion to Dismiss Cliffs' counterclaims related to tortious interference, please let us know when we can expect to receive Mr. Clarke and Chippewa's ESI disclosures under L.R. 7026-3.

4. Mesabi's first claim for relief in its Second Amended Complaint is "Tortious Interference with Contractual Rights." Does Mesabi intend to produce the contracts with which it alleges Cliffs interfered as part of its Rule 26(a) initial disclosures? Please confirm when we can expect to receive those documents.

Sincerely,

**Adam J. Joines** (bio)
Associate
**JONES DAY® - One Firm Worldwide**℠
901 Lakeside Avenue
Cleveland, OH 44114
Office +1.216.586.7076

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

================================================================================

This communication may be privileged and confidential and is intended only for the individual or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also, please notify the sender by replying to this e-mail or by telephone at (213) 620-7700, and then delete the e-mail and any copies of it.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

================================================================================
***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

================================================================================

This communication may be privileged and confidential and is intended only for the individual or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also, please notify the sender by replying to this e-mail or by telephone at (213) 620-7700, and then delete the e-mail and any copies of it.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

================================================================================
***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

================================================================================

This communication may be privileged and confidential and is intended only for the individual or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also, please notify the sender by replying to this e-mail or by telephone at (213) 620-7700, and then delete the e-mail and any copies of it.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

================================================================================

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

================================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

================================================================================

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

================================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

================================================================================