# EXHIBIT 8

| | |
|---|---|
| **From:** | Kim, Doah <doah.kim@whitecase.com> |
| **Sent:** | Wednesday, July 31, 2019 5:34 PM |
| **To:** | Szuba, RJ; Joines, Adam J. |
| **Cc:** | Faxon, Robert S.; Morrison, Kristin S.M.; jalberto@bayardlaw.com; dbrogan@bayardlaw.com; emiller@bayardlaw.com; dennis.ryan@faegrebd.com; cj.harayda@faegrebd.com; tmickler@ashbygeddes.com; wbowden@ashby-geddes.com; mbcleary@ycst.com; MNeiburg@ycst.com; Berman, Joshua; Gustafson, Mark; W&C Mesabi Cliffs |
| **Subject:** | RE: Mesabi Metallics Company LLC v. Cleveland-Cliffs Inc. et al |

Adam,

I wanted to note our brief discussion this morning with respect to our July 11th letter regarding Cliffs' production deficiencies. You mentioned that you are still evaluating your response and will provide a further update in the next week or two. You look forward to your final response.

Sincerely,
Doah

**Doah Kim** | Associate
T +1 213 620 7804    M +1 818 903 5132    E doah.kim@whitecase.com
White & Case LLP | 555 South Flower Street, Suite 2700 | Los Angeles, CA 90071-2433

---

**From:** Szuba, RJ <rj.szuba@whitecase.com>
**Sent:** Thursday, July 11, 2019 11:10 AM
**To:** Joines, Adam J. <ajoines@jonesday.com>
**Cc:** Faxon, Robert S. <rfaxon@JonesDay.com>; kmorrison@jonesday.com; jalberto@bayardlaw.com; dbrogan@bayardlaw.com; emiller@bayardlaw.com; dennis.ryan@faegrebd.com; cj.harayda@faegrebd.com; tmickler@ashbygeddes.com; wbowden@ashby-geddes.com; mbcleary@ycst.com; MNeiburg@ycst.com; Berman, Joshua <joshua.berman@whitecase.com>; Gustafson, Mark <mgustafson@whitecase.com>; W&C Mesabi Cliffs <WCMesabiCliffs@whitecase.com>
**Subject:** RE: Mesabi Metallics Company LLC v. Cleveland-Cliffs Inc. et al

Adam,

Please see attached correspondence.

Sincerely,

**RJ Szuba** | Associate
T +1 213 620 7702    M +1 315 404 3654    E rj.szuba@whitecase.com
White & Case LLP | 555 South Flower Street, Suite 2700 | Los Angeles, CA 90071-2433

**From:** Joines, Adam J. <ajoines@jonesday.com>
**Sent:** Friday, May 3, 2019 3:29 PM
**To:** Gustafson, Mark <mgustafson@whitecase.com>
**Cc:** Morrison, Kristin S.M. <kmorrison@jonesday.com>; jalberto@bayardlaw.com; dbrogan@bayardlaw.com; emiller@bayardlaw.com; dennis.ryan@faegrebd.com; cj.harayda@faegrebd.com; tmickler@ashbygeddes.com; wbowden@ashby-geddes.com; mbcleary@ycst.com; MNeiburg@ycst.com; Averch, Craig <caverch@whitecase.com>; Berman, Joshua <joshua.berman@whitecase.com>; Gorsich, Ronald <rgorsich@whitecase.com>; Kim, Doah <doah.kim@whitecase.com>; Moore, Charles <charlesmoore@whitecase.com>; Faxon, Robert S. <rfaxon@JonesDay.com>
**Subject:** RE: Mesabi Metallics Company LLC v. Cleveland-Cliffs Inc. et al

Mark,

Please see the attached correspondence.

Sincerely,

**Adam J. Joines** (bio)
Associate
**JONES DAY® - One Firm Worldwide**℠
901 Lakeside Avenue
Cleveland, OH 44114
Office +1.216.586.7076

---

**From:** Gustafson, Mark <mgustafson@whitecase.com>
**Sent:** Friday, April 19, 2019 6:44 PM
**To:** Faxon, Robert S. <rfaxon@JonesDay.com>
**Cc:** Joines, Adam J. <ajoines@jonesday.com>; Morrison, Kristin S.M. <kmorrison@jonesday.com>; jalberto@bayardlaw.com; dbrogan@bayardlaw.com; emiller@bayardlaw.com; dennis.ryan@faegrebd.com; cj.harayda@faegrebd.com; tmickler@ashbygeddes.com; wbowden@ashby-geddes.com; mbcleary@ycst.com; MNeiburg@ycst.com; Averch, Craig <caverch@whitecase.com>; Berman, Joshua <joshua.berman@whitecase.com>; Gorsich, Ronald <rgorsich@whitecase.com>; Kim, Doah <doah.kim@whitecase.com>; Moore, Charles <charlesmoore@whitecase.com>
**Subject:** Mesabi Metallics Company LLC v. Cleveland-Cliffs Inc. et al

Counsel:

Please see attached correspondence.

Sincerely,

**Mark Gustafson** | Counsel
T  +1 213 620 7736    M  +1 626 664 8502    E  mgustafson@whitecase.com
White & Case LLP  |  555 South Flower Street, Suite 2700  |  Los Angeles, CA 90071-2433
**WHITE & CASE**

===============================================================================================

This communication may be privileged and confidential and is intended only for the individual or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also, please notify the sender by replying to this e-mail or by telephone at (213) 620-7700, and then delete the e-mail and any copies of it.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

===============================================================================================
***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

===============================================================================================

This communication may be privileged and confidential and is intended only for the individual or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also, please notify the sender by replying to this e-mail or by telephone at (213) 620-7700, and then delete the e-mail and any copies of it.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.