# EXHIBIT 9

| | |
|---|---|
| **From:** | Lattner, Alexandria <alexandria.lattner@whitecase.com> |
| **Sent:** | Monday, August 26, 2019 11:22 PM |
| **To:** | Kim, Doah; Morrison, Kristin S.M.; Berman, Joshua; Szuba, RJ; Gustafson, Mark; Gorsich, Ronald; Moore, Charles |
| **Cc:** | Averch, Craig; dbrogan@bayardlaw.com; jalberto@bayardlaw.com; emiller@bayardlaw.com; Harayda, Christopher (C.J.); Mickler, Troupe (TMickler@ashbygeddes.com); Ryan, Dennis M.; Bowden, Bill (WBowden@ashbygeddes.com); Faxon, Robert S.; Joines, Adam J.; Cleary, M. Blake; Neiburg, Michael; Good, Morgan; W&C Mesabi Cliffs |
| **Subject:** | RE: Mesabi Metallics Company LLC v. Cleveland-Cliffs Inc. et al |
| **Attachments:** | Mesabi v. Cliffs - Chart Summarizing Current Status of August 26 Meet and Confer.pdf |

Hi Kristin,

Please find attached an updated chart following the meet and confer call today.

Best regards,
Ali

**Alexandria Lattner** | Associate
T  +1 213 620 7836    M  949 244 5833    E  alexandria.lattner@whitecase.com
White & Case LLP  |  555 South Flower Street, Suite 2700  |  Los Angeles, CA 90071-2433

**From:** Kim, Doah <doah.kim@whitecase.com>
**Sent:** Friday, August 23, 2019 12:28 PM
**To:** Morrison, Kristin S.M. <kmorrison@jonesday.com>; Berman, Joshua <joshua.berman@whitecase.com>; Szuba, RJ <rj.szuba@whitecase.com>; Gustafson, Mark <mgustafson@whitecase.com>; Gorsich, Ronald <rgorsich@whitecase.com>; Moore, Charles <charlesmoore@whitecase.com>
**Cc:** Averch, Craig <caverch@whitecase.com>; dbrogan@bayardlaw.com; jalberto@bayardlaw.com; emiller@bayardlaw.com; Harayda, Christopher (C.J.) <cj.harayda@FaegreBD.com>; Mickler, Troupe (TMickler@ashbygeddes.com) <TMickler@ashbygeddes.com>; Ryan, Dennis M. <Dennis.Ryan@FaegreBD.com>; Bowden, Bill (WBowden@ashbygeddes.com) <WBowden@ashbygeddes.com>; Faxon, Robert S. <rfaxon@JonesDay.com>; Joines, Adam J. <ajoines@jonesday.com>; Cleary, M. Blake <mbcleary@ycst.com>; Neiburg, Michael <MNeiburg@ycst.com>; Good, Morgan <morgan.good@whitecase.com>; W&C Mesabi Cliffs <WCMesabiCliffs@whitecase.com>
**Subject:** RE: Mesabi Metallics Company LLC v. Cleveland-Cliffs Inc. et al

Kristin,

Please see the attached correspondence and helpful chart.  If you think a Word version of the chart would be more helpful, let me know and I will circulate.

Sincerely,
Doah

**Doah Kim** | Associate
T  +1 213 620 7804    M  +1 818 903 5132    E  doah.kim@whitecase.com
White & Case LLP  |  555 South Flower Street, Suite 2700  |  Los Angeles, CA 90071-2433

**From:** Morrison, Kristin S.M. <kmorrison@jonesday.com>
**Sent:** Friday, August 23, 2019 8:30 AM
**To:** Berman, Joshua <joshua.berman@whitecase.com>; Szuba, RJ <rj.szuba@whitecase.com>; Gustafson, Mark <mgustafson@whitecase.com>; Kim, Doah <doah.kim@whitecase.com>; Gorsich, Ronald <rgorsich@whitecase.com>; Moore, Charles <charlesmoore@whitecase.com>
**Cc:** Averch, Craig <caverch@whitecase.com>; dbrogan@bayardlaw.com; jalberto@bayardlaw.com; emiller@bayardlaw.com; Harayda, Christopher (C.J.) <cj.harayda@FaegreBD.com>; Mickler, Troupe (TMickler@ashbygeddes.com) <TMickler@ashbygeddes.com>; Ryan, Dennis M. <Dennis.Ryan@FaegreBD.com>; Bowden, Bill (WBowden@ashbygeddes.com) <WBowden@ashbygeddes.com>; Faxon, Robert S. <rfaxon@JonesDay.com>; Joines, Adam J. <ajoines@jonesday.com>; Cleary, M. Blake <mbcleary@ycst.com>; Neiburg, Michael <MNeiburg@ycst.com>; Good, Morgan <morgan.good@whitecase.com>; W&C Mesabi Cliffs <WCMesabiCliffs@whitecase.com>
**Subject:** RE: Mesabi Metallics Company LLC v. Cleveland-Cliffs Inc. et al

Josh –
Thank you for agreeing to provide your "helpful chart." It sounded like RJ had such a chart during yesterday's call, and it indeed would have been helpful—and more productive—to have that beforehand on our side as well. The facts are what they are with respect to our meet-and-confer dialogue and timing. The discussions we had yesterday, and will continue on Monday, could have occurred in January or February. Your commentary about Cliffs' participation in discovery or my colleagues' efforts to work with you previously, like your continuing comments about your views of my client, are both skewed and unproductive.

As I stated yesterday, to the extent Mesabi is willing to try to reach a reasonable agreement on the scope of discovery, Cliffs is willing to continue to do so. I look forward to talking to your team on Monday.

Regards,
Kristin

**Kristin S.M. Morrison** (bio)
Partner
**JONES DAY® - One Firm Worldwide℠**
901 Lakeside Avenue
Cleveland, OH 44114-1190
Office  +1.216.586.7375
Fax     +1.216.579.0212
kmorrison@jonesday.com


**From:** Berman, Joshua <joshua.berman@whitecase.com>
**Sent:** Thursday, August 22, 2019 11:00 PM
**To:** Morrison, Kristin S.M. <kmorrison@jonesday.com>; Szuba, RJ <rj.szuba@whitecase.com>; Gustafson, Mark <mgustafson@whitecase.com>; Kim, Doah <doah.kim@whitecase.com>; Gorsich, Ronald <rgorsich@whitecase.com>; Moore, Charles <charlesmoore@whitecase.com>
**Cc:** Averch, Craig <caverch@whitecase.com>; dbrogan@bayardlaw.com; jalberto@bayardlaw.com; emiller@bayardlaw.com; Harayda, Christopher (C.J.) <cj.harayda@FaegreBD.com>; Mickler, Troupe (TMickler@ashbygeddes.com) <TMickler@ashbygeddes.com>; Ryan, Dennis M. <Dennis.Ryan@FaegreBD.com>; Bowden, Bill (WBowden@ashbygeddes.com) <WBowden@ashbygeddes.com>; Faxon, Robert S. <rfaxon@JonesDay.com>; Joines, Adam J. <ajoines@jonesday.com>; Cleary, M. Blake <mbcleary@ycst.com>; Neiburg, Michael <MNeiburg@ycst.com>; Good, Morgan <morgan.good@whitecase.com>; W&C Mesabi Cliffs <WCMesabiCliffs@whitecase.com>
**Subject:** RE: Mesabi Metallics Company LLC v. Cleveland-Cliffs Inc. et al

Thanks. We'll send you a helpful chart. Zero worries re: addressees. Yoi can always use the W&C Mesabi Cliffs group cc'd. That gets us all. For the record, not a single thing raised on the call today was

new.  Honestly it's tough with your team. Cliff's participation in discovery had been so anemic and so deficient, we thought the only conceivably productive way to go was request-by-request.  Otherwise you just get to keep stonewalling and running the clock at the same time ... and then claim "oh it's actually your fault that we basically produced nothing."  That's what you've done so far and that's really the upshot of your note below, altho you used a lot more words.

---

**From:** Morrison, Kristin S.M. <kmorrison@jonesday.com>
**Date:** Thursday, Aug 22, 2019, 10:51 PM
**To:** Berman, Joshua <joshua.berman@whitecase.com>, Szuba, RJ <rj.szuba@whitecase.com>, Gustafson, Mark <mgustafson@whitecase.com>, Kim, Doah <doah.kim@whitecase.com>, Gorsich, Ronald <rgorsich@whitecase.com>, Moore, Charles <charlesmoore@whitecase.com>
**Cc:** Averch, Craig <caverch@whitecase.com>, dbrogan@bayardlaw.com <dbrogan@bayardlaw.com>, jalberto@bayardlaw.com <jalberto@bayardlaw.com>, emiller@bayardlaw.com <emiller@bayardlaw.com>, Harayda, Christopher (C.J.) <cj.harayda@FaegreBD.com>, Mickler, Troupe (TMickler@ashbygeddes.com) <TMickler@ashbygeddes.com>, Ryan, Dennis M. <Dennis.Ryan@FaegreBD.com>, Bowden, Bill (WBowden@ashbygeddes.com) <WBowden@ashbygeddes.com>, Faxon, Robert S. <rfaxon@JonesDay.com>, Joines, Adam J. <ajoines@jonesday.com>, Cleary, M. Blake <mbcleary@ycst.com>, Neiburg, Michael <MNeiburg@ycst.com>, Good, Morgan <morgan.good@whitecase.com>
**Subject:** RE: Mesabi Metallics Company LLC v. Cleveland-Cliffs Inc. et al

RJ, Josh, Ron, Mark, Doah, Dave, Charles, et al.* –

Cliffs accepted your invitation for a 2 hour meet-and-confer call today that you requested to discuss any remaining disputes following the parties' correspondence concerning Cliffs' Responses to Mesabi's First and Second RFPs.  That correspondence discussed specific issues Mesabi had identified and wished to address with respect to Cliffs' Responses to particular Requests.  We understood going into today's call that each parties' positions were as laid out in the letters, and that today's call would be focused on what might remain in dispute to see if any further negotiations could resolve the specific issues Mesabi had raised.

Today's 3.5 hour call wandered far afield of that understanding.  You opened the call with a global request for Cliffs to expand the time period for each of Cliffs' Responses beyond the scope for which Cliffs—in January—had agreed it would search for and produce documents, stating the time period must extend to at least January 1, 2014 to the present, regardless of the topic, and for pricing and market-related information, you want back to January 1, 2012.  You then proceeded to walk through each and every Request and Response one by one and, for virtually all, state at least one concern with each Response, repeatedly asking that Cliffs now withdraw most, if not all, of its objections or more targeted production agreements in favor of an agreement to produce "all responsive documents" exactly as Mesabi requested in each Request.  You generally conveyed that you disagreed with all of Cliffs' relevance or proportionality objections that sought to limit the scope of discovery to the stated allegations, asking that Cliffs produce everything requested for Mesabi to review and determine what fits within its allegations.  When I asked you to provide reasons why Cliffs' agreed-to productions for a particular Request were insufficient for the needs of the case, you justified the requested expansion in time period or subject matter scope with general statements that anything could reveal anticompetitive conduct and that Mesabi's allegations of anticompetitive conduct are broad enough to touch every topic requested and extend backward in time (even if the allegations mention a specific time period).

One of the most troubling points in today's call was your statement that Mesabi would not be bound by any of its prior representations or positions with respect to Cliffs' Responses.  Despite the parties' several detailed letters raising specific concerns with particular Requests by number, asking for specific concessions based on those concerns, and making specific representations and offers to resolve those concerns, your position is that Mesabi may now go back to seeking each and every document potentially sought in Mesabi's Requests as written and served in November 2018.  You repeatedly stated that if Cliffs would not comply now in any given respect, Cliffs must give you a cost and burden analysis to support a more limited scope for any particular Request.  (If you are offering to share the cost if Cliffs

will agree to Mesabi's belated requests to greatly expand the scope of discovery, let me know.)  Given this position, I'm not sure how Cliffs is supposed to sort through the parties' correspondence to understand the positions Mesabi is taking and try to negotiate cooperatively to reach agreement.

As I informed you on the call, today was the first time that Mesabi raised many of the concerns you asked me to address on the call regarding the scope of Cliffs' Responses.  And even for certain Requests for which Mesabi previously raised one concern (usually the time period), on today's call you asked Cliffs now to consider a new concern that you believed should broaden the subject matter scope of what Cliffs had agreed to produce.

For example, you stated today for the first time that for Request No. 28—which seeks "All documents and things relating to ArcelorMittal's relationship with Mesabi," and for which Cliffs agreed to produce "communications from June 1, 2015 to October 31, 2016 between Cliffs and ArcelorMittal regarding ArcelorMittal's previous contract to purchase iron ore from Mesabi"—Mesabi was not satisfied with the subject matter scope of Cliffs' agreed production.  Instead, Mesabi now wants Cliffs to consider producing more than communications between Cliffs and ArcelorMittal and that the scope must extend beyond the topic of ArcelorMittal's previous contract with Mesabi.  Before today's call, Mesabi had asked only that Cliffs consider expanding the time period for its Response to Request No. 28.  As a further example, you asked today that for any requests where Cliffs had stated it would agree to produce documents relating to/regarding Mesabi and "the claims at issue" or allegations in the case, Cliffs must remove "the claims at issue" or reference to allegations—the subject matter limitation. (Response Nos. 3, 26, 31, 32, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47.)  In essence, I understand this as meaning you want Cliffs to produce every document that in any way mentions or concerns Mesabi, by name or not, and any entity who may have worked with, or considered working with, Mesabi from 2014 to the present.

Burden aside, these issues and many others discussed today are new issues raised for the first time on today's call.  As I stated repeatedly, I will consider your request to expand the scope of what Cliffs agreed to produce for each Request we discussed (to the extent I understood it), confer with my client, and get back to you with my client's position.  As I asked during today's call, kindly provide Mesabi's positions in writing so that I can accurately convey them to my client.  Based on my notes for Request Nos. 1-75 (the extent of our progress in 3.5 hours), you were "OK" with Cliffs' Responses to only Request Nos. 1 and 2 (seeking org charts), 18 (for which Cliffs has no documents), and 33, 34, and 58 (which you acknowledged were wholly subsumed within earlier Requests).  There are other Requests for which Cliffs made supplemental production offers in its correspondence that Mesabi was still considering; let me know if those resolve any issues raised.

You requested that we pick back up where we left off and continue to go through each of Request Nos. 75-127 on Monday, August 26.  We are available to do so after 1:00 p.m. ET.  If you can provide further written positions on any issues, raised or not raised to date, please do so for the sake of efficiency on the call.

Regards,
Kristin

\* I don't intend to exclude any of Mesabi's counsel who attended the call, but may have missed those who entered the call after we started.  To avoid misattribution, I use "you" generally to refer to anyone of Mesabi's counsel who spoke during the call.  I also don't seem to have Dave's email address from any prior correspondence; kindly forward this to him.

**Kristin S.M. Morrison** (bio)
Partner
**JONES DAY® - One Firm Worldwide℠**
901 Lakeside Avenue
Cleveland, OH 44114-1190
Office   +1.216.586.7375
Fax      +1.216.579.0212
kmorrison@jonesday.com

**From:** Ryan, Dennis M. <Dennis.Ryan@FaegreBD.com>
**Sent:** Wednesday, August 21, 2019 3:33 PM
**To:** Morrison, Kristin S.M. <kmorrison@jonesday.com>; Berman, Joshua <joshua.berman@whitecase.com>; Szuba, RJ <rj.szuba@whitecase.com>
**Cc:** Gustafson, Mark <mgustafson@whitecase.com>; Kim, Doah <doah.kim@whitecase.com>; Averch, Craig <caverch@whitecase.com>; Gorsich, Ronald <rgorsich@whitecase.com>; Moore, Charles <charlesmoore@whitecase.com>; dbrogan@bayardlaw.com; jalberto@bayardlaw.com; emiller@bayardlaw.com; Harayda, Christopher (C.J.) <cj.harayda@FaegreBD.com>; Mickler, Troupe <TMickler@ashbygeddes.com> <TMickler@ashbygeddes.com>; Bowden, Bill <WBowden@ashbygeddes.com>) <WBowden@ashbygeddes.com>; Faxon, Robert S. <rfaxon@JonesDay.com>; Joines, Adam J. <ajoines@jonesday.com>; Cleary, M. Blake <mbcleary@ycst.com>; Neiburg, Michael <MNeiburg@ycst.com>; Good, Morgan <morgan.good@whitecase.com>
**Subject:** RE: Mesabi Metallics Company LLC v. Cleveland-Cliffs Inc. et al

I would like to participate for Glacier Park. Thank you.

**Dennis M. Ryan**
*Partner*
dennis.ryan@FaegreBD.com   Download vCard
D: +1 612 766 6810 | F: +1 612 766 1600

**Faegre Baker Daniels LLP**
2200 Wells Fargo Center | 90 South Seventh Street | Minneapolis, MN 55402-3901, USA

---

**From:** Morrison, Kristin S.M. <kmorrison@jonesday.com>
**Sent:** Wednesday, August 21, 2019 2:26 PM
**To:** Berman, Joshua <joshua.berman@whitecase.com>; Szuba, RJ <rj.szuba@whitecase.com>
**Cc:** Gustafson, Mark <mgustafson@whitecase.com>; Kim, Doah <doah.kim@whitecase.com>; Averch, Craig <caverch@whitecase.com>; Gorsich, Ronald <rgorsich@whitecase.com>; Moore, Charles <charlesmoore@whitecase.com>; dbrogan@bayardlaw.com; jalberto@bayardlaw.com; emiller@bayardlaw.com; Ryan, Dennis M. <Dennis.Ryan@FaegreBD.com>; Harayda, Christopher (C.J.) <cj.harayda@FaegreBD.com>; Mickler, Troupe (TMickler@ashbygeddes.com) <TMickler@ashbygeddes.com>; Bowden, Bill <WBowden@ashbygeddes.com>) <WBowden@ashbygeddes.com>; Faxon, Robert S. <rfaxon@JonesDay.com>; Joines, Adam J. <ajoines@jonesday.com>; Cleary, M. Blake <mbcleary@ycst.com>; Neiburg, Michael <MNeiburg@ycst.com>; Good, Morgan <morgan.good@whitecase.com>
**Subject:** RE: Mesabi Metallics Company LLC v. Cleveland-Cliffs Inc. et al

Starting at 12:00 p.m. ET tomorrow will be tight for our team, but we should be good at 12:15 p.m. For Cliffs, I will be joined by Adam Joines from Jones Day and Mike Neiburg from Young Conway.

**Kristin S.M. Morrison** (bio)
Partner
**JONES DAY® - One Firm Worldwide℠**
901 Lakeside Avenue
Cleveland, OH 44114-1190
Office    +1.216.586.7375
Fax       +1.216.579.0212
kmorrison@jonesday.com

---

**From:** Berman, Joshua <joshua.berman@whitecase.com>
**Sent:** Wednesday, August 21, 2019 2:28 PM
**To:** Szuba, RJ <rj.szuba@whitecase.com>; Morrison, Kristin S.M. <kmorrison@jonesday.com>

**Cc:** Gustafson, Mark <mgustafson@whitecase.com>; Kim, Doah <doah.kim@whitecase.com>; Averch, Craig <caverch@whitecase.com>; Gorsich, Ronald <rgorsich@whitecase.com>; Moore, Charles <charlesmoore@whitecase.com>; dbrogan@bayardlaw.com; jalberto@bayardlaw.com; emiller@bayardlaw.com; Ryan, Dennis M. <Dennis.Ryan@FaegreBD.com>; Harayda, Christopher (C.J.) <cj.harayda@FaegreBD.com>; Mickler, Troupe (TMickler@ashbygeddes.com) <TMickler@ashbygeddes.com>; Bowden, Bill (WBowden@ashbygeddes.com) <WBowden@ashbygeddes.com>; Faxon, Robert S. <rfaxon@JonesDay.com>; Joines, Adam J. <ajoines@jonesday.com>; Cleary, M. Blake <mbcleary@ycst.com>; Neiburg, Michael <MNeiburg@ycst.com>; Good, Morgan <morgan.good@whitecase.com>
**Subject:** RE: Mesabi Metallics Company LLC v. Cleveland-Cliffs Inc. et al

+ Morgan

**Joshua Berman**  |  Partner
**T**  +1 212 819 8547     **M**  +1 917 207 5418     **E**  joshua.berman@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

**From:** Szuba, RJ <rj.szuba@whitecase.com>
**Sent:** Wednesday, August 21, 2019 2:25 PM
**To:** Morrison, Kristin S.M. <kmorrison@jonesday.com>; Berman, Joshua <joshua.berman@whitecase.com>
**Cc:** Gustafson, Mark <mgustafson@whitecase.com>; Kim, Doah <doah.kim@whitecase.com>; Averch, Craig <caverch@whitecase.com>; Gorsich, Ronald <rgorsich@whitecase.com>; Moore, Charles <charlesmoore@whitecase.com>; dbrogan@bayardlaw.com; jalberto@bayardlaw.com; emiller@bayardlaw.com; Ryan, Dennis M. <Dennis.Ryan@FaegreBD.com>; Harayda, Christopher (C.J.) <cj.harayda@FaegreBD.com>; Mickler, Troupe (TMickler@ashbygeddes.com) <TMickler@ashbygeddes.com>; Bowden, Bill (WBowden@ashbygeddes.com) <WBowden@ashbygeddes.com>; Faxon, Robert S. <rfaxon@JonesDay.com>; Joines, Adam J. <ajoines@jonesday.com>; Cleary, M. Blake <mbcleary@ycst.com>; Neiburg, Michael <MNeiburg@ycst.com>
**Subject:** RE: Mesabi Metallics Company LLC v. Cleveland-Cliffs Inc. et al

Hi Kristin,

Josh is available at 12:00 p.m. (ET) tomorrow.  Please let me know if that works for your team and I will send around a dial-in.  If anyone else would like to participate on the call, let me know.

Thanks,
RJ

**RJ Szuba**  |  Associate
**T**  +1 213 620 7702     **M**  +1 315 404 3654     **E**  rj.szuba@whitecase.com
White & Case LLP  |  555 South Flower Street, Suite 2700  |  Los Angeles, CA 90071-2433

**From:** Morrison, Kristin S.M. <kmorrison@jonesday.com>
**Sent:** Tuesday, August 20, 2019 4:09 PM
**To:** Szuba, RJ <rj.szuba@whitecase.com>; Berman, Joshua <joshua.berman@whitecase.com>
**Cc:** Gustafson, Mark <mgustafson@whitecase.com>; Kim, Doah <doah.kim@whitecase.com>; Averch, Craig <caverch@whitecase.com>; Gorsich, Ronald <rgorsich@whitecase.com>; Moore, Charles <charlesmoore@whitecase.com>; dbrogan@bayardlaw.com; jalberto@bayardlaw.com; emiller@bayardlaw.com; Ryan, Dennis M. <Dennis.Ryan@FaegreBD.com>; Harayda, Christopher (C.J.) <cj.harayda@FaegreBD.com>; Mickler, Troupe (TMickler@ashbygeddes.com) <TMickler@ashbygeddes.com>; Bowden, Bill (WBowden@ashbygeddes.com) <WBowden@ashbygeddes.com>; Faxon, Robert S. <rfaxon@JonesDay.com>; Joines, Adam J. <ajoines@jonesday.com>; Cleary, M. Blake <mbcleary@ycst.com>; Neiburg, Michael <MNeiburg@ycst.com>
**Subject:** RE: Mesabi Metallics Company LLC v. Cleveland-Cliffs Inc. et al

Josh –
Please see the attached correspondence.  We will respond separately tomorrow to your August 13 letter concerning Cliffs' responses to Mesabi's Second RFPs.  We are available to meet and confer on any remaining disputes concerning Cliffs' responses to Mesabi's First and Second RFPs on Thursday, August 22.  As you are aware that Cliffs' Reply in

Support of its Motion to Compel is due this Friday, August 23, our availability to meet and confer this week is limited and we will not be able to address the matters raised for the first time in your letter earlier today.   We are reviewing those matters and will respond in due course, most likely next week.

Please provide the time periods when you are available for a meet-and-confer discussion on Thursday.

Regards,
Kristin

**Kristin S.M. Morrison** (bio)
Partner
**JONES DAY® - One Firm Worldwide℠**
901 Lakeside Avenue
Cleveland, OH 44114-1190
Office  +1.216.586.7375
Fax      +1.216.579.0212
kmorrison@jonesday.com

---

**From:** Szuba, RJ <rj.szuba@whitecase.com>
**Sent:** Tuesday, August 20, 2019 11:39 AM
**To:** Morrison, Kristin S.M. <kmorrison@jonesday.com>; Berman, Joshua <joshua.berman@whitecase.com>
**Cc:** Gustafson, Mark <mgustafson@whitecase.com>; Kim, Doah <doah.kim@whitecase.com>; Averch, Craig <caverch@whitecase.com>; Gorsich, Ronald <rgorsich@whitecase.com>; Moore, Charles <charlesmoore@whitecase.com>; dbrogan@bayardlaw.com; jalberto@bayardlaw.com; emiller@bayardlaw.com; Ryan, Dennis M. <Dennis.Ryan@FaegreBD.com>; Harayda, Christopher (C.J.) <cj.harayda@FaegreBD.com>; Mickler, Troupe (TMickler@ashbygeddes.com) <TMickler@ashbygeddes.com>; Bowden, Bill <WBowden@ashbygeddes.com> <WBowden@ashbygeddes.com>; Faxon, Robert S. <rfaxon@JonesDay.com>; Joines, Adam J. <ajoines@jonesday.com>; Cleary, M. Blake <mbcleary@ycst.com>; Neiburg, Michael <MNeiburg@ycst.com>
**Subject:** RE: Mesabi Metallics Company LLC v. Cleveland-Cliffs Inc. et al

Kristin,

Please see attached correspondence.

**RJ Szuba**  |  Associate
T  +1 213 620 7702      M  +1 315 404 3654      E  rj.szuba@whitecase.com
White & Case LLP  |  555 South Flower Street, Suite 2700  |  Los Angeles, CA 90071-2433

**From:** Morrison, Kristin S.M. <kmorrison@jonesday.com>
**Sent:** Friday, August 16, 2019 8:25 AM
**To:** Szuba, RJ <rj.szuba@whitecase.com>; Berman, Joshua <joshua.berman@whitecase.com>
**Cc:** Gustafson, Mark <mgustafson@whitecase.com>; Kim, Doah <doah.kim@whitecase.com>; Averch, Craig <caverch@whitecase.com>; Gorsich, Ronald <rgorsich@whitecase.com>; Moore, Charles <charlesmoore@whitecase.com>; dbrogan@bayardlaw.com; jalberto@bayardlaw.com; emiller@bayardlaw.com; Ryan, Dennis M. <Dennis.Ryan@FaegreBD.com>; Harayda, Christopher (C.J.) <cj.harayda@FaegreBD.com>; Mickler, Troupe (TMickler@ashbygeddes.com) <TMickler@ashbygeddes.com>; Bowden, Bill <WBowden@ashbygeddes.com> <WBowden@ashbygeddes.com>; Faxon, Robert S. <rfaxon@JonesDay.com>; Joines, Adam J. <ajoines@jonesday.com>; Cleary, M. Blake <mbcleary@ycst.com>; Neiburg, Michael <MNeiburg@ycst.com>
**Subject:** RE: Mesabi Metallics Company LLC v. Cleveland-Cliffs Inc. et al

Josh –
Your letter from last evening asked for an immediate meet-and-confer on Monday, August 19, regarding the disputes raised in your two August 13 letters concerning Cliffs' responses to Mesabi's First and Second RFPs.  As I stated in my letter of August 14, Cliffs is preparing written substantive responses to each of your letters and will be happy to participate in a meet-and-confer discussion after Mesabi has received Cliffs' letters and considered its positions on how

to try to resolve or narrow these disputes cooperatively without seeking Court intervention, as the Rules require. We expect to have those response letters to you on Wednesday, August 21. Any discussion prior to your receipt of Cliffs' response letters makes no sense and is unlikely to move the parties further toward a reasonable agreement. In short, it would be inefficient, and your sudden demand that we must do so is unreasonable.

Regards,
Kristin

**Kristin S.M. Morrison** (bio)
Partner
**JONES DAY® - One Firm Worldwide℠**
901 Lakeside Avenue
Cleveland, OH 44114-1190
Office   +1.216.586.7375
Fax       +1.216.579.0212
kmorrison@jonesday.com

---

**From:** Szuba, RJ <rj.szuba@whitecase.com>
**Sent:** Thursday, August 15, 2019 5:59 PM
**To:** Morrison, Kristin S.M. <kmorrison@jonesday.com>; Berman, Joshua <joshua.berman@whitecase.com>
**Cc:** Gustafson, Mark <mgustafson@whitecase.com>; Kim, Doah <doah.kim@whitecase.com>; Averch, Craig <caverch@whitecase.com>; Gorsich, Ronald <rgorsich@whitecase.com>; Moore, Charles <charlesmoore@whitecase.com>; dbrogan@bayardlaw.com; jalberto@bayardlaw.com; emiller@bayardlaw.com; Ryan, Dennis M. <Dennis.Ryan@FaegreBD.com>; Harayda, Christopher (C.J.) <cj.harayda@FaegreBD.com>; Mickler, Troupe (TMickler@ashbygeddes.com) <TMickler@ashbygeddes.com>; Bowden, Bill (WBowden@ashbygeddes.com) <WBowden@ashbygeddes.com>; Faxon, Robert S. <rfaxon@JonesDay.com>; Joines, Adam J. <ajoines@jonesday.com>; Cleary, M. Blake <mbcleary@ycst.com>; Neiburg, Michael <MNeiburg@ycst.com>
**Subject:** RE: Mesabi Metallics Company LLC v. Cleveland-Cliffs Inc. et al

Kristin,

Please see attached correspondence.

**RJ Szuba** | Associate
**T**  +1 213 620 7702    **M**  +1 315 404 3654    **E**  rj.szuba@whitecase.com
White & Case LLP  |  555 South Flower Street, Suite 2700  |  Los Angeles, CA 90071-2433

**From:** Morrison, Kristin S.M. <kmorrison@jonesday.com>
**Sent:** Wednesday, August 14, 2019 2:19 PM
**To:** Berman, Joshua <joshua.berman@whitecase.com>
**Cc:** Gustafson, Mark <mgustafson@whitecase.com>; Kim, Doah <doah.kim@whitecase.com>; Averch, Craig <caverch@whitecase.com>; Gorsich, Ronald <rgorsich@whitecase.com>; Moore, Charles <charlesmoore@whitecase.com>; Szuba, RJ <rj.szuba@whitecase.com>; dbrogan@bayardlaw.com; jalberto@bayardlaw.com; emiller@bayardlaw.com; Ryan, Dennis M. <Dennis.Ryan@FaegreBD.com>; Harayda, Christopher (C.J.) <cj.harayda@FaegreBD.com>; Mickler, Troupe (TMickler@ashbygeddes.com) <TMickler@ashbygeddes.com>; Bowden, Bill (WBowden@ashbygeddes.com) <WBowden@ashbygeddes.com>; Faxon, Robert S. <rfaxon@JonesDay.com>; Joines, Adam J. <ajoines@jonesday.com>; Cleary, M. Blake <mbcleary@ycst.com>; Neiburg, Michael <MNeiburg@ycst.com>
**Subject:** Mesabi Metallics Company LLC v. Cleveland-Cliffs Inc. et al

Josh –
Please see the attached correspondence.

Regards,
Kristin

**Kristin S.M. Morrison** (bio)
Partner
**JONES DAY® - One Firm Worldwide℠**
901 Lakeside Avenue
Cleveland, OH 44114-1190
Office  +1.216.586.7375
Fax     +1.216.579.0212
kmorrison@jonesday.com

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

==================================================================================

This communication may be privileged and confidential and is intended only for the individual or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also, please notify the sender by replying to this e-mail or by telephone at (213) 620-7700, and then delete the e-mail and any copies of it.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

==================================================================================

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

==================================================================================

This communication may be privileged and confidential and is intended only for the individual or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also, please notify the sender by replying to this e-mail or by telephone at (213) 620-7700, and then delete the e-mail and any copies of it.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

==================================================================================

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

==================================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

===============================================================================

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***
***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

===============================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

===============================================================================

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

===============================================================================

This communication may be privileged and confidential and is intended only for the individual or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also, please notify the sender by replying to this e-mail or by telephone at (213) 620-7700, and then delete the e-mail and any copies of it.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

===============================================================================