# EXHIBIT 10

# IN UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ----------------------------------------------------------------X | |
| *In re:* | Chapter 11 |
| ESSAR STEEL MINNESOTA LLC and<br>ESML HOLDINGS INC.,[1] | Case No. 16-11626 (BLS)<br>(Jointly Administered) |
|     Reorganized Debtors. | |
| ----------------------------------------------------------------X | |
| MESABI METALLICS COMPANY LLC<br>(F/K/A ESSAR STEEL MINNESOTA LLC), | Adv. Proc. No. 17-51210 (BLS) |
|     Plaintiff, | |
| v. | |
| CLEVELAND-CLIFFS INC. (F/K/A CLIFFS<br>NATURAL RESOURCES INC.);<br>CLEVELAND-CLIFFS MINNESOTA LAND<br>DEVELOPMENT LLC; GLACIER PARK<br>IRON ORE PROPERTIES LLC; and<br>DOES 1-10, | |
|     Defendants. | |
| ----------------------------------------------------------------X | |
| CLEVELAND-CLIFFS INC. (F/K/A CLIFFS<br>NATURAL RESOURCES INC.); and<br>CLEVELAND-CLIFFS MINNESOTA LAND<br>DEVELOPMENT LLC, | |
|     Counterclaim-Plaintiffs, | |
| v. | |
| MESABI METALLICS COMPANY LLC<br>(F/K/A ESSAR STEEL MINNESOTA LLC);<br>CHIPPEWA CAPITAL PARTNERS, LLC; and<br>THOMAS M. CLARKE, | |
|     Counterclaim-Defendants. | |
| ----------------------------------------------------------------X | |

---

[1]    Essar Steel Minnesota LLC changed its name to Mesabi Metallics Company LLC.

NAI-1509373664v1

|  |  |
|---|---|
| **GLACIER PARK IRON ORE PROPERTIES LLC,** | : <br> : <br> : |
| Counterclaim-Plaintiff, | : <br> : |
| v. | : <br> : |
| **MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC)** | : <br> : <br> : |
| Counterclaim-Defendant. | : <br> : |

---------------------------------------------------------------x

**ADAM J. JOINES' DECLARATION IN SUPPORT OF DEFENDANTS CLEVELAND-CLIFFS INC.'S AND CLEVELAND-CLIFFS MINNESOTA LAND DEVELOPMENT LLC'S JOINT ANSWERING BRIEF IN OPPOSITION TO PLAINTIFF MESABI METALLICS COMPANY LLC'S MOTION TO COMPEL DISCOVERY**

I, Adam J. Joines, declare:

1. Defendants Cleveland-Cliffs Inc. and Cleveland-Cliffs Minnesota Land Development LLC (collectively, "Cliffs") retained the law firm of Jones Day to represent them in connection with this dispute brought by Mesabi Metallics Company LLC ("Mesabi"), which is an adversary proceeding related to the chapter 11 proceedings of Essar Steel Minnesota LLC and ESML Holdings Inc.[Case No. 16-11626]. I am one of the attorneys on the Jones Day team representing Cliffs. In connection with discovery requests by Mesabi and Cliffs' responses to those requests, I compiled time and cost estimates to review additional documents for production in the above-captioned matter.

2. To respond to Mesabi's November 29, 2018 First Request for Production of Documents and its March 27, 2019 Second Request for Production of Documents (together, "Mesabi's Discovery Requests"), Jones Day collected 3,784,165 documents maintained by current individual custodians and in corporate-level shared drives. Cliffs hired Xcellence, Inc. d/b/a Xact Data Discovery ("Xact"), a data and document vendor, to collect and process these documents. Xact ingested the documents, performed a global deduplication, culled by date range

as described in Cliffs' responses to Mesabi's Discovery Requests, filtered by the stipulated search terms in Exhibit B to the Stipulation Regarding the Search for and Production of Discovery Material (the "ESI Protocol"), and threaded email chains to create a review set of 158,961 documents.  Contract attorneys for Cliffs incurred approximately 2,505 hours and Jones Day attorneys incurred at least 2,189 hours reviewing documents for production to Mesabi.  The hours counts do not include additional time spent by Jones Day attorneys related to document collection, oversight and management of attorney reviewers, and other discovery-related matters.  Cliffs estimates it has already incurred approximately $1,100,000 in expenses directly related to its productions in response to Mesabi's Discovery Requests.

3. The metrics associated with Cliffs' review described in ¶ 4, including contract attorney rate of review, Jones Day attorney rate of review, rate of privilege review, expected responsiveness and privilege "hit" counts, cost per hour of review time, collection and upload costs, and hosting fees together provide the bases for my cost and time estimates associated with the additional document productions Mesabi now seeks from Cliffs.

4. To produce the additional documents described in Cliffs' compromise positions summarized in Exhibit 1 to Cliffs' Joint Answering Brief In Opposition To Plaintiff Mesabi Metallics Company LLC's Motion To Compel Discovery, Cliffs estimate they will incur approximately $835,588 to review these documents.  This estimate includes $712,951 for costs associated with contract attorney, quality control, and privilege review of 213,390 documents from January 1, 2014 to June 30, 2016 that have at least one family member with one search term hit, and $122,636 for costs associated with a 20% quality control review and privilege review of 56,047 documents from July 1, 2016 to August 1, 2018 previously issue-tagged by contract attorneys during Cliffs' initial review (11,209 documents for QC review, 5,538 documents for privilege review).  These cost estimates are based on contract attorney rates of

review, Jones Day attorney rates of review, rates of privilege review, expected responsiveness and privilege "hit" counts, and cost per hour of review time that were measured during the Cliffs initial review. A breakdown of each level of review is as follows:

**Est. Review of Current Cust. Docs. from 1/1/2014 to 6/30/2016**

| Review | # of Docs | Rev. Rate (docs/hr) | # of Hours | Rate ($/hr) | Total Cost |
|---|---|---|---|---|---|
| 1L review Contract attys | 213,390 | 75 | 2,845 | $ 33 | $ 93,892 |
| 2L review JD attys | 81,904 | 50 | 1,638 | $ 300 | $ 491,422 |
| 3L review Privilege | 12,764 | 30 | 425 | $ 300 | $ 127,638 |
| **TOTAL** | | | | | **$ 712,951** |

**Est. Review of Current Cust. Docs. from 7/1/2016 to 8/1/2018**

| Review | # of Docs | Rev. Rate (docs/hr) | # of Hours | Rate ($/hr) | Total Cost |
|---|---|---|---|---|---|
| QC Review JD attys | 11,209 | 50 | 224 | $ 300 | $ 67,256 |
| 3L review Privilege | 5,538 | 30 | 185 | $ 300 | $ 55,380 |
| **TOTAL** | | | | | **$ 122,636** |

5.    To produce additional documents maintained by twenty nine additional custodians, Cliffs estimate they will incur approximately $3,425,526 to collect and review documents. This estimate is based on the median number of documents collected from Cliffs' current custodians (240,582 documents) and median number of documents that have at least one family member with one search term hit from January 1, 2014 to February 15, 2019 (34,338 documents). These figures were used to calculate estimated collection and upload costs ($98,480) and costs to review for responsiveness, quality control, and privilege ($3,327,046). A breakdown of these costs are as follows:

**Cost of Data Collection and Upload with IN/OUT Model w/ Analytics**

| Service | Rate | Unit | Quantity | Cost |
|---|---|---|---|---|
| Onsite Collection | 1,500 | Day | 2 | $ 3,000 |
| Native Acquistion IN | 25 | GB | 1,985 | $ 49,625 |
| Enhanced Native Acquistion OUT w/ Analytics | 125 | GB | 297 | $ 37,125 |
| Hosting of Data in Relativity | 10 | GB / Month | 873 | $ 8,730 |
| TOTAL | | | | $ 98,480 |

**Est. Cost to Review Docs from 29 Additional Cust.**

| Review | # of Docs | Rev. Rate (docs/hr) | # of Hours | Rate ($/hr) | Total Cost |
|---|---|---|---|---|---|
| 1L review Contract attys | 995,802 | 75 | 13,277 | $ 33 | $ 438,153 |
| 2L review JD attys | 382,210 | 50 | 7,644 | $ 300 | $ 2,293,261 |
| 3L review Privilege | 59,563 | 30 | 1,985 | $ 300 | $ 595,633 |
| TOTAL | | | | | $ 3,327,046 |

6. These cost estimates do not include additional fees charged by Xact for productions, including fees of $125/hr and $0.03/page. Though these fees are not as significant as those described above, they would likely cost Cliffs several tens of thousands of dollars to comply with Mesabi's discovery demands.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 11, 2019    /s/ Adam J. Joines
　　　　　　　　　　　　　　　　Adam J. Joines  (admitted pro hac vice)
　　　　　　　　　　　　　　　　JONES DAY
　　　　　　　　　　　　　　　　North Point
　　　　　　　　　　　　　　　　901 Lakeside Avenue
　　　　　　　　　　　　　　　　Cleveland, OH  44114.1190
　　　　　　　　　　　　　　　　Telephone:  +1.216.586.7076
　　　　　　　　　　　　　　　　Facsimile:  +1.216.579.0212
　　　　　　　　　　　　　　　　E-mail:  ajoines@jonesday.com

　　　　　　　　　　　　　　　　*Attorney for Cleveland-Cliffs Inc. and*
　　　　　　　　　　　　　　　　*Cleveland-Cliffs Minnesota Land Development LLC*