# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1]<br><br>            Reorganized Debtors. | Chapter 11<br><br>Case No. 16-11626 (CTG)<br><br>(Jointly Administered) |
| MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC),<br><br>            Plaintiff,<br><br>    v.<br><br>CLEVELAND-CLIFFS INC. (F/K/A CLIFFS NATURAL RESOURCES INC.); CLEVELAND-CLIFFS MINNESOTA LAND DEVELOPMENT LLC; GLACIER PARK IRON ORE PROPERTIES LLC; and DOES 1-10<br><br>            Defendants. | Adv. Proc. No. 17-51210 (CTG) |
| GLACIER PARK IRON ORE PROPERTIES LLC,<br><br>            Counterclaim Plaintiff,<br><br>    v.<br><br>MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC),<br><br>            Counterclaim Defendant. | |

**AMENDED**[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MAY 23, 2023 AT **2:00** P.M. (ET)[3]

---

[1]     Essar Steel Minnesota LLC has changed its name to Mesabi Metallics Company LLC. The last four digits of its federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

[2]     **Amended items appear in bold.**

[3]     Please note the change in time.

**This hearing will be conducted <u>in-person</u>. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) a party who files a responsive pleading intends to make only a limited argument; (ii) a party who has not submitted a pleading but is interested in observing the hearing; or (iii) other extenuating circumstances as determined by Judge Goldblatt. All participants over Zoom must register in advance. Please register by May 22, 2023, at 4:00 p.m. (EST).**

ESML/Mesabi—Case No. 16-11626 (CTG)
When: May 23, 2023 at **2:00** PM Eastern Time (US and Canada)

All participants must register prior to the hearing through this link:
**https://debuscourts.zoomgov.com/meeting/register/vJIsceqprjouHYdOh0gKcyDmlo-4Blwyipc**

### I. MATTER GOING FORWARD

1. [SEALED] Plaintiff's Motion for a Preliminary Injunction to Enjoin Defendants from Executing State Leases [Date Filed: 5/12/23; D.I. 715]

   Related Documents:

   a. [SEALED] Declaration of David H. Suggs in Support of Plaintiff's Motion for a Preliminary Injunction to Enjoin Defendants from Executing State Leases [Date Filed: 5/12/23; D.I. 716]

   b. [SEALED] Declaration of Lawrence Sutherland in Support of Plaintiff's Motion for a Preliminary Injunction to Enjoin Defendants from Executing State Leases [Date Filed: 5/12/23; D.I. 717]

   c. **Plaintiff's Witness and Exhibit List for May 23, 2023 Hearing [Date Filed: 5/21/23; D.I. 728]**

   d. **Defendants' Witness List and Exhibit List for May 23, 2023 Hearing [Date Filed 5/21/23; D.I. 730]**

   Response Deadline: Cliffs' opposition to the motion may be filed by May 21, 2023 at 12:00 p.m. Mesabi's reply may be filed by May 22, 2023 at 5:00 p.m.

   Responses Received:

   a. **[SEALED] Defendants' Opposition to Plaintiff's Motion for a Preliminary Injunction to Enjoin Defendants from Executing State Leases [Date Filed: 5/21/23; D.I. 725]**

    b.    [SEALED] Declaration of Kristin S.M. Morrison in Support of Defendants' Opposition to Plaintiff's Motion for a Preliminary Injunction [Date Filed: 5/21/23; D.I. 726]

    c.    [SEALED] Declaration of Matthew Holihan in Support of Defendants' Opposition to Plaintiff's Motion for a Preliminary Injunction [Date Filed 5/21/23; D.I. 727]

    d.    [SEALED] Exhibit(s) G to Declaration of Matthew Holihan in Support of Defendants' Opposition to Plaintiff's Motion for a Preliminary Injunction [Date Filed: 5/21/23; D.I. 729]

Status: The hearing on this matter is going forward on a contested basis.

Dated: May **22**, 2023
Wilmington, Delaware

**BAYARD, P.A.**

*/s/ Daniel N. Brogan*
Evan T. Miller (No. 5364)
Daniel N. Brogan (No. 5723)
600 N. King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
E-mail:  emiller@bayardlaw.com
        dbrogan@bayardlaw.com

*Counsel to the Reorganized Debtors*