# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,<br>           Reorganized Debtors. | Chapter 11<br>Case No. 16-11626 (CTG)<br>(Jointly Administered) |
| MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC),<br>           Plaintiff,<br>v.<br>CLEVELAND-CLIFFS INC., *et al.*,<br>           Defendants. | Adv. Proc. No. 17-51210 (CTG)<br><br>Re: Adv. D.I. 715, 730 |
| CLEVELAND-CLIFFS INC., *et al.*,<br>           Counterclaim-Plaintiffs,<br>v.<br>MESABI METALLICS COMPANY LLC,<br>           Counterclaim-Defendant. | |
| CLEVELAND-CLIFFS INC., *et al.*,<br>           Third-Party-Plaintiffs,<br>v.<br>CHIPPEWA CAPITAL PARTNERS, LLC; and THOMAS M. CLARKE,<br>           Third-Party-Defendants.[1] | |

## DEFENDANTS' SUPPLEMENTAL WITNESS LIST AND EXHIBIT LIST
## FOR MAY 23, 2023 HEARING

Defendants and Counterclaim-Plaintiffs Cleveland-Cliffs Inc. and Cleveland-Cliffs Minnesota Land Development LLC (together, "Cliffs"), hereby respectfully submit their

---

[1] Counterclaim-Plaintiffs Cleveland-Cliffs Inc. and Cleveland-Cliffs Minnesota Land Development LLC respectfully disagree that their claims against Chippewa Capital Partners, LLC and Thomas M. Clarke are third-party claims rather than counterclaims in this action.

supplemental witness list and exhibit list for use at the May 23, 2023 hearing on Plaintiff and Counterclaim-Defendant Mesabi Metallics LLC's Motion for Preliminary Injunction to Enjoin Defendants From Executing State Leases [Adv. D.I. 715] (the "Motion"). The witness and exhibits on this list are in addition to those included in the initial list Cliffs submitted to Chambers this morning at 9:12 AM EDT [Adv. D.I. 730].

## WITNESSES

1. Clifford T. Smith, Executive Vice President & President for Cleveland-Cliffs Steel. Mr. Smith will be present at the hearing and may be called to testify about new mine construction and logistics and the impacts of the requested injunctive relief on Cliffs' business.

## EXHIBITS

| Exhibit No. | Document Description |
|---|---|
| 132 | Sept. 28, 2015, Letter from Lourenco Goncalves to Minnesota Gov. Mark Dayton regarding the State of Minnesota's mineral leases in Nashwauk, CLIFFS_000052889. |
| 133 | October 16, 2015 Letter from Lourenco Goncalves to Minnesota Governor Mark Dayton regarding the State of Minnesota's mineral leases in Nashwuak, CLIFFS_000052798. |
| 134 | May 18, 2023, Lee Bloomquist, "Itasca County seeks to have mineral leases divided," BUSINESS NORTH, https://www.businessnorth.com/daily_briefing/itasca-county-seeks-to-have-mineral-leases-divided/article_b22f6456-f583-11ed-ba69-2bce84fe5e8e.html. |
| 135 | Declaration of Sushil Baid, filed in Essar Global Fund Ltd. v. Minnesota Dept. of Natural Resources, No. 62-CV-19-1122 (Minn. Dist. Ct.) (May 8, 2019). |
| 136 | May 16, 2023, Presentation by L. Sutherland, CEO of Mesabi Metallics, at the May 16, 2023 meeting of the Itasca County (Minnesota) Board of Commissioners (including attachments). |
| 137 | May 17, 2023 Letter from Itasca County Board of Commissioners to Minnesota Executive Council (including attachments). |

| Exhibit No. | Document Description |
|---|---|
| 138 | May 22, 2023, Jerry Burnes, "Mesabi Metallics asks court for injunction on Cliffs, Nashwauk leases," Iron Range Today, https://ironrangetoday.com/2023/05/22/mesabi-metallics-asks-court-for-injunction-on-cliffs-nashwauk-leases/ |
| 139 | Convenience transcription of Exhibits 127, 128, and 129. |

## **RESERVATION OF RIGHTS**

Cliffs reserves the right to supplement its initial designations in all respects, including without limitation by using supplemental deposition testimony, additional exhibits (including for rebuttal), and rebuttal witnesses, as necessary. Cliffs reserves its right to supplement or amend its witness list and to call any witness identified or called by another party or the Court. Cliffs reserves the right to not use any exhibit, or not call any witness, as identified herein or in its initial list.

Dated: May 22, 2023

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Michael S. Neiburg*
Michael S. Neiburg (No. 5275)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mneiburg@ycst.com

-and-

JONES DAY
Robert S. Faxon (admitted pro hac vice)
Kristin S.M. Morrison (admitted pro hac vice)
Brian K. Grube (admitted pro hac vice)
Brett Bell (admitted pro hac vice)
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114.1190
Telephone: +1.216.586.3939
Facsimile: +1.216.579.0212

E-mail: rfaxon@jonesday.com
kmorrison@jonesday.com
bkgrube@jonesday.com
bbell@jonesday.com

*Attorneys for Cleveland-Cliffs Inc. and Cleveland-Cliffs Minnesota Land Development LLC*