# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1]<br><br>    Reorganized Debtors. | Chapter 11<br><br>Case No. 16-11626 (CTG)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 1829** |
| MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC),<br><br>    Plaintiff<br> v.<br><br>CLEVELAND-CLIFFS INC. (F/K/A CLIFFS NATURAL RESOURCES INC.); CLEVELAND-CLIFFS MINNESOTA LAND DEVELOPMENT LLC; GLACIER PARK IRON ORE PROPERTIES LLC; and DOES 1-10<br><br>    Defendants. | Adv. Proc. No. 17-51210 (CTG) |
| GLACIER PARK IRON ORE PROPERTIES LLC,<br><br>    Counterclaim Plaintiff,<br> v.<br><br>MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC),<br><br>    Counterclaim Defendant. | |

## **CERTIFICATE OF SERVICE**

ANDREA SPEELMAN, being duly sworn, deposes and says:

---

[1] Essar Steel Minnesota LLC has changed its name to Mesabi Metallics Company LLC. The last four digits of its federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 19, 2023, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on May 23, 2023 at 2:30 p.m. (ET)," dated May 19, 2023 [Docket No. 1829], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>, and

    b. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Andrea Speelman*
Andrea Speelman

**EXHIBIT A**

ESSAR STEEL MINNESOTA LLC
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BLANK ROME LLP | (COUNSEL TO MECHANIC'S LIEN CLAIMANTS ) ATTN: MICHAEL D. DEBAECKE, ESQUIRE 1201 MARKET STREET, SUITE 800 WILMINGTON DE 19801 |
| MINNESOTA DEPARTMENT OF NATURAL RESOURCES | ATTN: LUKE SKINNER, DIRECTOR DIV OF ECOLOGICAL & WATER RESOURCES 500 LAFAYETTE ROAD - BOX 25 ST. PAUL MN 55155-4032 |
| PURDUE AWSUMB & BAUDLER P.A. | ATTN: AMY R. BAULDER, ESQ. (COUNSEL TO BARR ENGINEERING CO.) 4300 MARKETPOINTE DRIVE, SOUTH 240 MINNEAPOLIS MN 55435 |
| THE INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |

**Total Creditor count  4**

# EXHIBIT B

ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC. Case No. 16-11626 (CTG)
Electronic Mail Master Service List

| Name | Email |
|---|---|
| ASHBY & GEDDES, P.A. | rpalacio@ashby-geddes.com |
| BAILEY DUQUETTE P.C. | james@baileyduquette.com |
| BAKER & MCKENZIE LLP | clyde.rankin@bakermckenzie.com; debra.dandeneau@bakermckenzie.com |
| BAKER & MCKENZIE LLP | frank.grese@bakermckenzie.com |
| BALLARD SPAHR LLP | daluzt@ballardspahr.com; wattj@ballardspahr.com |
| BAYARD, P.A. | nglassman@bayardlaw.com; gfinizio@bayardlaw.com; gflasser@bayardlaw.com |
| BAYARD, P.A. | emiller@bayardlaw.com |
| BRIGGS AND MORGAN, P.A. | randerson@briggs.com |
| CENTRAL BANK OF INDIA | dgmcfb3007@centralbank.co.in |
| COLE SCHOTZ P.C. | npernick@coleschotz.com; preilley@coleschotz.com |
| CROSS & SIMON, LLC | csimon@crosslaw.com |
| CURTIN & HEEFNER LLP | rab@curtinheefner.com |
| DENTONS US LLP | robert.richards@dentons.com |
| DORSEY & WHITNEY (DELAWARE) LLP | mallard.robert@dorsey.com; glorioso.alessandra@dorsey.com |
| DORSEY & WHITNEY LLP | clark.monica@dorsey.com |
| DUANE MORRIS LLP | cmwinter@duanemorris.com; jphitchings@duanemorris.com |
| FABYANSKE, WESTRA, HART & THOMSON, P.A | pratelle@fwhtlaw.com |
| GELLERT SCALI BUSENKELL & BROWN, LLC | cbrown@gsbblaw.com |
| HINCKLEY ALLEN | jdoran@hinckleyallen.com |
| HOGAN DANIEL | gfmcdaniel@dkhogan.com |
| ICICI SINGAPORE | copsagency@icicibank.com |
| JENNER & BLOCK LLP | avalukas@jenner.com; vlazar@jenner.com; dpanos@jenner.com; rschar@jenner.com |
| JOHNSON, KILLEN & SEILER, PA. | rchristensen@duluthlaw.com |
| KASOWITZ BENSON TORRES LLP | mstein@kasowitz.com; stountas@kasowitz.com; mressler@kasowitz.com |
| KOHNER MANN & KAILAS, S.C. | kmksc@kmksc.com |
| KUTAK ROCK LLP | jeffrey.wegner@kutakrock.com |
| LANDIS RATH & COBB LLP | landis@lrclaw.com |
| LOWENSTEIN SANDLER LLP | krosen@lowenstein.com; jprol@lowenstein.com; |
| LOWENSTEIN SANDLER LLP | tsica@lowenstein.com |
| MCGRANN SHEA CARNIVAL STRAUGHN & LAMB, CHARTERED | kmb@mcgrannshea.com |
| MORRIS JAMES LLP | emonzo@morrisjames.com |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | rdehney@mnat.com; mharvey@mnat.com |
| MORRISON COHEN LLP | bankruptcy@morrisoncohen.com |
| OLIVER J. LARSON, ESQ. | oliver.larson@ag.state.mn.us |
| PACHULSKI STANG ZIEHL & JONES LLP | ljones@pszjlaw.com |
| POTTER ANDERSON & CORROON LLP | jryan@potteranderson.com; rmcneill@potteranderson.com |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | benjaminfinestone@quinnemanuel.com; erickay@quinnemanuel.com; lindsayweber@quinnemanuel.com |
| RICHARDS, LAYTON & FINGER, P.A. | knight@rlf.com; shapiro@rlf.com |
| SECURITIES AND EXCHANGE COMMISSION | secbankruptcy@sec.gov |
| SECURITIES AND EXCHANGE COMMISSION | nyrobankruptcy@sec.gov |
| SHACKELFORD, BOWEN, MCKINLEY &NORTON, LLP | delrod@shackelfordlaw.net; wwalker@shackelfordlaw.net |
| SHIPMAN & GOODWIN LLP | mpollio@goodwin.com; kcohen@goodwin.com |
| STREUSAND, LANDON & OZBURN, LLP | landon@slollp.com |
| SULLIVAN HAZELTINE ALLINSON LLC | whazeltine@sha-llc.com; bsullivan@sha-llc.com |
| THE OFFICE OF THE UNITED STATES TRUSTEE | linda.casey@usdoj.gov |
| U.S. ARMY CORP. | foia-liaison@usace.army.mil |
| U.S. BANK NATIONAL ASSOCIATION | james.hanley1@usbank.com |
| U.S. BANK NATIONAL ASSOCIATION | prital.patel@usbank.com |

ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC. Case No. 16-11626 (CTG)
Electronic Mail Master Service List

| Name | Email |
|---|---|
| WEIL GOTHSAL & MANGES LLP | ray.schrock@weil.com; matt.barr@weil.com; kelly.diblasi@weil.com; jessica.liou@weil.com |
| WHITEFORD, TAYLOR & PRESTON LLC | csamis@wtplaw.com; kgood@wtplaw.com |