# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,<br><br>        Reorganized Debtors. | Chapter 11<br><br>Case No. 16-11626 (CTG)<br><br>(Jointly Administered) |
| MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC),<br><br>        Plaintiff,<br><br>    v.<br><br>CLEVELAND-CLIFFS INC., *et al*.,<br><br>        Defendants. | Adv. Proc. No. 17-51210 (CTG)<br><br>Re: Adv. D.I. 715 |
| CLEVELAND-CLIFFS INC., *et al*.,<br><br>        Counterclaim-Plaintiffs,<br><br>    v.<br><br>MESABI METALLICS COMPANY LLC,<br><br>        Counterclaim-Defendant. | |
| CLEVELAND-CLIFFS INC., *et al*.,<br><br>        Third-Party-Plaintiffs,<br><br>    v.<br><br>CHIPPEWA CAPITAL PARTNERS, LLC; and THOMAS M. CLARKE,<br><br>        Third-Party-Defendants.[1] | |

**ORDER DENYING MESABI METALLICS COMPANY LLC'S
MOTION FOR PRELIMINARY INJUNCTION TO ENJOIN
<u>DEFENDANTS FROM EXECUTING STATE LEASES</u>**

Upon consideration of the parties' submissions on Plaintiff and Counterclaim-Defendant

Mesabi Metallics Company LLC's Motion for Preliminary Injunction to Enjoin Defendants From

---

[1] Counterclaim-Plaintiffs Cleveland-Cliffs Inc. and Cleveland-Cliffs Minnesota Land Development LLC respectfully disagree that their claims against Chippewa Capital Partners, LLC and Thomas M. Clarke are third-party claims rather than counterclaims in this action.

Executing State Leases [Adv. D.I. 715] (the "Motion"), including the Suggs Declaration and Sutherland Declaration  [Adv. D.I. 716-717] in support thereof, the response brief, Morrison Declaration, and Holihan Declaration [Adv. D.I. 725-727] filed by Defendants and Counterclaim-Plaintiffs Cleveland-Cliffs Inc. and Cleveland-Cliffs Minnesota Land Development LLC in opposition to the Motion, and the reply brief and the Suggs Declaration  [Adv. D.I. 733-734] filed by Mesabi Metallics Company LLC in further support of the Motion; and the Court having held a hearing regarding the Motion on May 23, 2023 (the "Hearing"); and after due deliberation, for the reasons set forth on the record at the Hearing:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **DENIED**.

2. This Court shall retain exclusive jurisdiction to hear and determine any disputes arising from or relating to the interpretation, implementation, and enforcement of the terms and provisions of this Order.

Dated: May 26th, 2023
Wilmington, Delaware

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**