# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ESSAR STEEL MINNESOTA LLC *and* ESML HOLDINGS INC*., et al.*,<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 16-11626 (CTG)<br><br>Jointly Administered |
| MESABI METALLICS COMPANY LLC,<br><br>Plaintiff,<br><br>v.<br><br>CLEVELAND-CLIFFS INC*., et al.*,<br><br>Defendants. | Adv. Proc. No. 17-51210 (CTG)<br><br>**Related Docket No. 712** |

## TENTH AMENDED DISCOVERY PLAN AND SCHEDULING ORDER

On April 17, 2023, this Court entered the Ninth Amended Discovery Plan and Scheduling Order [Adv. D.I. 712]. That Order set out dates for the taking of party depositions, for expert discovery, and for briefing dispositive motions, but permitted further amendment of the schedule upon a showing of good cause.

On June 2, 2023, the parties jointly submitted a certification of counsel to amend the dates set out in the Ninth Amended Discovery Plan and Scheduling Order. Based upon the parties' submission, the Court finds that there is good cause to amend the case schedule as proposed by the parties.

It is therefore ordered that:

1. The remaining expert discovery shall proceed as follows:

   a. Rule 26(a)(2) rebuttal expert witness disclosures shall be served by **June 30, 2023**.

   b. Rule 26(a)(2) reply expert witness disclosures shall be served by **August 4, 2023**.

   c. Expert depositions shall be completed by **September 8, 2023**.

2. All discovery shall be completed by **September 8, 2023**.

3. Summary judgment motions shall be filed as follows:

   a. Opening motions by any party seeking summary judgment shall be filed and served by **October 6, 2023**.

   b. Opposition briefs shall be filed and served by **November 17, 2023**.

   c. Reply briefs shall be filed and served by **December 15, 2023**.

   d. The Court will hear argument on the summary judgment motions at 10:00 a.m. Eastern Time on **January 8, 2024**. The Court may, upon the completion of briefing, issue a further order with respect to the summary judgment argument, such as an order addressing the order of presentation or allocating times to particular issues.

4. The terms of this Order may be modified only with leave of the Court for good cause shown. The consent of the parties will presumptively constitute good cause, subject to the Court's approval.

Dated: June 5th, 2023
Wilmington, Delaware

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**