# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1]<br><br>           Reorganized Debtors. | Chapter 11<br><br>Case No. 16-11626 (CTG)<br><br>(Jointly Administered) |
| MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC),<br><br>           Plaintiff,<br><br>    v.<br><br>CLEVELAND-CLIFFS INC. (F/K/A CLIFFS NATURAL RESOURCES INC.); CLEVELAND-CLIFFS MINNESOTA LAND DEVELOPMENT LLC; GLACIER PARK IRON ORE PROPERTIES LLC; and DOES 1-10<br><br>           Defendants. | Adv. Proc. No. 17-51210 (CTG) |
| GLACIER PARK IRON ORE PROPERTIES LLC,<br><br>           Counterclaim Plaintiff,<br><br>    v.<br><br>MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC),<br><br>           Counterclaim Defendant. | |

---

[1]     Essar Steel Minnesota LLC has changed its name to Mesabi Metallics Company LLC. The last four digits of its federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JUNE 28, 2023 AT 2:00 P.M. (ET)**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.
ALL AUDIO WILL BE PROVIDED THROUGH ZOOM.**

ESML/Mesabi—Case No. 16-11626 (CTG)
When: June 28, 2023 at 2:00 PM Eastern Time (US and Canada)

All participants must register prior to the hearing through this link:
https://debuscourts.zoomgov.com/meeting/register/vJItd--pqDouHhUA8z9UEYClEsaoCAsBRuQ

**As part of the Court's protocol, please remember to register with ZOOM no later than Tuesday, June 27, 2023 at 4:00 p.m. (ET) in order to avoid being denied access.** After registering, you will receive a confirmation email containing information about joining the meeting.

### I.   MATTER GOING FORWARD

1.  [SEALED] Letter To Judge Goldblatt Filed by Cleveland-Cliffs, Inc. [Date Filed: 6/20/23; D.I. 749]

    Related Document: None.

    Responses Received: Mesabi's responsive letter is due at the end of the day June 27, 2023.

    Status: Status hearing going forward.

Dated: June 26, 2023
Wilmington, Delaware

**BAYARD, P.A.**

*/s/ Evan T. Miller*
Evan T. Miller (No. 5364)
600 N. King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
E-mail: emiller@bayardlaw.com

*Counsel to the Reorganized Debtors*