# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ESSAR STEEL MINNESOTA LLC *and* ESML HOLDINGS INC.*, et al.*,<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 16-11626 (CTG)<br><br>Jointly Administered |
| MESABI METALLICS COMPANY LLC,<br><br>Plaintiff,<br><br>v.<br><br>CLEVELAND-CLIFFS, INC.*, et al.*,<br><br>Defendants. | Adv. Proc. No. 17-51210 (CTG)<br><br>**Related Docket No. 757** |

## ORDER RE: ASSERTIONS OF PRIVILEGE

The Court has reviewed the parties' submissions [D.I. Nos. 757 & 762] and conducted an *in camera* review of the communications withheld under assertions of privilege by the plaintiff, Mesabi Metallics Company LLC ("Mesabi"). Following a hearing held on July 14, 2023, and based on the Court's further review of the parties' submissions, the relevant documents, and applicable law, the Court concludes that the documents set forth in category A of D.I. 757 (the documents identified as P021889, P024429 and P024430) are not subject to a valid claim of either being protected by the attorney-client privilege or the work-product doctrine. Those documents should be produced by Mesabi, to defendants, Cleveland-Cliffs, Inc. The

Court is satisfied that the remaining documents addressed in the letter are subject to an appropriate claim of privilege and need not be produced.

Dated: July 14, 2023

_____
CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE