# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 16-11626 (CTG)<br><br>(Jointly Administered) |
| MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC),<br><br>Plaintiff,<br><br>v.<br><br>CLEVELAND-CLIFFS INC. (F/K/A CLIFFS NATURAL RESOURCES INC.); CLEVELAND-CLIFFS MINNESOTA LAND DEVELOPMENT LLC; GLACIER PARK IRON ORE PROPERTIES LLC; and DOES 1-10<br><br>Defendants. | Adv. Proc. No. 17-51210 (CTG) |
| GLACIER PARK IRON ORE PROPERTIES LLC,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC),<br><br>Counterclaim Defendant. | |

---

[1] Essar Steel Minnesota LLC has changed its name to Mesabi Metallics Company LLC. The last four digits of its federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Daniel N. Brogan is hereby withdrawn as counsel to the Reorganized Debtors Essar Still Minnesota LLC and ESML Holdings, Inc. (the "Reorganized Debtors") and Plaintiff Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC (the "Plaintiff") in the above-captioned cases and should be removed from all notice and service lists in these cases.

PLEASE TAKE FURTHER NOTICE that this withdrawal is limited to Daniel N. Brogan and does not impact the representation of the Reorganized Debtors or the Plaintiff by Bayard, P.A. attorneys in the above-captioned matter.

Dated: July 25, 2023
      Wilmington, Delaware

BAYARD, P.A.

*/s/ Evan T. Miller*
Evan T. Miller (No. 5364)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Phone: (302) 655-5000
Email: emiller@bayardlaw.com

*Counsel to the Reorganized Debtors*