# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1]<br><br>                      Reorganized Debtors. | Chapter 11<br><br>Case No. 16-11626 (CTG)<br><br>(Jointly Administered) |
| MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC),<br><br>                      Plaintiff,<br><br>     v.<br><br>CLEVELAND-CLIFFS INC. (F/K/A CLIFFS NATURAL RESOURCES INC.); CLEVELAND-CLIFFS MINNESOTA LAND DEVELOPMENT LLC; GLACIER PARK IRON ORE PROPERTIES LLC; and DOES 1-10<br><br>                      Defendants. | Adv. Proc. No. 17-51210 (CTG) |
| GLACIER PARK IRON ORE PROPERTIES LLC,<br><br>                      Counterclaim Plaintiff,<br><br>     v.<br><br>MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC),<br><br>                      Counterclaim Defendant. | |

---

[1] Essar Steel Minnesota LLC has changed its name to Mesabi Metallics Company LLC. The last four digits of its federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON AUGUST 7, 2023 AT 2:30 P.M. (ET)**

> **COURTCALL WILL NOT BE USED FOR THIS HEARING.
> ALL AUDIO WILL BE PROVIDED THROUGH ZOOM.**
>
> ESML/Mesabi—Case No. 16-11626 (CTG)
> When: August 7, 2023 at 2:30 PM Eastern Time (US and Canada)
>
> All participants must register prior to the hearing through this link:
> https://debuscourts.zoomgov.com/meeting/register/vJIscuiqqj8uE2hD9x6DUFefLgTm37T7abY
>
> After registering, you will receive a confirmation email containing information about joining the meeting.

**I.  MATTERS GOING FORWARD**

1.  [SEALED] Letter to the Honorable Craig T. Goldblatt Regarding Public Filings [Date Filed: 7/21/23; D.I. 774]

    Related Documents:

    **a.  [SEALED] Letter to the Honorable Craig T. Goldblatt Regarding Disclosure of Redacted Rebuttal Reports [Filing Date: 8/6/23; D.I. 780]**

    **b.  Letter to the Honorable Craig T. Goldblatt Regarding Public Versions of Preliminary Injunction Briefs [Date Filed: 8/6/23; D.I. 781]**

    Response Deadline: At the direction of the Court, August 5, 2023 at 12:00 p.m. (ET).

    Responses Received:

    a.  [SEALED] Letter to the Court in Opposition to Mesabi's July 21, 2023 Letter filed by Cleveland-Cliffs Minnesota Land Development LLC, Cleveland-Cliffs, Inc. [Date Filed: 8/5/23; D.I. 778]

    Status:    This matter is going forward.

---

[2] **Amended items appear in bold.**

| | |
|---|---|
| Dated:  August **6**, 2023<br>Wilmington, Delaware | **BAYARD, P.A.**<br><br>*/s/ Evan T. Miller*<br>Evan T. Miller (No. 5364)<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>E-mail:  emiller@bayardlaw.com<br><br>*Counsel to the Reorganized Debtors* |