# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1]<br><br>                Reorganized Debtors. | Chapter 11<br><br>Case No. 16-11626 (CTG)<br><br>(Jointly Administered) |
| MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC),<br><br>                Plaintiff,<br><br>    v.<br><br>CLEVELAND-CLIFFS INC. (F/K/A CLIFFS NATURAL RESOURCES INC.); CLEVELAND-CLIFFS MINNESOTA LAND DEVELOPMENT LLC; GLACIER PARK IRON ORE PROPERTIES LLC; and DOES 1-10<br><br>                Defendants. | Adv. Proc. No. 17-51210 (CTG) |
| GLACIER PARK IRON ORE PROPERTIES LLC,<br><br>                Counterclaim Plaintiff,<br><br>    v.<br><br>MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC),<br><br>                Counterclaim Defendant. | |

---

[1]     Essar Steel Minnesota LLC has changed its name to Mesabi Metallics Company LLC. The last four digits of its federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

# NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 28, 2023 AT 2:00 P.M. (ET)[2]

**This hearing will be conducted <u>in-person</u>. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) a party who files a responsive pleading intends to make only a limited argument; (ii) a party who has not submitted a pleading but is interested in observing the hearing; or (iii) other extenuating circumstances as determined by Judge Goldblatt. All participants over Zoom must register in advance. Please register by August 25, 2023 at 4:00 p.m. (ET).**

ESML/Mesabi—Case No. 16-11626 (CTG)
When: August 28, 2023 at 2:00 PM (ET) (US and Canada)

All participants must register prior to the hearing through this link:
**https://debuscourts.zoomgov.com/meeting/register/vJIsfuqurT8qHm9KY7NShnhDHoF9eOUjZHE**

## I. RESOLVED MATTER

1.  Thirteenth Joint Motion of the Disbursing Agent, the SC Litigation Trustee, and the UC Litigation Trustee for an Order Extending Deadline for Filing Objections to Claims [Date filed: 8/3/23; D.I. 1854]

    Related Documents:

    a.  Certificate of No Objection Regarding Thirteenth Joint Motion of the Disbursing Agent, the SC Litigation Trustee, and the UC Litigation Trustee for an Order Extending Deadline for Filing Objections to Claims [Date filed: 8/23/23; D.I. 1866]

    b.  Thirteenth Order Extending Deadline for Filing Objections to Claims [Date Entered: 8/23/23; D.I. 1867]

    Response Deadline:    August 21, 2023 at 4:00 p.m.

    Responses Received:

    a.  None.

    Status:    An Order has been entered. No hearing is necessary.

---

[2] The Hearing will take place in Courtroom #7 on the 3rd Floor.

## II. MATTER SCHEDULED FOR EVIDENTIARY HEARING (17-51210)

2. [SEALED] Letter to the Honorable Craig T. Goldblatt Regarding Public Filings [Date Filed: 7/21/23; D.I. 774]

    Related Documents:

    a. Amended Stipulation and Protective Order [Date Filed: 5/31/2022; D.I. 588]

    b. [SEALED] Plaintiff's Motion for a Preliminary Injunction to Enjoin Defendants from Executing State Leases [Date Filed: 5/12/23; D.I. 715]

    c. [SEALED] Defendants' Opposition to Plaintiff's Motion for a Preliminary Injunction to Enjoin Defendants from Executing State Leases [Date Filed: 5/21/23; D.I. 725]

    d. [SEALED] Plaintiff's Reply in Support of its Motion for a Preliminary Injunction to Enjoin Defendants from Executing States Leases [Date Filed: 5/22/23; D.I. 733]

    e. Letter to the Honorable Craig T. Goldblatt Regarding Public Versions of Preliminary Injunction Briefs [Date Filed: 8/6/23; D.I. 781]

    f. [SEALED] Letter to the Honorable Craig T. Goldblatt Regarding the Defendant and Counterclaim Plaintiff Cleveland-Cliffs Inc. Letter in Support of Its Opposition to Plaintiff and Counterclaim Defendant Mesabi Metallics LLCs request to Remove Redactions to the Parties Preliminary-Injunction Briefs and to Unseal Most Exhibits Attached to Those Briefs [Date Filed: 8/17/23; D.I. 791]

    g. [SEALED] Letter to the Honorable Craig T. Goldblatt from David H. Suggs in Response to the Letter Filed on August 16, 2023 by Cleveland-Cliffs Inc. Concerning the Public Disclosure of the Briefs and Exhibits (the "PI Materials") [Date Filed: 8/23/23; D.I. 797]

    h. Mesabi Metallics Company LLC's Witness and Exhibit List for the Hearing Set for August 28, 2023 [Date Filed: 8/24/23; D.I. 798]

    Responses Received:

    a. [SEALED] Letter to the Court in Opposition to Mesabi's July 21, 2023 Letter filed by Cleveland-Cliffs Minnesota Land Development LLC, Cleveland-Cliffs, Inc. [Date Filed: 8/5/23; D.I. 778]

    b. [SEALED] Letter Defendant and Counterclaim Plaintiff Cleveland-Cliffs Inc. Letter in Support of Its Opposition to Plaintiff and Counterclaim

       Defendant Mesabi Metallics LLCs request to Remove Redactions to the Parties Preliminary-Injunction Briefs and to Unseal Most Exhibits Attached to Those Briefs [Date Filed: 8/16/23; D.I. 790]

<u>Status</u>:    This matter is going forward.

Dated: August 24, 2023       BAYARD, P.A.
       Wilmington, Delaware

                                                     <u>*/s/ Evan T. Miller*</u>
                                                     Evan T. Miller (No. 5364)
                                                     600 N. King Street, Suite 400
                                                     Wilmington, DE 19801
                                                     Telephone: (302) 655-5000
                                                     Facsimile: (302) 658-6395
                                                     E-mail:  emiller@bayardlaw.com

                                                     *Counsel to the Disbursing Agent and Reorganized Debtors*