**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,<br>　　　　　Reorganized Debtors. | Chapter 11<br>Case No. 16-11626 (CTG)<br>(Jointly Administered) |
| MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC),<br>　　　　　Plaintiff,<br>　　v.<br>CLEVELAND-CLIFFS INC., *et al.*,<br>　　　　　Defendants. | Adv. Proc. No. 17-51210 (CTG)<br><br>Re: Adv. D.I. 774 |
| CLEVELAND-CLIFFS INC., *et al.*,<br>　　　　　Counterclaim-Plaintiffs,<br>　　v.<br>MESABI METALLICS COMPANY LLC,<br>　　　　　Counterclaim-Defendant. | |
| CLEVELAND-CLIFFS INC., *et al.*,<br>　　　　　Third-Party-Plaintiffs,<br>　　v.<br>CHIPPEWA CAPITAL PARTNERS, LLC; and THOMAS M. CLARKE,<br>　　　　　Third-Party-Defendants.[1] | |

**CLEVELAND-CLIFFS INC.'S WITNESS AND EXHIBIT LIST
FOR THE AUGUST 28, 2023 HEARING**

　　　　Defendant and Counterclaim-Plaintiff Cleveland-Cliffs Inc.'s ("Cliffs") hereby submits its

initial witness and exhibit list for use at the August 28, 2023 hearing on Plaintiff and Counterclaim-

---

[1]　　Counterclaim-Plaintiffs Cleveland-Cliffs Inc. and Cleveland-Cliffs Minnesota Land Development LLC respectfully disagree that their claims against Chippewa Capital Partners, LLC and Thomas M. Clarke are third-party claims rather than counterclaims in this action.

1

Defendant Mesabi Metallics LLC's ("Mesabi") July 21, 2023 Letter to the Court Regarding Public Filings [Adv. D.I. 774].

**EXHIBITS**

| Exhibit | Description |
|---|---|
| 1 | [SEALED] Declaration of Matthew Holihan in Support of Defendant's Opposition to Plaintiff's Motion for a Preliminary Injunction [Adv. D.I. 790, Ex. A]. |
| 2 | [SEALED] Exhibit 4 to the Declaration of David H. Suggs in Support of Plaintiff's Motion for Preliminary Injunction (Excerpts of Terry Fedor's Deposition Transcript) [Adv. D.I. 716] |
| 3 | [SEALED] Exhibit 5 to the Declaration of David H. Suggs in Support of Plaintiff's Motion for Preliminary Injunction (Excerpts of Lourenco Goncalves' Deposition Transcript) [Adv. D.I. 716] |
| 4 | [SEALED] Exhibit 6 to the Declaration of David H. Suggs in Support of Plaintiff's Motion for Preliminary Injunction (Excerpts of Matthew Holihan's Deposition Transcript) [Adv. D.I. 716] |
| 5 | [SEALED] Exhibit 7 to the Declaration of David H. Suggs in Support of Plaintiff's Motion for Preliminary Injunction (Excerpts of Gabe Johnson's Deposition Transcript) [Adv. D.I. 716] |
| 6 | [SEALED] Exhibit 22 to the Declaration of David H. Suggs in Support of Plaintiff's Motion for Preliminary Injunction [Adv. D.I. 716] |
| 7 | [SEALED] Exhibit 23 to the Declaration of David H. Suggs in Support of Plaintiff's Motion for Preliminary Injunction [Adv. D.I. 716] |
| 8 | [SEALED] Exhibit 35 to the Declaration of David H. Suggs in Support of Plaintiff's Motion for Preliminary Injunction [Adv. D.I. 716] |
| 9 | [SEALED] Exhibit 41 to the Declaration of David H. Suggs in Support of Plaintiff's Motion for Preliminary Injunction [Adv. D.I. 716] |
| 10 | [SEALED] Exhibit 42 to the Declaration of David H. Suggs in Support of Plaintiff's Motion for Preliminary Injunction [Adv. D.I. 716] |
| 11 | [SEALED] Exhibit 45 to the Declaration of David H. Suggs in Support of Plaintiff's Motion for Preliminary Injunction [Adv. D.I. 716] |

| 12 | [SEALED] Exhibit 49 to the Declaration of David H. Suggs in Support of Plaintiff's Motion for Preliminary Injunction [Adv. D.I. 716] |
|---|---|
| 13 | [SEALED] Exhibit 54 to the Declaration of David H. Suggs in Support of Plaintiff's Motion for Preliminary Injunction [Adv. D.I. 716] |
| 14 | [SEALED] Exhibit 62 to the Declaration of David H. Suggs in Further Support of Plaintiff's Motion for Preliminary Injunction [Adv. D.I. 734] |
| 15 | [SEALED] Exhibit 63 to the Declaration of David H. Suggs in Further Support of Plaintiff's Motion for Preliminary Injunction [Adv. D.I. 734] |
| 16 | [SEALED] Exhibit 64 to the Declaration of David H. Suggs in Further Support of Plaintiff's Motion for Preliminary Injunction [Adv. D.I. 734] |
| 17 | [SEALED] Exhibit 70 to the Declaration of David H. Suggs in Further Support of Plaintiff's Motion for Preliminary Injunction [Adv. D.I. 734] |
| 18 | [SEALED] Exhibit 31 to the Declaration of Kristin Morrison in Support of Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction [Adv. D.I. 726] |
| 19 | [SEALED] Plaintiff's Motion for a Preliminary Injunction to Enjoin Defendants from Executing State Leases [Adv. D.I. 715]. |
| 20 | [SEALED] Defendant's Opposition to Plaintiff's Motion for a Preliminary Injunction to Enjoin Defendants from Executing State Leases [Adv. D.I. 725]. |
| 21 | [SEALED] Plaintiff's Reply in Support of Its Motion for a Preliminary Injunction to Enjoin Defendants from Executing State Leases [Adv. D.I. 733]. |

## **WITNESSES**

1. Matthew Holihan, Vice President of Mining and Pelletizing Operations for Cliffs. Mr. Holihan will be present at the hearing and may be called to testify about the matters set forth in his declaration [Adv. D.I. 790, Ex. A (sealed)] and any other matters relevant to the redaction or sealing of materials submitted to the Court in connection with Mesabi's motion for a preliminary injunction.

30689971.1

## RESERVATION OF RIGHTS

Cliffs reserves the right to amend or supplement the foregoing designations in all respects, including without limitation by using supplemental deposition testimony, additional exhibits (including for rebuttal), and rebuttal witnesses, as necessary. Cliffs reserves the right to supplement or amend its witness list and to call any witness identified or called by another party or the Court. Cliffs reserves the right to not use any exhibit, or to not call any witness, as identified herein.

[*remainder of page intentionally left blank*]

Dated: August 24, 2023

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Michael S. Neiburg*

Michael S. Neiburg (No. 5275)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mneiburg@ycst.com

-and-

JONES DAY
Robert S. Faxon (admitted pro hac vice)
Kristin S.M. Morrison (admitted pro hac vice)
Brian K. Grube (admitted pro hac vice)
Brett Bell (admitted pro hac vice)
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114.1190
Telephone: +1.216.586.3939
Facsimile: +1.216.579.0212
E-mail: rfaxon@jonesday.com
kmorrison@jonesday.com
bkgrube@jonesday.com
bbell@jonesday.com

*Attorneys for Cleveland-Cliffs Inc.*

30689971.1