## **EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ESSAR STEEL MINNESOTA LLC  *and*<br>ESML HOLDINGS INC*., et al.*,<br><br>      Reorganized Debtors. | Chapter 11<br><br>Case No. 16-11626 (CTG)<br><br>Jointly Administered |
| MESABI METALLICS COMPANY LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>CLEVELAND-CLIFFS INC*., et al.*,<br><br>      Defendants. | Adv. Proc. No. 17-51210 (CTG)<br><br>**Related Docket No. 759** |

## <u>TWELFTH AMENDED DISCOVERY PLAN AND SCHEDULING ORDER</u>

On July 11, 2023, this Court entered the Eleventh Amended Discovery Plan and Scheduling Order [Adv. D.I. 759]. That Order set out dates for expert discovery and briefing dispositive motions, but permitted further amendment of the schedule upon a showing of good cause.

On August 29, 2023, the parties jointly submitted a certification of counsel to amend the dates set out in the Eleventh Amended Discovery Plan and Scheduling Order. Based upon the parties' submission, the Court finds that there is good cause to amend the case schedule.

It is therefore ordered that:

1.     The remaining expert discovery shall proceed as follows:

        a.     Rule 26(a)(2) reply expert witness disclosures shall be served

by **September 8, 2023**.

      b.      Expert depositions shall be completed by **October 13, 2023**.[1]

    2.      Except as may be applicable pursuant to Paragraph 5 below, all discovery shall be completed by **October 13, 2023**.

    3.      Summary judgment motions shall be filed as follows:

      a.      Opening motions by any party seeking summary judgment shall be filed and served by **November 10, 2023**.

      b.      Opposition briefs shall be filed and served by **December 22, 2023**.

      c.      Reply briefs shall be filed and served by **January 19, 2024**.

      d.      The Court will hear argument on the summary judgment motions at 10:00 a.m. Eastern Time on **February 12, 2024**.

    4.      Discovery concerning supplemental Rule 26(a) expert witness disclosures, if any, shall proceed as follows:

      a.      Mesabi may serve supplemental Rule 26(a)(2) affirmative expert witness disclosures to address factual matters that have changed since the service of Mesabi's affirmative expert witness disclosures, if any, by **February 19, 2024**.

      b.      Cliffs may serve Rule 26(a)(2) expert witness disclosures in response to supplemental disclosures served in accordance with Paragraph 5.a, if any, by **March 18, 2024.**

---

[1] The parties agree to cooperate in good faith to schedule expert depositions prior to the deadline set out in this proposed Twelfth Amended Discovery Plan and Scheduling Order. If, due to scheduling conflicts, not all expert depositions can be scheduled prior to the deadline, the parties shall meet and confer in good faith on potential further amendments or procedures (such as permitting a deposition to be taken after the deadline) that may be needed to accommodate an expert witness's schedule.

        c.      Expert depositions to address any supplemental or response Rule 26(a)(2) expert witness disclosures served in accordance with Paragraphs 5.a and 5.b of this Order shall be completed by **March 29, 2024.**

        5.      To the extent applicable, supplemental briefing for pending summary judgment motions to address supplemental expert discovery pursuant to Paragraph 5 shall proceed as follows:

        a.      Supplemental briefs by the party who asserts that any supplemental expert discovery pursuant to Paragraph 5 impacts a motion for summary judgment shall be filed and served by **April 12, 2024.**

        b.      Briefs to respond to supplemental briefs served in accordance with Paragraph 6.a shall be filed and served by **April 19, 2024**.

        6.      The terms of this Order may be modified only with leave of the Court for good cause shown. The consent of the parties will presumptively constitute good cause, subject to the Court's approval.