# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ESSAR STEEL MINNESOTA LLC *and* ESML HOLDINGS INC.*, et al.*,<br><br>    Reorganized Debtors. | Chapter 11<br><br>Case No. 16-11626 (CTG)<br><br>Jointly Administered |
| MESABI METALLICS COMPANY LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CLEVELAND-CLIFFS, INC.*, et al.*,<br><br>    Defendants. | Adv. Proc. No. 17-51210 (CTG)<br><br>**Related Docket No. 806** |

## ORDER RE: SUMMARY JUDGMENT BRIEFING

In connection with the forthcoming briefing on the anticipated motions for summary judgment, as set forth in the Twelfth Amended Discovery Plan and Scheduling Order [D.I. 806], and to facilitate the Court's consideration and disposition of such motions, it is hereby ORDERED that:

    1.    Any motion for summary judgment shall include, annexed to the memorandum in support thereof, a separate, short, and concise statement, in numbered paragraphs, of the material facts as to which the moving party contends there is no genuine issue to be tried. Each such statement shall be followed by a citation (pointing to the page(s) in the Appendix to the Motion)

of the evidence in the summary judgment record, which evidence would be admissible at trial, supporting the assertion of fact.

2.      Any opposition to a motion for summary judgment shall include, annexed to the memorandum in support thereof, (a) a correspondingly numbered paragraph responding to each numbered paragraph in the statement of the moving party, and if necessary, (b) additional paragraphs containing a separate, short, and concise statement of additional material facts as to which it is contended that there is a genuine issue to be tried.  Each such statement shall be followed by a citation (pointing to the page(s) in the Appendix to the Motion) of the evidence in the summary judgment record, which evidence would be admissible at trial, that either (a) shows that there is a genuine issue to be tried with respect to the moving party's asserted statement of fact; or (b) supports the opposing party's assertion of fact.

3.      Each numbered paragraph in the statement of material facts required to be served by the moving party shall be deemed admitted for purposes of the motion unless specifically controverted by a correspondingly numbered paragraph in the statement required to be served by the opposing party.

Dated: October 3, 2023

_____
CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE