# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 16-11626 (CTG)<br><br>(Jointly Administered) |
| Cleveland-Cliffs Inc.,<br><br>Defendant/Appellant,<br><br>v.<br><br>Mesabi Metallics Company LLC,<br><br>Plaintiff/Appellee. | Civil Action No. 23-cv-01082-GBW<br><br>On Appeal from Final Order of the U.S. Bankruptcy Court for the District of Delaware,<br>Adv. Proc. No. 17-51210 (CTG) |

**EMERGENCY MOTION FOR TEMPORARY STAY, EXPEDITED BRIEFING, AND STAY PENDING APPEAL**

**(Bankruptcy Order Goes Into Effect on October 23, 2023 at Noon)**

October 4, 2023

JONES DAY
Robert S. Faxon (*pro hac vice* forthcoming)
Kristin S.M. Morrison (*pro hac vice* forthcoming)
James R. Saywell (*pro hac vice* forthcoming)
North Point
901 Lakeside Avenue
Cleveland, OH 44114.1190
Telephone: +1.216.586.3939
Facsimile: +1.216.579.0212
E-mail: rfaxon@jonesday.com
  kmorrison@jonesday.com
  rsaywell@jonesday.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Michael S. Neiburg (No. 5275)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mneiburg@ycst.com

*Attorneys for Cleveland-Cliffs Inc.*

30838202.2

Cleveland-Cliffs Inc. moves for the following relief:

1. Cliffs respectfully requests that this Court grant a stay pending appeal under Federal Rule of Bankruptcy Procedure 8007(b) and this Court's inherent authority. Because the bankruptcy order on appeal goes into effect on October 23 at noon—which would moot this appeal and cause additional irreparable harm to Cliffs—Cliffs requires a stay by that date. Should this Court need additional time to consider this stay request, Cliffs requests that this Court enter a temporary stay before October 23 at noon. *See, e.g.*, *In re Chevron Corp.*, 650 F.3d 276, 286 (3d Cir. 2011) (granting a "temporary stay" before granting the "motion for a stay pending appeal").

2. Because of the urgent nature of this motion, Cliffs respectfully requests that the Court expedite briefing—giving Plaintiff seven rather than fourteen days to respond. Cliffs would file any reply brief within 2 days. This Court would therefore have one week to rule on the emergency stay motion.

A brief supporting this motion accompanies this motion. *See* Local Rule 7.1.2(a).

Pursuant to Local Rule 7.1.1, counsel for Cliffs avers that it made a reasonable effort to reach agreement with the opposing party on the matters set forth in the motion. Counsel for Cliffs emailed and called Plaintiff's counsel. Delaware counsel also called Delaware counsel for Plaintiff.

Proposed orders are attached.

| | |
|---|---|
| Dated: October 4, 2023 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| | /s/ Michael S. Neiburg |
| | Michael S. Neiburg (No. 5275) |
| | Rodney Square |
| | 1000 North King Street |
| | Wilmington, DE 19801 |
| | Telephone: (302) 571-6600 |
| | Facsimile: (302) 571-1253 |
| | Email: mneiburg@ycst.com |
| | |
| | -and- |
| | |
| | Robert S. Faxon (*pro hac vice* forthcoming) |
| | Kristin S.M. Morrison (*pro hac vice* forthcoming) |
| | James R. Saywell (*pro hac vice* forthcoming) |
| | North Point |
| | 901 Lakeside Avenue |
| | Cleveland, OH 44114.1190 |
| | Telephone: +1.216.586.3939 |
| | Facsimile: +1.216.579.0212 |
| | E-mail: rfaxon@jonesday.com |
| |       kmorrison@jonesday.com |
| |       rsaywell@jonesday.com |
| | |
| | *Attorneys for Cleveland-Cliffs Inc.* |