23-804UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CCO-003-E

No. 23-8043

In re: ESML HOLDINGS, INC, DBA Mesabi Metallics Company, LLC,
                                                                                                                              Debtor

MESABI METALLICS COMPANY, LLC, f/k/a Essar Steel Minnesota LLC

v.

CLEVELAND-CLIFFS, INC., f/k/a Cliffs Natural Resources, Inc.;
CLEVELAND-CLIFFS MINNESOTA LAND DEVELOPMENT LLC;
GLACIER PARK IRON ORE PROPERTIES LLC

v.

CHIPPEWA CAPITAL PARTNERS, LLC and THOMAS M. CLARKE

CLEVELAND-CLIFFS, INC.,
                                                                                                                  Petitioner

(D. Del. No. 17-51210, 16-11626 & 1-23-cv-01082)

Present: KRAUSE, FREEMAN, and SCIRICA, Circuit Judges

1. Petition by Petitioner for Permission to Appeal pursuant to 28 U.S.C. Section 158(d)(2);

2. Motion by Petitioner for Stay Pending Appeal;

3. Response by Respondent to Petition and Motion for Stay Pending Appeal.

                                                                            Respectfully,
                                                                            Clerk/kr

_____ORDER_____
The foregoing motions are GRANTED.

By the Court,

s/ Cheryl Ann Krause
Circuit Judge

Dated: October 16, 2023

kr/cc:  Peter J. Adonizio, Jr., Esq.
       Justin R. Alberto, Esq.
       Brett W. Bell, Esq.
       Katherine T. Berger, Esq.
       Joshua A Berman, Esq.
       William P. Bowden, Esq.
       Matthew C. Brown, Esq.
       Robert S. Faxon, Esq.
       Susan Fennessey, Esq.
       Brian K Grube, Esq.
       Mark Gustafson, Esq.
       Patrick A. Jackson, Esq.
       Frederick T. Mickler, IV, Esq.
       Kristen Morrison, Esq.
       Michael S. Neiburg, Esq.
       Nicholas H. Pennington, Esq.
       Dennis M. Ryan, Esq.
       James R. Saywell, Esq.
       Stacey A. Scrivani, Esq.
       David H. Suggs, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## NOTICE

**GRANT OF PERMISSION FOR LEAVE TO APPEAL PURSUANT TO 28 U.S.C. SECTION 158(d)(2)(A)**

The Court of Appeals has granted a petition for leave to appeal in this matter. Appellant must pay the $207.00 docketing fee in the bankruptcy court within 14 days after the entry of the order granting permission for leave to appeal. If the United States government is the appellant, an additional fee by the government is not required. Fed. R. App. P.5.

A new notice of appeal does not need to be filed. A copy of the Court's order granting permission for leave to appeal serves as the notice of appeal and has been forwarded to the appropriate court.

The entry of date of the order granting permission to appeal serves as the date of filing of the notice of appeal for calculating time under Fed. R. App. P. 5(d)(1). **Appellant shall notify the Court of Appeals by filing a notification through ECF in the current case that the filing fee has been paid.**

Upon receipt of the notice from Appellant , the appeal will be opened on the general docket. All future filings regarding the appeal will be entered under the new docket number.

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/ Kirsi
Case Manager
267-299-4911

cc: Peter J. Adonizio Jr., Esq.
Justin R. Alberto, Esq.
Brett W. Bell, Esq.
Katherine T. Berger, Esq.
Joshua A. Berman, Esq.
William P. Bowden, Esq.
Matthew C. Brown, Esq.
Robert S. Faxon, Esq.
Susan Fennessey, Esq.
Craig T. Goldblatt, Esq.
Brian K. Grube, Esq.
Mark Gustafson, Esq.
Patrick A. Jackson, Esq.
Randall C. Lohan,
Frederick T. Mickler IV, Esq.
Kristin Morrison, Esq.

Michael S. Neiburg, Esq.
Nicholas H. Pennington, Esq.
Dennis M. Ryan, Esq.
James R. Saywell, Esq.
Stacey A. Scrivani, Esq.
David H. Suggs, Esq.