**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 16-11626 (CTG)<br><br>Jointly Administered |
| MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC),<br><br><br>                    Plaintiff<br><br><br>          v.<br><br>CLEVELAND-CLIFFS, INC. (F/K/A CLIFFS NATURAL RESOURCES, INC.); CLEVELAND-CLIFFS MINNESOTA LAND DEVELOPMENT LLC; GLACIER PARK IRON ORE PROPERTIES LLC; and DOES 1-10<br><br>                    Defendants. | Adv. Proc. No. 17-51210 (CTG) |
| GLACIER PARK IRON ORE PROPERTIES LLC,<br>                    Counterclaim-Plaintiff<br><br>          v.<br><br><br>MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC),<br><br><br>                    Counterclaim-Defendant. | |

---

[1] Essar Steel Minnesota LLC has changed its name to Mesabi Metallics Company LLC.  The last four digits of its federal taxpayer identification number are 8770.  The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

CLEVELAND-CLIFFS INC. (F/K/A CLIFFS
NATURAL RESOURCES INC.); CLEVELAND-
CLIFFS MINNESOTA LAND DEVELOPMENT
LLC,

                    Third-Party Plaintiffs

     v.

CHIPPEWA CAPITAL PARTNERS,
LLC; and THOMAS M. CLARKE,

                    Third-Party Defendants.

**APPENDIX TO PLAINTIFF MESABI METTALICS COMPANY LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**<u>VOLUME IV</u>**
**Exhibits 20 – 35**

**INDEX OF APPENDIX**

| Exhibit No. | Description of Exhibit | Appendix Pages |
|---|---|---|
| **VOLUME I** | | |
| 1<br>Filed Under Seal | Deposition of Paul Finan dated July 12, 2022 | A000001 - A000054 |
| 2<br>Filed Under Seal | Deposition of Kelly Tompkins dated August 9, 2022 | A000055 - A000122 |
| 3<br>Filed Under Seal | Deposition of Curtis Geissler (AMUSA) dated December 13, 2022 | A000123 - A000189 |
| 4<br>Filed Under Seal | Deposition of Lourenco Goncalves dated March 7, 2023 | A000190 - A000261 |
| 5<br>Filed Under Seal | Deposition of Matthew Zajac dated March 24, 2023 | A000262 - A000295 |
| 6<br>Filed Under Seal | Deposition of Frank Kozleuchar (USS) dated December 13, 2022 | A000296 - A000353 |
| 7<br>Filed Under Seal | Deposition of Madhu Vuppuluri dated April 26, 2023 | A000354 - A000400 |
| 8<br>Filed Under Seal | Deposition of Jonathan M. Orszag dated October 13, 2023 | A000401 - A000459 |
| 9<br>Filed Under Seal | Opening Expert Report of Roger N. Emmott (Mesabi) dated April 28, 2023 | A000460 - A000538 |
| 10<br>Filed Under Seal | Opening Expert Report of J. Douglas Zona (Mesabi) dated April 28, 2023 | A000539 - A000624 |
| 11<br>Filed Under Seal | Expert Report of David Persampieri (Cliffs) dated July 28, 2023 | A000625 - A000669 |
| 12<br>Filed Under Seal | Expert Report of Jonathan M. Orszag (Cliffs) dated July 28, 2023 | A000670 - A000787 |
| 13<br>Filed Under Seal | Expert Report of Richard J. Lambert (Cliffs) dated July 28, 2023 | A000788 - A000867 |
| 14<br>Filed Under Seal | Reply Expert Report of J. Douglas Zona (Mesabi) dated September 8, 2023 | A000868 - A000928 |

| | VOLUME II | |
|---|---|---|
| 15<br>Filed Under Seal | Agreement titled Pellet Sale and Purchase Agreement (MESABI03345910) | A000929 - A000937 |
| 16<br>Filed Under Seal | Report titled NI 43-101 Technical Report for the ESML Project 7Mmt/y Pellet Plant and Expansion to 14 Mmt/y (MESABI01184328) | A000938 - A001187 |
| | VOLUME III | |
| 17<br>Filed Under Seal | Agreement titled Pellet Sale and Purchase Agreement by and among Essar Resources Inc., Essar Steel Minnesota LLC and Arcelormittal USA LLC (MESABI00623100) | A001188 - A001239 |
| 18<br>Filed Under Seal | Presentation titled Cliffs - USIO Strategy Development Overview 2013 (CLIFFS_000553687) | A001240 - A001346 |
| 19<br>Filed Under Seal | Presentation titled Cliffs Natural Resources Inc. 2014 (CLIFFS_000315934) | A001347 - A001362 |
| | VOLUME IV | |
| 20<br>Filed Under Seal | Agreement titled Amended and Restated Pellet Sale and Purchase Agreement by and among Essar Steel Ltd., Essar Steel Minnesota LLC and Arcelormittal USA LLC (AM0005745) | A001363 - A001413 |
| 21<br>Filed Under Seal | Agreement titled Pellet Sale and Purchase Agreement by and between Essar Steel Minnesota LLC and Essar Steel Algoma Inc. (MESABI02930231) | A001414 - A001460 |
| 22<br>Filed Under Seal | Email dated May 9, 2014 from Kelly Tompkins to William Boor, re: Essar Minnesota (CLIFFS_000533279) | A001461 - A001464 |
| 23<br>Filed Under Seal | Email dated November 27, 2014 from Lourenco Goncalves to Peter Cohen et al, re: Roadshow Presentation needs improvement, attaching a PDF titled Cliffs Roadshow (CLIFFS_000629184) | A001465 - A001468 |
| 24<br>Filed Under Seal | Presentation titled Cliffs Natural Resources Inc. - Senior Secured Notes Offering 2014 (CLIFFS_000629446) | A001469 - A001510 |
| 25<br>Filed Under Seal | Email dated January 14, 2015 from Eric Knorr to Danielle Lewis, re: Ilmenite (AM0003926) | A001511 - A001514 |

| 26<br>Filed Under Seal | Email dated February 6, 2015 from Lourenco Goncalves to Paul Finan, re: ArcelorMittal Opportunity Costs (CLIFFS_000634591) | A001515 - A001517 |
|---|---|---|
| 27<br>Filed Under Seal | Presentation titled Cliffs Natural Resources Inc. - Senior Secured First Lien Notes (CLIFFS_000554450) | A001518 - A001546 |
| 28<br>Filed Under Seal | Presentation titled Cliffs Natural Resources Inc. - Senior Secured First Lien Notes (CLIFFS_000554478) | A001547 - A001576 |
| 29<br>Filed Under Seal | Email dated March 6, 2015 from Paul Finan to Lourenco Goncalves et al, re: CLF and Arcelor Mittal (CLIFFS_000628063) | A001577 - A001579 |
| 30<br>Filed Under Seal | Email dated March 17, 2015 from Paul Finan to Lourenco Goncalves et al, re Cliffs Natural Resources (CLF US) (Outperform) - Dinner with CEO shows lots of underlying action on restructuring while iron ore pries whither further (CLIFFS_000545931) | A001580 - A001584 |
| 31<br>Filed Under Seal | Email dated March 28, 2015 from Lourenco Goncalves to Paul Finan, re: Meeting with Gov. Dayton (CLIFFS_000315098) | A001585 - A001591 |
| 32 | Presentation titled Cliffs Natural Resources - A Differentiated Iron Ore Producer 2015 (CLIFFS_000000872) | A001592 - A001609 |
| 33<br>Filed Under Seal | Email dated April 9, 2015 from Kelly Tompkins to Paul Finan, re: Jeffries Steel and Metals Summit Recap (CLIFFS_000539715) | A001610 - A001612 |
| 34<br>Filed Under Seal | Email dated May 8, 2015 from Lourenco Goncalves to Paul Finan, re: ArcelorMittal Quarterly Conference Call - Question on Cliffs Contracts (CLIFFS_000314890) | A001613 - A001617 |
| 35<br>Filed Under Seal | Presentation titled Great Lakes Pellet Market Overview (CLIFFS_000106362) | A001618 - A001625 |
| **VOLUME V** | | |
| 36<br>Filed Under Seal | Transcript titled Q2 2015 Earnings Call (CLIFFS_000288939) | A001626 - A001641 |

| | | |
|---|---|---|
| 37<br>Filed Under Seal | Presentation titled United Steelworkers Bargaining Information (CLIFFS_000190592) | A001642 - A001672 |
| 38<br>Filed Under Seal | Presentation titled Cliffs Natural Resources Inc. - A Differentiated Iron Ore Producer 2015 (CLIFFS_000538182) | A001673 - A001688 |
| 39<br>Filed Under Seal | Email dated October 7, 2015 from Lourenco Goncalves to Paul Finan and Kelly Tompkins, re: Investor Reaction (CLIFFS_000314545) | A001689 - A001692 |
| 40<br>Filed Under Seal | Agreement titled Second Amended and Restated Pellet Sale and Purchase Agreement by and among Essar Steel Ltd., Essar Steel Minnesota LLC and Arcelormittal USA LLC (MESABI03604255) | A001693 - A001728 |
| 41<br>Filed Under Seal | Presentation titled AM USA Management Committee Meeting (AM0000159) | A001729 - A001740 |
| 42<br>Filed Under Seal | Presentation titled Cliffs Natural Resources Inc. State of the Company (CLIFFS_000197377) | A001741 - A001758 |
| 43<br>Filed Under Seal | Email dated March 8, 2016 from Neil Kohlberg to Eric Knorr, re: Possible pellet combinations.xlsx (AM0008909) | A001759 - A001760 |
| 44<br>Filed Under Seal | Presentation titled Iron Ores Beneficiation & Concentrate production + pellets for BF and DR route (CLIFFS_000322798) | A001761 - A001834 |
| 45<br>Filed Under Seal | Email dated May 31, 2016 from Lourenco Goncalves to Michael Gambardella, re: Cliffs Natural Resources - Upgrading CLF to Overweight and Raising EPS on Higher Steel Pricing (CLIFFS_000291043) | A001835 - A001838 |
| 46<br>Filed Under Seal | Presentation titled Long term pellet sourcing (AM0023311) | A001839 - A001861 |
| **VOLUME VI** | | |
| 47<br>Filed Under Seal | Agreement titled Pellet Sale and Purchase Agreement by and among Cliffs Natural Resources Inc., Cliffs Mining Company, the Cleveland-Cliffs Iron Company and Arcelormittal USA LLC (CLIFFS_000017772) | A001862 - A001893 |

| 48<br>Filed Under Seal | Presentation titled Cliffs Natural Resources - A Differentiated Iron Ore Producer 2016 (CLIFFS_000179490) | A001894 - A001907 |
|---|---|---|
| 49<br>Filed Under Seal | Presentation titled Cliffs Natural Resources - A Differentiated Iron Ore Producer (CLIFFS_000054598) | A001908 - A001920 |
| 50<br><br>Filed Under Seal | Email dated April 7, 2017 from Patricia Persico to Lourenco Goncalves et al, re: State of the Company Media Report - April 6, 2017, attaching a PDF titled State of the Company Media Report - April 6, 2017 (CLIFFS_000045624) | A001921 - A001929 |
| 51 | Presentation titled Cliffs Natural Resources Inc. - 170 Years of Mining (CLIFFS_000001001) | A001930 - A001947 |
| 52<br>Filed Under Seal | Presentation titled Leveraging Our Core Strength for the Next Century of Mining (CLIFFS_000034873) | A001948 - A001964 |
| 53<br>Filed Under Seal | Presentation titled Cliffs Ironville HBI Project (CLIFFS_000020471) | A001965 - A001991 |
| 54 | Transcript titled Q2 2017 Earnings Call (CLIFFS_000046391) | A001992 – A002003 |
| 55<br>Filed Under Seal | Agreement titled Pellet Sale and Purchase Agreement (CLIFFS_000018144) | A002004 - A002035 |
| 56<br>Filed Under Seal | Document titled Cleveland Cliffs Inc. Minutes Meeting on November 29, 2017 (CLIFFS_000025288) | A002036 - A002044 |
| 57<br>Filed Under Seal | Presentation titled Hibbing Taconite Extension (CLIFFS_000172510) | A002045 - A002062 |
| 58<br>Filed Under Seal | Presentation titled Cliffs - Goldman Sachs Leveraged Finance Conference (CLIFFS_000024850) | A002063 - A002076 |
| 59<br>Filed Under Seal | Presentation titled Cleveland-Cliffs Inc. 2018 (CLIFFS_000263072) | A002077 - A002091 |
| **VOLUME VII** | | |
| 60 | Transcript titled Q2 2018 Earnings Call (CLIFFS_000022566) | A002092 - A002104 |

| | | |
|---|---|---|
| 61<br>Filed Under Seal | Email dated November 13, 2018 from Daniel Lewis to Sean Donnelly, re: Update on USS replacement and Cliffs position (AM0032175) | A002105 - A002110 |
| **VOLUME VIII** | | |
| 62<br>Filed Under Seal | Report titled Mesabi Metallics Project Technical Report (MESABI04288726) | A002111 - A002390 |
| **VOLUME IX** | | |
| 63<br><br>Filed Under Seal | Financial Statement titled Essar Steel Minnesota LLC Financial Statements as of and for the Years Ended March 31, 2013 and 2012, and the Period from October 22, 2007 (Inception) through March 31, 2013, and Independent Auditors' Report (MESABI00749241) | A002391 - A002420 |
| 64<br>Filed Under Seal | Presentation titled Cliffs HBI Opportunity (CLIFFS_000039645) | A002421 - A002439 |
| 65<br>Filed Under Seal | Presentation titled Cleveland-Cliffs: Enabling Production of Clean Steel (CLIFFS_000591542) | A002440 - A002445 |
| 66<br>Filed Under Seal | Presentation titled Cleveland Port Authority Meeting (CLIFFS_000182071) | A002446 - A002457 |
| 67 | Report titled ArcelorMittal Annual Report 2015 | A002458 - A002688 |
| 68 | Report titled ArcelorMittal Annual Report 2019 | A002689 - A003031 |
| **VOLUME X** | | |
| 69 | Report titled ArcelorMittal Annual Report 2022 | A003032 - A003489 |
| 70 | Report titled Stelco 2022 Annual Report | A003490 - A003582 |
| 71 | Guidelines titled Horizontal Merger Guidelines | A003583 - A003620 |
| 72 | Article titled The return of Stelco: U.S. Steel Canada changing its name back | A003621 - A003628 |

| 73 Filed Under Seal | Addendum to Supplemental Proofs of Claim of Essar Steel Algoma Against Mesabi dated January 18, 2018 | A003629 - A003645 |
|---|---|---|
| 74 | Transcript titled Q4 2018 Earnings Call | A003646 - A003663 |
| 75 | Article titled Cliffs will idle Northshore Mining, Tilden Mine until late summer | A003664 - A003668 |
| 76 Filed Under Seal | Affidavit of Pascal Nobecourt (Iron Ore Company of Canada), dated March 6, 2023 | A003669 - A003672 |
| **VOLUME XI** | | |
| 77 Filed Under Seal | Declaration of Matthew Holihan in Support of Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction, dated May 21, 2023 [D.I. 727] | A003673 - A003730 |
| 78 | Algoma Steel Group Inc. 2023 40-F | A003731 - A004085 |
| 79 | Website titled Rio Tinto - Who we are | A004086 - A004089 |
| 80 | Website titled Cliffs - Executive Team | A004090 - A004097 |
| 81 | Website titled Cliffs - About | A004098 - A004105 |
| 82 | Website titled Algoma Steel Inc. - Website Landing Page | A004106 - A004109 |
| 83 | Website titled Mesabi Metallics Company LLC - The Project | A004110 - A004111 |
| 84 | Website title New World Encyclopedia - Great Lakes region (North America) | A004112 - A004117 |
| 85 | Website titled Stelco - Our Facilities | A004118 - A004121 |
| 86 | Website titled Stelco - Our History | A004122 - A004128 |
| 87 | Website titled United States Steel - About Us | A004129 - A004132 |

| | **VOLUME XII** | |
|---|---|---|
| 88 | Website titled Wikipedia - Great Lakes | A004133 - A004164 |
| | **VOLUME XIII** | |
| 89 | Cliffs 2014 10-K | A004165 - A004687 |
| 90 | AK Steel 2015 10-K | A004688 - A004825 |
| 91 | Cliffs 2015 10-K | A004826 - A005078 |
| 92 | Cliffs 2016 10-K | A005079 - A005259 |
| 93 | Cliffs 2017 10-K | A005260 - A005486 |
| 94 | Cliffs 2018 10-K | A005487 - A005675 |
| 95 | AK Steel 2019 10-K | A005676 - A005904 |
| 96 | Cliffs 2019 10-K | A005905 - A006073 |
| 97 | Cliffs 2020 10-K | A006074 - A006539 |
| 98 | Cliffs 2022 10-K | A006540 - A006678 |
| 99 Filed Under Seal | Email dated October 18, 2016 from Paul R. Finan to Lourenco Goncalves, re: U.S. Steel (CLIFFS_000057714) | A006679 - A006680 |

# EXHIBIT 32

A001592

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## THIS DOCUMENT WAS PROVIDED IN NATIVE FORMAT UPON REQUEST.

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

CLIFFS_000000872



# Cliffs Natural Resources
## A Differentiated Iron Ore Producer

**LOURENCO GONCALVES**

Chairman, President and CEO

CLIFFS NATURAL RESOURCES INC.          April 2015

A001594



# FORWARD-LOOKING STATEMENTS

This presentation contains forward-looking statements within the meaning of the federal securities laws. Although Cliffs believes that these forward-looking statements and the underlying assumptions are reasonable, we cannot assure you that they will prove to be correct. Forward-looking statements involve a number of risks and uncertainties, and there are factors that could cause actual results to differ materially from those expressed or implied in our forward-looking statements. These risk factors include without limitation:  our ability to successfully execute an exit option for our Bloom Lake mine that minimizes the cash outflows and associated liabilities of our Canadian operations including the Companies' Creditors Arrangement Act (Canada) process; trends affecting our financial condition, results of operations or future prospects, particularly the continued volatility of iron ore and coal prices; our actual levels of capital spending; availability of capital and our ability to maintain adequate liquidity and successfully implement our financing plans; uncertainty or weaknesses in global economic conditions, including downward pressure on prices, reduced market demand and any slowing of the economic growth rate in China; our ability to successfully identify and consummate any strategic investments and complete planned divestitures; the outcome of any contractual disputes with our customers, joint venture partners or significant energy, material or service providers or any other litigation or arbitration; the ability of our customers and joint venture partners to meet their obligations to us on a timely basis or at all; our ability to reach agreement with our iron ore customers regarding any modifications to sales contract provisions; the impact of price-adjustment factors on our sales contracts; changes in sales volume or mix; our actual economic iron ore and coal reserves or reductions in current mineral estimates, including whether any mineralized material qualifies as a reserve; the impact of our customers using other methods to produce steel or reducing their steel production; events or circumstances that could impair or adversely impact the viability of a mine and the carrying value of associated assets, as well as any resulting impairment charges; the results of prefeasibility and feasibility studies in relation to projects; impacts of existing and increasing governmental regulation and related costs and liabilities, including failure to receive or maintain required operating and environmental permits, approvals, modifications or other authorization of, or from, any governmental or regulatory entity and costs related to implementing improvements to ensure compliance with regulatory changes; our ability to cost-effectively achieve planned production rates or levels; uncertainties associated with natural disasters, weather conditions, unanticipated geological conditions, supply or price of energy, equipment failures and other unexpected events; adverse changes in currency values, currency exchange rates, interest rates and tax laws; our ability to maintain appropriate relations with unions and employees and enter into or renew collective bargaining agreements on satisfactory terms; risks related to international operations; availability of capital equipment and component parts; the potential existence of significant deficiencies or material weakness in our internal control over financial reporting; problems or uncertainties with productivity, tons mined, transportation, mine-closure obligations, environmental liabilities, employee-benefit costs and other risks of the mining industry; the satisfaction of the conditions precedent to completing the Exchange Offers, including refinancing the existing credit facility, entering into the ABL Facility and the completion of the offering of the New First Lien Notes, and our ability to consummate any or all of the Exchange Offers; and other factors and risks that are set forth in the Company's most recently filed reports with the U.S. Securities and Exchange Commission. The information contained herein speaks as of the date of this presentation and may be superseded by subsequent events. Except as may be required by applicable securities laws, we do not undertake any obligation to revise or update any forward-looking statements contained in this presentation.



## IRON ORE PRICING SHOCK



## ASSUMPTION 1: CHINA WILL REACH 1 BILLION TONNES STEEL OUTPUT

'China's GDP growth around 7%, with the transition away from investment driven growth underway.'

*Rio Tinto- Global Iron and Steel Conference, March 10, 2015*



*[On IODEX in the $30's]* "That's fantasy land. It simply can't happen. . .There are very wild forecasts out there that quite frankly just can't come to pass otherwise it's going to be very lonely for us as the lowest-cost producer in the world."

*Sam Walsh, Rio Tinto CEO, February 11, 2015*



## ASSUMPTION 2: WORLD STEEL PRODUCTION WILL NEVER STOP GROWING

**'We expect China's crude steel production to peak at 1 to 1.1 billion tonnes in the mid-2020s and plateau through to 2030.'**

*BHP Billiton - Global Iron and Steel Conference, March 10, 2015*





Source: BHP Billiton, March 2014 presentation



A001598

5

# REALITY: CHINESE STEEL PRODUCTION IS TRENDING FLAT AT BEST

## Chinese Crude Steel Production



Source: World Steel Association, Morgan Stanley Estimate

# REALITY: CHINESE STEEL CONSUMPTION IS FORECASTED TO DECLINE



**CISA - Global Iron and Steel Conference, March 11, 2015**

### Chinese Steel Consumption



## IRON ORE FINES FEED POLLUTION HEAVY SINTER PLANTS



Fines



Sinter Plant



## CLIFFS SUPPLIES PELLETS TO NORTH AMERICAN BLAST FURNACES





Pellets                          Blast Furnace

## CLIFFS: A DIFFERENTIATED BUSINESS MODEL



**1** **Highly-protected US market position**

- US market geographically insular

- Long-term contracts and established relationships

- Largest US producer of iron ore

- Low cost position

**2** **"Tailor-made" products**

- Customized pellets to meet blast furnace specifications

- Results in strong level of co-dependency between Cliffs and the steel producers

- Average relationship of 38 years with main customers

**3** **Future profitability not tied to the seaborne market**

- Exiting the volatile seaborne iron ore market

- Performance tied to North American steel production and contract terms



## HOW CLIFFS WILL PROCEED

- **Focused on US business**

- **Operate APIO until end of life**

- **Exited Bloom Lake**

- **Sold Logan County Coal operations**

- **Divested Chromite Assets**

- **Reduced SG&A expense and capital expenditure to match refocus on USIO**





**SG&A + Exploration**

-32%
-40%
-34%

$218
$291
$425
$145

2012    2013    2014    2015E

■ SG&A    ■ Exploration



**Capex**

$ 1,128
-24%
$ 862
-67%
$ 284
-41%
$125–$150

2012    2013    2014    2015E



A001604

## CLIFFS IS NOT COMPARABLE TO OTHER SEABORNE IRON ORE MINERS

|  | **Cliffs** | **Australian Seaborne Iron Ore Miners** |
|---|---|---|
| **Product Quality** | ✓ High grade, premium pellets | ✗ Low iron content iron ore fines |
| **Pricing** | ✓ Stable, long-term contracts | ✗ Steep discounts to IODEX |
| **Customers** | ✓ Leading U.S. steel manufacturers: | ✗ Sinter plants<br>✗ Chinese steel companies |
| **End Markets** | ✓ Stable and growing U.S. steel end-markets | ✗ Highly susceptible to Chinese slowdown |
| **Capital Expenditures** | ✓ Low capex assets | ✗ Significant capex needs |



## USIO IS INSULATED FROM THE VOLATILE SEABORNE MARKET

- USIO's Realized Prices Stays Within a Range of $75-95/t even as the IODEX goes to $40/t



**2015E USIO Realized Price Sensitivity to IODEX**



A001606    13    *Note: Each pricing assumption holds all other assumptions constant, including customer mix, as well as industrial commodity prices, freight rates, energy prices, production input costs and/or hot-band steel prices.*

analyzed

# CLIFFS SUPPLIES PELLETS TO NORTH AMERICAN BLAST FURNACES

✓ Cliffs' USIO production has remained steady as imports have flooded the market

✓ A majority of steel imports are lower quality grades, competing with end markets that Cliffs does not supply

✓ Cliffs sells to steelmakers that supply higher-end markets such as automotive, which does not favor imported steel



**US Steel Production vs. US Steel Imports**

(million metric tons)

| | Q1'13 | Q2'13 | Q3'13 | Q4'13 | Q1'14 | Q2'14 | Q3'14 | Q4'14 |
|---|---|---|---|---|---|---|---|---|
| Apparent Demand | 23.5 | 23.9 | 24.6 | 23.7 | 25 | 26.9 | 27.7 | 27.3 |
| Raw Steel Production | 21.5 | 21.6 | 22.2 | 21.6 | 21.6 | 22 | 22.7 | 21.8 |



A001607

*Source: U.S. Finished Steel Imports - U.S. Census Bureau, AISI.*

## CLIFFS HOLDS A FORMIDABLE POSITION IN THE U.S. IRON ORE MARKET

- **No major contract expiration before the end of 2016**

- **Largest customer is an equity partner at Cliffs' USIO mine**

- **USIO mines enjoy a low cash cost position and have been in operation for many years**



**USIO Volume**

**~22mm Long Tons** [(1)]

| Customer | Customer Since | Contract Length | Comments |
|---|---|---|---|
| **ArcelorMittal** | Pre-1960 | 2016 | ■ ArcelorMittal is one of Cliffs' oldest customers, utilizing Cliffs' products at their facilities in Indiana Harbor and Inland Steel<br>■ Cliffs has initiated discussions on contract extensions |
| **Essar Steel Algoma** | Pre-1975 | 2024 | ■ Renewal opportunities for remaining tonnage are supported by long-standing, co-dependent relationships |
| **AK Steel** | 1995 | 2022-2023 | |





