# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,<br><br>    Reorganized Debtors. | Chapter 11<br><br>Case No. 16-11626 (CTG)<br><br>(Jointly Administered) |
| MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC),<br><br>    Plaintiff,<br><br>    v.<br><br>CLEVELAND-CLIFFS INC., *et al.*,<br><br>    Defendants. | Adv. Proc. No. 17-51210 (CTG)<br><br>Ref. Adv. D.I. 870, 873, 876 |
| CLEVELAND-CLIFFS INC., *et al.*,<br><br>    Counterclaim-Plaintiffs,<br><br>    v.<br><br>MESABI METALLICS COMPANY LLC,<br><br>    Counterclaim-Defendant. | |
| CLEVELAND-CLIFFS INC., *et al.*,<br><br>    Third-Party-Plaintiffs,<br><br>    v.<br><br>CHIPPEWA CAPITAL PARTNERS, LLC; and THOMAS M. CLARKE,<br><br>    Third-Party-Defendants.[1] | |

**ORDER SCHEDULING ARGUMENT AND APPROVING STIPULATION REGARDING BRIEFING SCHEDULE WITH RESPECT TO DEFENDANTS' MOTIONS TO EXCLUDE PLAINTIFF'S EXPERTS EMMOTT, DAVIS, AND ZONA**

---

[1] Counterclaim-Plaintiffs Cleveland-Cliffs Inc. and Cleveland-Cliffs Minnesota Land Development LLC respectfully disagree that their claims against Chippewa Capital Partners, LLC and Thomas M. Clarke are third-party claims rather than counterclaims in this action.

31073924.2

Upon consideration of the Certification of Counsel and the *Stipulation Regarding Scheduling Argument and Briefing Schedule With Respect to Defendants' Motions to Exclude Plaintiff's Experts Emmott, Davis, and Zona* (the "Stipulation"),[2] a copy of which is attached hereto as **Exhibit 1**, and the Court having determined that no further notice of the Stipulation need be given; it is HEREBY ORDERED THAT:

1. The Stipulation is hereby APPROVED, as set forth herein.

2. The Court will hear argument on the Expert Motions at 10 a.m. Eastern Time on March 4, 2024.

3. The briefing schedule regarding the Expert Motions will be as follows:

    a) Mesabi's responses to the Expert Motions shall be filed and served by January 31, 2024; and

    b) Cliffs' replies in support of the Expert Motions shall be filed and served by February 26, 2024.

**Dated: January 9th, 2024**
**Wilmington, Delaware**

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE

---

31073924.2   [2] Capitalized terms used but not defined herein have the meaning given in the Stipulation.

2