# **EXHIBIT 1**

## **Stipulation**

31073924.2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,<br><br>    Reorganized Debtors. | Chapter 11<br><br>Case No. 16-11626 (CTG)<br><br>(Jointly Administered) |
| MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC),<br><br>    Plaintiff,<br><br>  v.<br><br>CLEVELAND-CLIFFS INC., *et al.*,<br><br>    Defendants. | Adv. Proc. No. 17-51210 (CTG) |
| CLEVELAND-CLIFFS INC., *et al.*,<br><br>    Counterclaim-Plaintiffs,<br><br>  v.<br><br>MESABI METALLICS COMPANY LLC,<br><br>    Counterclaim-Defendant. | |
| CLEVELAND-CLIFFS INC., *et al.*,<br><br>    Third-Party-Plaintiffs,<br><br>  v.<br><br>CHIPPEWA CAPITAL PARTNERS, LLC; and THOMAS M. CLARKE,<br><br>    Third-Party-Defendants.[1] | |

**STIPULATION REGARDING SCHEDULING ARGUMENT AND BRIEFING SCHEDULE WITH RESPECT TO DEFENDANTS' MOTIONS TO EXCLUDE PLAINTIFF'S EXPERTS EMMOTT, DAVIS, AND ZONA**

---

[1] Counterclaim-Plaintiffs Cleveland-Cliffs Inc. and Cleveland-Cliffs Minnesota Land Development LLC respectfully disagree that their claims against Chippewa Capital Partners, LLC and Thomas M. Clarke are third-party claims rather than counterclaims in this action.

31073924.2

Defendants Cleveland-Cliffs Inc. and Cleveland-Cliffs Minnesota Land Development LLC (collectively, "Cliffs") and Plaintiff Mesabi Metallics Company LLC ("Mesabi," and together with Cliffs, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree, subject to the Court's approval, as follows:

1. On December 8, 2023, Cliffs filed its Motion to Exclude the Testimony of Roger Emmott [Adv. D.I. 870], Motion to Exclude the Testimony of Graham A. Davis [Adv. D.I. 873], and Motion to Exclude the Testimony of J. Douglas Zona [Adv. D.I. 876] (collectively, the "Expert Motions").

2. The Court has agreed to hear oral argument on the Expert Motions at 10:00 a.m. Eastern Time on March 4, 2024.

3. The briefing schedule regarding the Expert Motions will be as follows:

   c) Mesabi's responses to the Expert Motions shall be filed and served by January 31, 2024; and

   d) Cliffs' replies in support of the Expert Motions shall be filed and served by February 26, 2024.

[*Signature page follows.*]

31073924.2

Dated: January 8, 2024

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **BAYARD, P.A.** |
| */s/ Michael S. Neiburg* | */s/ GianClaudio Finizio* |
| Michael S. Neiburg (No. 5275) | GianClaudio Finizio (No. 4253) |
| Rodney Square | Steven D. Adler (No. 6257) |
| 1000 North King Street | 600 N. King Street, Suite 400 |
| Wilmington, DE 19801 | Wilmington, Delaware 19801 |
| Telephone: (302) 571-6600 | Telephone: (302) 655-5000 |
| Facsimile: (302) 571-1253 | Facsimile: (302) 658-6395 |
| Email: mneiburg@ycst.com | gfinizio@bayardlaw.com |
| | sadler@bayardlaw.com |
| -and- | |
| | -and- |
| **JONES DAY** | |
| Robert S. Faxon (admitted *pro hac vice*) | WHITE & CASE LLP |
| Kristin S.M. Morrison (admitted *pro hac vice*) | David H. Suggs (admitted *pro hac vice*) |
| Brian K. Grube (admitted *pro hac vice*) | Martin M. Toto (admitted *pro hac vice*) |
| Brett Bell (admitted *pro hac vice*) | Eugene E. Hutchinson (admitted *pro hac vice*) |
| Jones Day | 1221 Avenue of the Americas |
| North Point | New York, New York 10020-1095 |
| 901 Lakeside Avenue | Telephone: (212) 819-8200 |
| Cleveland, OH 44114.1190 | Facsimile: (212) 453-8113 |
| Telephone: +1.216.586.3939 | dsuggs@whitecase.com |
| Facsimile: +1.216.579.0212 | mtoto@whitecase.com |
| E-mail: rfaxon@jonesday.com | eugene.hutchinson@whitecase.com |
| kmorrison@jonesday.com | |
| bkgrube@jonesday.com | *Attorneys for Mesabi Metallics Company LLC* |
| bbell@jonesday.com | |
| | |
| *Attorneys for Cleveland-Cliffs Inc. and Cleveland-Cliffs Minnesota Land Development LLC* | |