**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1]<br><br>Debtors. | Chapter 11<br>Case No. 16-11626 (CTG)<br>Jointly Administered |
| MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC),<br><br>Plaintiff<br><br>v.<br><br>CLEVELAND-CLIFFS, INC. (F/K/A CLIFFS NATURAL RESOURCES, INC.); CLEVELAND-CLIFFS MINNESOTA LAND DEVELOPMENT LLC; GLACIER PARK IRON ORE PROPERTIES LLC; and DOES 1-10<br><br>Defendants. | Adv. Proc. No. 17-51210 (CTG) |
| GLACIER PARK IRON ORE PROPERTIES LLC,<br>Counterclaim-Plaintiff<br><br>v.<br><br>MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC),<br><br>Counterclaim-Defendant. | |

---

[1] Essar Steel Minnesota LLC has changed its name to Mesabi Metallics Company LLC.  The last four digits of its federal taxpayer identification number are 8770.  The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

CLEVELAND-CLIFFS INC. (F/K/A CLIFFS
NATURAL RESOURCES INC.); CLEVELAND-
CLIFFS MINNESOTA LAND DEVELOPMENT
LLC,

> Third-Party Plaintiffs

    v.

CHIPPEWA CAPITAL PARTNERS,
LLC; and THOMAS M. CLARKE,

> Third-Party Defendants.

**SUPPLEMENTAL APPENDIX TO PLAINTIFF MESABI METALLICS COMPANY
LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**SUPPLEMENTAL APPENDIX – TABLE OF CONTENTS**

| Exhibit No. | Description of Exhibit | Appendix Pages |
|---|---|---|
| 1 | Transcript titled Q2 2015 Earnings Call (CLIFFS_000288939) | C000001 - C000013 |
| 2 | Article titled The Biden-Harris Administration's Investing in America Agenda: Delivering for Arkansas dated March 2023 | C000014 - C000016 |
| 3 | Declaration of Douglas Zona dated January 17, 2024 | C000017 - C000019 |
| 4 | Declaration of Graham Davis dated January 19, 2024 | C000020 - C000022 |
| 5 | Declaration of Roger Emmott dated January 19, 2024 | C000023 - C000025 |

# EXHIBIT 1

| | | |
|---|---|---|
| Company Name: Cleveland-Cliffs Inc | Market Cap: 2,268.30 | Bloomberg Estimates - EPS |
| Company Ticker: CLF US | Current PX: 7.65 | Current Quarter: 0.055 |
| Date: 2018-01-25 | YTD Change($): +.44 | Current Year: 0.980 |
| Event Description: Q4 2017 Earnings Call | YTD Change(%): +6.103 | Bloomberg Estimates - Sales |
| | | Current Quarter: 357.000 |
| | | Current Year: 2425.333 |

# Q4 2017 Earnings Call

## Company Participants

- Timothy K. Flanagan
- C. Lourenco Goncalves

## Other Participants

- Lucas N. Pipes
- Seth Rosenfeld
- Matthew W. Fields

# MANAGEMENT DISCUSSION SECTION

## Operator

Good morning, ladies and gentlemen. My name is Jody, and I am your conference facilitator today. I would like to welcome everyone to Cleveland-Cliffs' 2017 Fourth Quarter and Full-Year Conference Call. All lines have been placed on mute to prevent any background noise. After the speakers' remarks, there will be a question-and-answer session.

The company reminds you that certain comments made on today's call will include predictive statements that are intended to be made as forward-looking within the Safe Harbor protections of the Private Securities Litigation Reform Act of 1995. Although the company believes that its forward-looking statements are based on reasonable assumptions, such statements are subject to risks and uncertainties that could cause actual results to differ materially. Important factors that could cause results to differ materially are set forth in reports on Forms 10-K and 10-Q, and news releases filed within the SEC which are available on the company website.

Today's conference call is also available and being broadcast at clevelandcliffs.com. At the conclusion of the call, it will be archived on the website and available for replay. The company will also discuss results excluding certain special items. Reconciliation for Regulation G purposes can be found in the earnings release which was published this morning.

At this time, I would like to introduce Tim Flanagan, Executive Vice President and Chief Financial Officer.

## Timothy K. Flanagan

Thanks, Jody, and thanks to everyone for joining us this morning. I'll kick off the call with a review of the fourth quarter and full year financial results and an overview of some important outlook items for 2018.

Before diving into the results, I wanted to first highlight a very important event and its positive impact on our business. In December, President Trump signed into law the Tax Cut and Jobs Act of 2017 which, among many other reforms, repeal the Alternative Minimum Tax. Resulting from the repeal of AMT, the benefit to Cliffs is twofold. First, we are now able to monetize the approximately $250 million in credits we've accumulated as a historic AMT payer. We will begin to see these credits returned to us as cash refunds. We will receive approximately $120 million in 2019 as well as $60 million in 2020 and $30 million in each 2020, 2021, and 2022, not to mention the $10 million we will have returned to us in 2018. Historically, our AMT credits have had a valuation allowance against them, which we have reversed during the fourth quarter, resulting in a substantial tax benefit you saw flow through our financials.

CLIFFS_000021625

Company Name: Cleveland-Cliffs Inc
Company Ticker: CLF US
Date: 2018-01-25
Event Description: Q4 2017 Earnings Call

Market Cap: 2,268.30
Current PX: 7.65
YTD Change($): +.44
YTD Change(%): +6.103

Bloomberg Estimates - EPS
Current Quarter: 0.055
Current Year: 0.980
Bloomberg Estimates - Sales
Current Quarter: 357.000
Current Year: 2425.333

Secondly, we will no longer be limited on the deductibility of historic net operating loss carryforwards. Previously, as an AMT payer we are limited to only utilizing 90% of such carryforwards. With the repeal, this limit goes away with respect to the utilization of historic net operating losses. As such, given our sizable NOL position of over $2.5 billion, we will effectively be a 0% tax payer for the foreseeable future. While we are still evaluating our options on how to best utilize this meaningful incoming cash flow from tax reform, it's fair to expect that the cash will be primarily deployed towards debt reduction as well as future CapEx needs associated with our core business. And last but not least, potential capital returns to shareholders.

Now moving to our financials. We wrapped up 2017 on a solid note with fourth quarter adjusted EBITDA of $129 million, propelling us to $513 million in adjusted EBITDA on the full year. This was a 38% increase from the prior year and our second straight year of EBITDA growth in excess of 25%. Segment-wise, starting with the U.S. business, we posted a $160 million adjusted EBITDA performance in the quarter, a $9 million improvement from the prior year quarter despite a 1.4 million tonne decrease in sales volume.

Because of both strong customer appetite for pellets during the first nine months of the year and a customer nomination reduction previously announced, which occurred late in Q3, the actual tonnage shipped in Q4 was lower than last year's fourth quarter. That said, on a full year basis we sold 18.7 long tonnes, a 500,000 long tonne improvement from the prior year. In 2018, we expect another increase in sales volume to 20 million long tonnes as a result of strong customer nominations and our third quarter acquisition of the remaining interest in the Tilden mine.

Consistent with our disclosures in the third quarter 10-Q, we've adopted the new revenue recognition standard effective January 1 of this year. As a result, we will be recognizing sales sooner than we historically have. In the past and through 2017, Q1 sales represented vessel shipments made from December through February. Going forward, Q1 reported sales tonnes will reflect shipments made from January through March. Even though actual sales are unaffected by the reporting methodology change, our overall reported volume in Q1 2018 will be lighter than what is typical for Q1. This is because we are replacing a heavier December shipping schedule with a lighter one in March.

Conversely, the second quarter will show a more pronounced tonnage increase, resulting in greater seasonality in our results in comparison with previous years. In sum, we expect the always seasonally light first quarter to only show about 1 million long tonnes this year, offset with much higher volumes in the remaining three quarters. There will be no impact to our full year expectation of 20 million long tonnes nor will the new revenue recognition practice result in a change in timing of our cash inflows.

As for the revenue rate during the fourth quarter, we saw in USIO a realization of $83 per long tonne, representing a 13% increase from the prior year quarter. However, given the reduction in nomination from a major customer we discussed last quarter as well as lower average Q4 IODEX pricing and higher freight rates, we saw this rate fall from a quarter ago. Looking into 2018, based on the performance to-date for iron ore, U.S. hot-rolled steel, and Atlantic pellet premiums – and assuming that these pricing levels persist throughout the remainder of the year – we should expect a substantially positive impact in our full year 2018 price realizations.

As we begin the year, in order to provide some further transparency into some new customer arrangements along with the customer mix we anticipate for 2018, we provided an expected realized revenue range in our press release this morning using year-to-date average prices for the commodities that impact our realizations most. And figures we have utilized do not reflect our internal view on pricing, and therefore should not be construed as guidance. Rather, we are just using what has transpired thus far in the year. So with a $77 iron ore price; a $675 per net HRC price in the United States; and an Atlantic pellet premium of $58; and holding all other assumptions such as mix, freight rates, and [ph] PPI Thomson (00:07:55), our U.S. realizations would range from $97 to $102 per long tonne. This would represent a double-digit percentage improvement from 2017. And just to be clear, this yearly range already includes a first quarter realization that is expected to be only around $75 per long tonne.

The reason for a lower price realization in Q1 than what we anticipate for the entire 2018 are well-known by the investors following Cliffs for some time. Consistent with previous years, it includes negative carryover effects; the lower reported volume driven by the winter shipping restrictions; and an unfavorable customer mix dictated by rail-only delivery which, for this specific year, were exacerbated by the accounting standard change during the year. By

CLIFFS_000021626

Company Name: Cleveland-Cliffs Inc
Company Ticker: CLF US
Date: 2018-01-25
Event Description: Q4 2017 Earnings Call
Market Cap: 2,268.30
Current PX: 7.65
YTD Change($): +.44
YTD Change(%): +6.103
Bloomberg Estimates - EPS
    Current Quarter: 0.055
    Current Year: 0.980
Bloomberg Estimates - Sales
    Current Quarter: 357.000
    Current Year: 2425.333

using these data points, coupled with historical sensitivity information from previous results, the investment community should have an adequate starting point to model out expected realizations for the rest of the year.

USIO cash costs for the fourth quarter were $59 per long tonne, close to our best performance of the year, putting our full year cash cost at $60 per long tonne. Thanks to our excellent operational performance, we're able to remain within our original cash cost guidance despite higher employee-related expenses; higher energy rates for natural gas, diesel, and electricity; the implementation of the new product, the Mustang pellet; and two additional unanticipated DR grade pellet runs. In 2018, we expect to see cash costs at a similar level as in 2017, with a guidance range of $58 to $63 per long tonne.

Now moving over to Asia Pacific. The increasing preference of Chinese steel makers for higher grade ore has put a lot of pressure on our APIO business, which reported a negative $3 million of adjusted EBITDA in the fourth quarter. Throughout the entire year 2017, the discounts applied to lower-grade ore have only worsened. Over the past two years, our expected realization relative to IODEX has decreased over 40%. In addition, over the past six months the Aussie dollar exchange rate has become more unfavorable for us. In today's iron ore price, lump premium, FX, and discount environment, we would expect slightly negative EBITDA on a full year basis. And as such, we expect to cease mining operations in Australia sometime during 2018. Lourenco will address this in more detail during his remarks.

SG&A expense during the quarter was down 22% primarily due to lower incentive compensation. On the full year, we finished out favorable to our guidance by about $4 million. For 2018, we expect SG&A expenses of $115 million, which is higher than last year, due mostly to a Pension/OPEB reclassification driven by the new accounting standard. As it is simply a reclassification within the income statement, there will be no impact on net income or EBITDA. Overall, on an apples-to-apples basis, our expected 2018 SG&A lines up very similarly to what it looked like in 2017. As for miscellaneous – net, we expect to continue to incur Empire idle expense at a rate of about $7 million per quarter for the full year of 2018.

Total capital spending for the quarter was $77 million, which includes sustaining capital, preliminary spending related to HBI as well as our acquisition of certain land rights in Northern Minnesota, which pushed us above our previously disclosed guidance. We finished the year with total free cash flow generation of $182 million which, in large part, went towards successful efforts in enhancing the core business, including the acquisition of the remaining minority interests in both Tilden and Empire Mines.

For 2018, capital expenditures will be taking a large step up as we begin major spending on the HBI project, our most important strategic priority over the next couple of years. Capital expenditures will be broken out into three areas. We expect spending related to sustaining our ongoing operations of about $85 million; spending related to the DR-grade pellet upgrade at Northshore of $50 million; and the largest and final piece, spending on the HBI project, is estimated at $250 million for 2018 or about 35% of the overall project cost. With the completion of our capital raising in December 2017, the $700 million total needed for the HBI project is now fully funded.

Finally, I will conclude my remarks with one of the major themes for 2017, capital structure optimization. We finished the year with net debt of $1.3 billion, nearly our lowest level in over six years, along with a vastly extended maturity profile. We also lowered the average carrying cost on our outstanding notes to 5% compared to the 6.8% it was at the beginning of the year. The balance sheet is clearly in much better shape now than it was a year ago. With the improved capital structure in place and strong earnings outlook, we're very well-positioned to both grow the company and weather any volatility the market may throw at us.

With that, I'll now turn it over to Lourenco.

# C. Lourenco Goncalves

Thank you, Tim, and thanks to everyone joining our call this morning. At the outset of last year, I promised strong and sustainable results in 2017, and we delivered. The main metric we focus on, adjusted EBITDA, surpassed $500 million. This significant result is a direct consequence of our shift to a U.S.-focused strategy, taking advantage of our strength in

CLIFFS_000021627

Company Name: Cleveland-Cliffs Inc
Company Ticker: CLF US
Date: 2018-01-25
Event Description: Q4 2017 Earnings Call

Market Cap: 2,268.30
Current PX: 7.65
YTD Change($): +.44
YTD Change(%): +6.103

Bloomberg Estimates - EPS
Current Quarter: 0.055
Current Year: 0.980
Bloomberg Estimates - Sales
Current Quarter: 357.000
Current Year: 2425.333

the domestic market that were ignored for some time in this company, and also making all the necessary improvements across the board commercially, operationally, and financially.

Since my first full year with Cliffs in 2015, our EBITDA has increased a lot. From 2015 to 2016, the growth was 28%. And between 2016 and 2017, the increase was 37%. Therefore, despite the undeniable volatility of the iron ore and the steel business, some companies still delivered consistent growth and increased profitability if they have the right strategy in place and the discipline to execute without getting distracted by day to day noise in the market. That's Cleveland-Cliffs; that's us.

We also enjoy the positive consequences of the industry finally waking up to the importance of rational supply behavior and the environmental compliance. We actually designed our strategy around these two things. The strategic moves we made at that time, which I have laid out in past conference calls, put us in a position to thrive in 2017 and should boost Cliffs' results even further in 2018. Dating back to the early days of my tenure as Cliffs' CEO, the most prevalent thing that iron ore industry so-called experts were focused on was on who was a low-cost producer and who could pump out the most volume. The environmental harm this "low-cost tonnes" caused to China was never discussed. So from the very beginning, I was in a daily fistfight about this deeply misguided view. As a producer of high-quality pellets, we knew that not all iron ore was created equal.

As we look at what transpired in 2017, China finally started to care about pollution. With this new attitude toward environmental stewardship, the Chinese government mandate curtailments of some highly polluting – the Chinese government did curtailments of some highly polluting steelmaking capacity. This action forced the remaining operating steel mills to produce more steel while generating reduced emissions, all for an end market that was and still is very healthy. Exactly as we predict a few years ago, the Chinese became a lot more selective over the feedstock they use in their blast furnaces, and the dime a dozen low-grade fines coming out of Australia just weren't going to cut any more. This resulted in the price for benchmark-grade iron ore increasing over 20% in 2017. Even further, pellets became a lot more expensive.

Good pellets are scarce, difficult to produce, and they allow the blast furnace to run the most environmentally-friendly and productive operation possible. With our patience finally paying off, this international market development helped improve our USIO results in 2017. Our full year realized revenue rate of $88 per long tonne was up 17% over 2016, and segment EBITDA was up 55% year-over-year. With the Atlantic Basin pellet premium jumping to a value of $58 per metric tonne since the beginning of this year, we expect our segment EBITDA to take another substantial move upward in 2018, especially with our 20 million long tonne order book for the year.

On the operational side, I asked so much off our team last year. And of course, they absolutely delivered. This included the ramp-up of the Mustang pellet production, which could not have gone any better; the planning of the upcoming Northshore upgrade project; and two additional DR-grade pellet runs. This operational excellence continues to support and serve well a healthy domestic market. Steel prices in the United States are at a six-year high, and our customers have a strong appetite for pellets.

In addition, two weeks ago the Department of Commerce submitted the result of its Section 232 investigation to the White House. We don't have much visibility on the contents of the report, and have even less clarity on what President Trump will actually do with the report. But what I believe is most important, is the enforcement of any restrictions that are put in place. We as a country continue to look the other way when the conversation is about domestic buyers that are recipients of unfairly traded steel. The Department of Commerce knows, and the White House knows, that we must focus on these folks; make a few serious examples out of them; and hopefully put an end to this bad behavior that, as the industry knows, is still is a huge part of the problem.

Amazingly cheap steel does not exist because other countries are amazingly more efficient than the United States. It exists because some foreign players cheat, and some American companies enable them by acquiring that steel. That includes, for example, steel from Iran sold in the international market and in the United States as made in Turkey, or steel produced in North Korea disguised as made in Indonesia or made in China. By the way, a huge portion of the iron ore produced in North Korea is consumed by the Chinese steel mills to produce this so-called cheap steel. If you are a buyer of this so-called cheap steel, you are an enabler, and Section 232 should be coming for you.

| | | |
|---|---|---|
| Company Name: Cleveland-Cliffs Inc | Market Cap: 2,268.30 | Bloomberg Estimates - EPS |
| Company Ticker: CLF US | Current PX: 7.65 | Current Quarter: 0.055 |
| Date: 2018-01-25 | YTD Change($): +.44 | Current Year: 0.980 |
| Event Description: Q4 2017 Earnings Call | YTD Change(%): +6.103 | Bloomberg Estimates - Sales |
| | | Current Quarter: 357.000 |
| | | Current Year: 2425.333 |

One final important strategic highlight for our U.S. business. During the fourth quarter, we acquired additional real estate interests in Northern Minnesota from Glacier Park Iron Ore Properties, including a significant portion of the land previously leased to Mesabi Metallics, formerly known as Essar Steel Minnesota. As a mining company in business for 170 years, Cleveland-Cliffs is constantly in the pursuit of new iron ore reserves in order to continue to grow and to make sure we have unrestricted access to feedstock in the future.

You saw two other examples of that this year with our acquisitions of the remaining minority interests in iron ore reserves in both Empire and Tilden mines in Michigan from ArcelorMittal and U.S. Steel respectively. With that in mind, the land acquisition in Minnesota is just part of our long-term growth plan. While the acquisitions in Michigan not only increased our annual USIO production capacity to 20 million long tonnes for 2018 and beyond, but also created future optionality for Cleveland-Cliffs in Michigan.

Mining is a long-term business, and what we do or don't do today will have repercussions for generations. Despite the fact that the state of Minnesota has backed the wrong horse for the last several years, we still believe that we are best positioned to bring new growth and market diversification to Minnesota. As evidence of that, we are proud to present our real projects, Mustang at United; DR-grade pellets at Northshore; and HBI in Toledo, Ohio. Cleveland-Cliffs still stands ready to implement our plans in Minnesota, but we'll not wait forever. In the meantime, we are very comfortable with what we have done so far in Minnesota, in Ohio, and in Michigan, and look forward to continue to methodicaly execute our overall business plan.

Now moving on to Asia Pacific Iron Ore. Our negative $3 million EBITDA performance in the fourth quarter should not be a surprise for those following us closely. As the Chinese preference for higher-grade ores has only increased over the past year, our non-core low-grade operation in Australia has continued to refine its mine plan and performed to the best of its ability. That said, we will likely cease mining operations in Australia later this year. Our goal is striking the right balance between economically mining the remaining mineral reserve base and fulfilling our contractual obligations. In any case, we'll continue to meet our obligations as they can come due, and we'll work to minimize their impact on our business. For most of my time with Cliffs, I have stressed that I would not tolerate a loss-making performance in APIO. I appreciate the hard work and sacrifices our great team in Australia has made, and continue to make, to keep this business viable much longer than we thought it could. I will certainly be keeping the market updated on the status of our Australian operations throughout the year.

With the EBITDA contribution from Australia ultimately going away, we have our eyes firmly set on the new EBITDA contributors we will be adding to our business over the coming years, starting with the HBI plant in Toledo, Ohio. During the fourth quarter, we completed the significant accomplishment of fully funding the entire $700 million construction cost of the plant. Why did we decide to fund the entire project cost up front? Number one, this is an incredibly important project not just from a business diversification standpoint but also in that it will add significant EBITDA power to Cleveland-Cliffs. Because of this importance, we wanted to remove any uncertainty with respect to our ability to fund the construction cost entirely. We saw the opportunity to do this while securing very favorable interest rates interest rates and removing any other market risks. And finally, we wanted to eliminate any uncertainty around the necessity of partners, making abundantly clear that we can and will proceed without one.

We issued a combination of secured bonds and convertible notes, and we're able to price the deal at a very attractive weighted average coupon of 3.4%. The 1.4% convertible notes will be treated as debt, not equity, both accounting-wise and as we plan out our business. Our issuance of the convert was not a dilutive exercise. You'll see that reflected in our financials, with the convert categorized as a debt instrument on the balance sheet and with no change to our share count on the income statement in the calculation of earnings per share this quarter.

With that important transaction behind us, the year 2018 will be all about execution. Our capital structure is in the right shape to support our future growth. Our HBI team is in place, and the important contractors for technology, construction, and material handling are officially assigned. The permitting process is well on track, and we're very pleased with the support from the EPA as well from the City of Toledo and from the State of Ohio. Our conversations with future customers continue to go well, and it has become abundantly clear what a sought after product our customized HBI is. Groundbreaking at the site will happen in April, and we will commence construction work shortly

C000006

CLIFFS_000021629

| | | |
|---|---|---|
| Company Name: Cleveland-Cliffs Inc | Market Cap: 2,268.30 | Bloomberg Estimates - EPS |
| Company Ticker: CLF US | Current PX: 7.65 | Current Quarter: 0.055 |
| Date: 2018-01-25 | YTD Change($): +.44 | Current Year: 0.980 |
| Event Description: Q4 2017 Earnings Call | YTD Change(%): +6.103 | Bloomberg Estimates - Sales |
| | | Current Quarter: 357.000 |
| | | Current Year: 2425.333 |

thereafter. I thank the HBI project team for moving through this process so effectively and keeping us well on track to add this important plant to our asset portfolio by mid-2020.

Just as important, we have also begun working in earnest on the upgrade of our Northshore plant which, upon project completion, we will be able to produce up to 3.5 million long tonnes of low-silica DR-Grade pellets. Cliffs Northshore currently is, and will continue to be, the only source for this type of pellets in the Great Lakes. The ability for Cliffs to produce DR-Grade pellets is what makes our venture in HBI so value-accretive, and this unique quality is why we are the only company who could feasibly develop HBI production in the region. With the Northshore upgrade, by 2020 Cleveland-Cliffs will have three very effective EBITDA-generating businesses, blast furnace pellets, DR-grade pellets, and HBI. I have every faith that we have the right people in place at each project to get us to where we need to be. For the time being, we have a sold out U.S. pellet business that just added additional capacity; stable and well-run operations; and an environment for iron ore, domestic steel, and pellet premiums that should generate us a lot of cash. On top of that, we'll receive a meaningful $250 million cash infusion from the AMT monetization.

Our strategy of protecting and enhancing our core business was executed well in 2017, and we're certainly primed to reap more benefits in 2018. Combining this strength with our soon to be expanded asset portfolio and customer base, we'll definitely have a lot to look forward to for the years to come.

With that, I'll now turn it back to Jody for the Q&A portion of the call.

# Q&A

## Operator

[Operator Instructions] Your first question comes from the line of Lucas Pipes of B. Riley FBR. Your line is open.

**<Q - Lucas N. Pipes>:** Hey. Good morning, everybody, and thank you very much for the updated guidance. That's quite helpful. Lourenco, I wanted to first turn to the 2020 outlook that you provided towards the end of your prepared remarks. And maybe to touch on Northshore, what makes that particular operation so unique to be able to supply DRI pellets?

**<A - C. Lourenco Goncalves>:** We have already – first of all, thanks, Lucas. Good morning. Northshore has already proven itself as a very viable producer of DR-grade pellets. That's where we currently produce and sell DR-grade pellets to our current customers, Nucor and ArcelorMittal Long Products Canada. We use our ore that's very, very good for DR-grade low-silica production out of the Babbitt Mine at Northshore, and the product is very well-liked by both clients. So that's what we have there and that's what we will continue to have. With the investments, we are going to just be able to produce more without having absolutely any interference with productivity; that's what we're doing there. We are debottlenecking the operation and specializing even further in DR-grade pellets, giving them the ability to switch between blast furnace pellets and DR-grade pellets a lot easier with no interference in production.

**<Q - Lucas N. Pipes>:** Thank you. And then you touched on this very briefly as well, and that's the contracting of the HBI output. Can you maybe go into a little bit more detail how much of the tonnage would you like contracted out by what time? That would be very helpful. Thank you.

**<A - C. Lourenco Goncalves>:** Well we are already talking to clients for some time because as you well know, Lucas, we produce customized products. We don't produce run-of-the-mill commercial quality products. We tend to do what each one of the clients want for their specific points of consumption. So we're going to do the same thing with HBI. So we are in discussions with these clients, and we will be cutting deals throughout 2018, more likely into 2019, for the tonnage that they want to get. And what I'm seeing right now is that they're well-sized for the desires of the market. Keep in mind, they import commercial quality pig iron and commercial quality – other iron substitutes from abroad. And they need to buy a lot more, they need to carry inventory, they need to bear with the uncertainty of deliveries, they need to bear with the uncertainty of currency exchange rates, things like that.

CLIFFS_000021630

Company Name: Cleveland-Cliffs Inc
Company Ticker: CLF US
Date: 2018-01-25
Event Description: Q4 2017 Earnings Call

Market Cap: 2,268.30
Current PX: 7.65
YTD Change($): +.44
YTD Change(%): +6.103

Bloomberg Estimates - EPS
  Current Quarter: 0.055
  Current Year: 0.980
Bloomberg Estimates - Sales
  Current Quarter: 357.000
  Current Year: 2425.333

With us, we're going to carry the inventory for them, we're going to deliver just in time, we're going to customize the carbon content and everything else to the desire of each one of the EAFs. So everybody is very happy and very excited. We are going to do very well with the HBI business. But there's no pressure on timeframes even because we decided long ago not to go project finance, not to have to pre-negotiate commercial deal. So we're doing it at the right time and the right way.

**<Q - Lucas N. Pipes>**: Okay, that's great. And then on APIO, I appreciate the commentary there and I think you mentioned in your prepared remarks that you have certain contractual obligations that you intend to honor. So first, could you break out what those are? I believe there are some transportation logistical costs, minimum payments associated with those. If you could maybe remind us what those are? And then secondly, if you were to cease operations in APIO later this year, what sort of reclamation costs should we be looking forward to from a cash perspective? So would appreciate your color on that. Thank you.

**<A - C. Lourenco Goncalves>**: Yeah. Look, we prepared to ourselves, Lucas, to be able to exit APIO without anything. So if we had to decide to shut it down in short-term, that would not be a painful move for us. We are totally prepared. But I'll let Tim Flanagan give you a little more color on that because I think it's a very important thing to further discuss. Please, Tim.

**<Q - Lucas N. Pipes>**: Thank you.

**<A - Timothy K. Flanagan>**: Thank you, Lucas. Maybe starting with kind of the big buckets, right? You do have predominantly rail and logistics – our transportation logistics-related contracts, rail, port. But the other big one would be Australia is a contract mining operation, so we have our contract miner contract as well. But I think if you think about the way we look at these costs, and certainly us operating the mine as long as it is economic through our team will help us mitigate those costs as much as possible. And then beyond that, there's a number of mitigation strategies that we have in place, be it sale of assets, the rail cars, the mobile equipment, the infrastructure that's in place – that will take place.

But to your point, let's assume we operate through the back half of 2018 and we get late into 2018 with the operation, we execute on some of the mitigation strategies, we'd expect those ongoing obligations to be less than $80 million. And really, what's important is those obligations would be stretched over about a three-year period. So hopefully that gives you a little bit more perspective on what we're looking at.

**<Q - Lucas N. Pipes>**: That's helpful. And so the $80 million would be the aggregate amount over a three-year period or so, and that would not include reclamation?

**<A - Timothy K. Flanagan>**: That's correct. The reclamation would come after that, and the reclamation currently is recorded at about $20 million.

**<Q - Lucas N. Pipes>**: So the way to maybe think about it is that you have $80 million left to pay, and any additional tonne that you produce is incremental cash versus that $80 million? Is that maybe a good way to think about it?

**<A - C. Lourenco Goncalves>**: That's a good way to think about it. And keep in mind, we're going to [indiscernible] (00:39:50), we're going to show a lot of stuff over there. We are working on that, so it'll be pain free.

**<Q - Lucas N. Pipes>**: And then maybe lastly, the reclamation, how quickly would that follow after that and how should we model that?

**<A - Timothy K. Flanagan>**: Yeah. So that would still be a couple years out, and it's about $20 million and it stretches over a three-year period.

**<Q - Lucas N. Pipes>**: Okay, great. Well thank you very much and good luck.

**<A - C. Lourenco Goncalves>**: Thanks, Lucas.

C000008

CLIFFS_000021631

| Company Name: Cleveland-Cliffs Inc | Market Cap: 2,268.30 | Bloomberg Estimates - EPS |
| Company Ticker: CLF US | Current PX: 7.65 | Current Quarter: 0.055 |
| Date: 2018-01-25 | YTD Change($): +.44 | Current Year: 0.980 |
| Event Description: Q4 2017 Earnings Call | YTD Change(%): +6.103 | Bloomberg Estimates - Sales |
| | | Current Quarter: 357.000 |
| | | Current Year: 2425.333 |

## Operator

Your next question comes from the line of Seth Rosenfeld of Jefferies. Your line is open.

**<Q - Seth Rosenfeld>**: Good morning. I have a couple of questions, just starting out on the 2018 guidance once again. And so first, thanks for providing the explicit guidance on expected realized prices based on the year-to-date trends. But can you just update us on the sensitivity that you might expect should spot prices for iron ore or hot-rolled coil or pellet differ over the course of the subsequent 11 months? Has the sensitivity changed versus what you've told us in past years? Start there please.

**<A - C. Lourenco Goncalves>**: Well in past years, we didn't have a big impact on pellet premiums because pellets always commanded a premium, but not a premium that would change significantly the outcome of the written number. Knowing that pellets would become more sought after, the most recent contracts that we designed, they have a much bigger influence of the pellet premium. So the fact that pellet premium grew between the – I've talked about the Atlantic Basin pellet premium that doesn't fluctuate every day like the Chinese pellet premium, so we'll talk about the Atlantic Basin pellet premium. The Atlantic Basin pellet premium that used to be historically low 30s is now $58, so we saw that coming before the move happened. So the most recent contracts, they have a much higher influence of the pellet premium than contracts that were signed prior to my arrival here at Cliffs. So that's a positive that I would like to point out.

As far as iron ore and hot-rolled, you guys know the sensitivity. They don't change much. It's the IODEX and the price of domestic hot-rolled that is traded inside the United States, so that's pretty much it. Some contracts have a weight between iron ore and hot-rolled, more toward hot-rolled, less toward iron ore. And then others is the opposite – some others have a fixed portion, so each contract is different. But by now you guys, Seth, half the fluctuations of iron ore and hot-rolled well-defined within your models.

The biggest problem continues to be the amount of crap that the commodities desk of the big banks continue to put out. So there is absolutely no commodities desk, no big bank that has a price above $65 for iron ore. And as of this morning, $75.05. And two months ago, Goldman Sachs was saying that iron ore price would go to $60, then $55, then $50. Until when? How much longer the bosses at Goldman Sachs need to see that their people or they don't know what they are doing or they are doing something very well thought after because Goldman Sachs has been [indiscernible] (00:43:57), they're very supportive, they like to put their money with us. They know that our views are completely different from their commodities desk and they even had one of my deals as a bought deal with Goldman Sachs against their own commodities desk. So it's like one side of the coin they win, the other side they win as well. So that's one way to do it.

The other one is JPMorgan. JPMorgan came to be worse. They came to be worse. JPMorgan will be so much better off if they fire everybody in the commodities desk. Maybe Gambardella would learn how to read balance sheet and the miscellaneous net and stuff like that without the bad input of the commodities desk. Some guys over time, they lose their hands. So anyway, that's the biggest thing. But you guys on your own, especially Jefferies because at least you are better than the average because you don't have a commodities desk; that's great. Actually, you have a commodities desk but you seem not to follow them too much, and I hope that other analysts would do like you, Seth. So that's my thing.

[indiscernible] (00:45:07)

Commodities desk guys, I'd like to have them gone. They are a disaster. They are a train wreck. But you guys are good, you guys try to do a good job and I appreciate that.

**<Q - Seth Rosenfeld>**: That's very kind.

**<Q - Seth Rosenfeld>**: Except the ones I have in agenda because these ones over time they just lose their jobs, they move from a bad place to another for a worst place and – but other people, they try to do a good job. They try to educate – as you bet for the – the big funds, they know what they're doing very well. But the retail investor, these guys, these poor bastards, they read this thing every day and it's so bad. All right, Seth. What else? What can I do for you?

CLIFFS_000021632

| Company Name: Cleveland-Cliffs Inc | Market Cap: 2,268.30 | Bloomberg Estimates - EPS |
|---|---|---|
| Company Ticker: CLF US | Current PX: 7.65 | Current Quarter: 0.055 |
| Date: 2018-01-25 | YTD Change($): +.44 | Current Year: 0.980 |
| Event Description: Q4 2017 Earnings Call | YTD Change(%): +6.103 | Bloomberg Estimates - Sales |
| | | Current Quarter: 357.000 |
| | | Current Year: 2425.333 |

**\<Q - Seth Rosenfeld\>:** Well first, thank you very much; very kind of you. Is there any way that you can quantify the new sensitivity to the pellet premium? I believe you had maybe one or two years ago. Perhaps every $10 move in the Atlantic Basin pellet premium, what impact would that have on your full year ASP? And then a separate question for metal I guess. Within the U.S. business, you've talked in the past of some of the cost inflation you've seen in that region. Given the higher volumes expected for 2018, we were hoping to see perhaps a lower realized cash cost with the fixed cost leverage. So slightly surprised you're looking for that stability in cash cost. What do you think are the ongoing cash cost inflationary pressures in the U.S.? Thank you.

**\<A - C. Lourenco Goncalves\>:** First, the pellet premiums. The pellet premium move from $46, $45, to $58 gave us another $100 million in EBITDA increase on a fiscal year basis. So I hope this data point will help you. As far as the – I'm sorry, so that was the pellet premium. Can you repeat the other question, the other part of the question, because I was thinking about the pellet premiums, sorry. I believe I didn't get all the nuances of the other question. So can you repeat, Seth, please?

**\<Q - Seth Rosenfeld\>:** If you can just talk a little bit about any cost inflationary pressures you're seeing in the U.S. I was somewhat surprised that you're guiding to flat cost per tonne in 2018 despite the higher production and shipment expectations. So what are you seeing in underlying cost inflation, please?

**\<A - C. Lourenco Goncalves\>:** Look, we do have a cost pressure in the United States, and this is associated with the higher energy rates that we are anticipating. We also are anticipating higher profit sharing; well that's a good problem to have. And the worst of all is higher transportation costs. The railroads, they have a license to steal, and myself and other CEOs, they don't have a lot of options because they basically they control their track. So they continue to force us in to higher costs. And these things, one day will have to come to an end. But we mitigate as much as we can, but we face that. Also, we are a real operation, so we spend money on maintenance. We have obligations that we have to fulfill, we have repairs that we have to go through.

So I think that all in all, the fact that we're able to stay for 2018 within the same level of 2017, despite all of the pressures, is a big game. I'm not going to give you any numbers because we're staying. The cost we've got this year is the cost we're expecting to have next year, so that's why we're guiding to the same level. So all the things that I mentioned to you is just my thing. That's my work. That's what I need to do, myself and Terry Fedor, and my General Managers in each of the mines, the Transportation Group, Commercial with Terry Mee, and that's our fight day-by-day.

**\<Q - Seth Rosenfeld\>:** Great. Thank you very much.

**\<A - C. Lourenco Goncalves\>:** Thanks, Seth.

## Operator

Your next question comes from the line of Matthew Fields of Bank of America. Your line is open.

**\<Q - Matthew W. Fields\>:** Hey, everyone. Congrats, Lourenco, on another strong year.

**\<A - C. Lourenco Goncalves\>:** Thank you very much, Matt.

**\<Q - Matthew W. Fields\>:** I wanted to ask a couple of questions about the Minnesota property, the land rights that you bought. Since you essentially bought, I guess, half of the land that the other entity had the rights to, does this essentially shut the door on the Chippewa potential project, would you say?

**\<A - C. Lourenco Goncalves\>:** Look, like I said during my prepared remarks, what we did in Minnesota is normal course of business. When we have opportunities to buy land or because the existing owner wants to sell or because the existing owner wants to cut the deal for a lease, for a fee, and a royalty for the long run or because the one that has the deal is sleeping at the wheel, we take advantage. I'm a competitive guy, and we have a big commitment, I have a big commitment to continue to stay in Minnesota despite all of the bad moves that the State of Minnesota has been making. They lost an HBI plant, let's face it, which I'm building in Ohio because Minnesota never really got what they were losing. They will realize over time the mistake they made, but it is what it is.

C000010

CLIFFS_000021633

Company Name: Cleveland-Cliffs Inc
Company Ticker: CLF US
Date: 2018-01-25
Event Description: Q4 2017 Earnings Call

Market Cap: 2,268.30
Current PX: 7.65
YTD Change($): +.44
YTD Change(%): +6.103

Bloomberg Estimates - EPS
Current Quarter: 0.055
Current Year: 0.980
Bloomberg Estimates - Sales
Current Quarter: 357.000
Current Year: 2425.333

So the amount of money that we've spent is not even material because if it were we'll have to disclose. And so the impact on us is optionality, the same impact that we have by acquiring the minority interest of Tilden and Empire in Michigan. So long story short: where Cliffs will go next, if it's Michigan or Minnesota, if it's Nashwauk or Tilden/Empire, it's an open question. We have optionality. We have both opportunities to grow. One of them will be explored, the other one will be put to die. That's what we have. I don't know if I answered your question, but what more color you need, Matt?

**<Q - Matthew W. Fields>:** No, that's helpful, I mean. And then further on that, I think the old owner claimed that due to the soft ore and the low stripping ratios, their cost to make pellets could be materially lower using that resource. Do you anticipate that maybe as your production profile grows through more demand for HBI or what have you or the natural evolution of your mining footprint that you develop that resource and could lower your costs, or do you not put a whole lot of stock and what the old owners have said?

**<A - C. Lourenco Goncalves>:** Look. The one that first said that was Minnesota Steel back in 2007, 2-0-0-7, Minnesota Steel. Minnesota Steel was never able to become reality. And then came Essar from India. The figures, the guys that know everything about the steel business. They know how to build, they know how to operate, they know how to pelletize, they know how to sell; they do a lot of things. They bared – they say $1.7 billion is still there on the ground. And people call that thing a half-built pellet plant; I call that a 10%-built pellet plant, and with probably 5% having to be disassembled before we try to do something with that amount of steel and concrete that was not pulled properly, but they repeat that thing of the low-cost and et cetera.

Then came Matthew Stock. Where's Matthew Stock? Matthew Stock was hired because he was a guy with a lot of experience in how to build pellet plants because he had a very, very successful career. Guess where? In India, and these guys came after Essar, so that's the connection. Matthew Stock came and disappeared without leaving a trace. I think reporters should even investigate where's Matthew Stock, what happened with Matthew Stock. And then came Chewbacca, out of Star Wars, out of nowhere, the billionaire character of Star Wars that knows everything about pretty much everything, pig iron, blast furnaces, coal, pellets, costs, this and that. Investors lined up. Wall Street people try to give him money, money from Dubai, clients in China. No land, no lease, no nothing.

So what was the real question? I think I forgot the question. About the cost, I think that in order to talk about costs, first you need to know what a pellet is, how to sell the pellets, how you cut a deal, how you cut a contract. You remember when I first came to the company, Matt, that we had Magnetation. Magnetation was real. Magnetation was 50% owned by AK Steel, 50% owned by Larry Lehtinen, and it was selling pellets. Magnetation when bankrupt. We are 100% supplier of AK steel; that's undeniable. Then U.S. Steel brought back Keetac and [indiscernible] (00:56:11) pellets. They are going to compete, they are going to do this, they are going to do that. Well I have all the contracts in the Great Lakes, both sides except Stelco because Stelco was formally U.S. Steel Canada. Other than that, everything else was mine including Dofasco, that in 2017 was U.S. Steel. For the next three years, we will be [indiscernible] (00:56:36) in place.

So what was your question about wannabe competitor Chewbacca? Did I answer your question?

**<Q - Matthew W. Fields>:** No. I mean, sort of. The thinking is that as he was running around trying to raise money, he at least had a 7 million tonne potential for land, and now you basically took half his land so he doesn't even have that. So it sort of shuts the door on the option that he had, sort of shuts the door on even the potential competitor of yours down the road. And...

**<A - C. Lourenco Goncalves>:** Just to clarify, I bought their land from GPIOP, Glacier Park Iron Ore Properties or something like that. And the owner of the other land is the people of State of Minnesota, so the other half of land belongs to the people of Minnesota. And the control of that land has reverted to Governor Mark Dayton. The control is under Governor Mark Dayton, the Department of Natural Resources of State of Minnesota, and these people are public officials. They must do what's right for the people of Minnesota.

A good thing about the land that we acquired control, it's all contiguous. I can't operate that land with absolutely no problem having access from public roads, and we can't execute a mine plan which, by the way, it has been initiated –

C000011
CLIFFS_000021634

| | | |
|---|---|---|
| **Company Name:** Cleveland-Cliffs Inc | **Market Cap:** 2,268.30 | **Bloomberg Estimates - EPS** |
| **Company Ticker:** CLF US | **Current PX:** 7.65 | **Current Quarter:** 0.055 |
| **Date:** 2018-01-25 | **YTD Change($):** +.44 | **Current Year:** 0.980 |
| **Event Description:** Q4 2017 Earnings Call | **YTD Change(%):** +6.103 | **Bloomberg Estimates - Sales** |
| | | **Current Quarter:** 357.000 |
| | | **Current Year:** 2425.333 |

very soon, we're going to have a mine plan to submit to the DNR, and we're going to get permits to mining that land. The other side of the thing that's owned by the State of Minnesota, it's a hodgepodge of separate areas that are not contiguous unless they use drones to operate in that land. So flying machines that will land on pieces of land and then will fly above again and then will move to the pellet plant. So if this type of equipment haven't been developed yet, they can't operate without Cliffs. So that's what we have there, that's how I operate, and we did everything completely legal – legally, complete within the boundaries of what we are allowed to do, and we're ready to talk with the other owner. Who is the other owner?

**<A - Timothy K. Flanagan>:** Mark Dayton.

**<A - C. Lourenco Goncalves>:** For now, until they left. Because this guy...

**<Q - Matthew W. Fields>:** All right. Well congratulations on that...

**<A - C. Lourenco Goncalves>:** These guys think they are gone when an election comes and they are no longer there, but someone will be there sitting in that chair.

**<Q - Matthew W. Fields>:** Well congratulations on that transaction and the year.

**<A - C. Lourenco Goncalves>:** I'm sorry. Say that again.

**<Q - Matthew W. Fields>:** I said congratulations on that transaction and a strong year.

**<A - C. Lourenco Goncalves>:** Very well. Thank you. I appreciate it, Matt. Okay, I'll take the last question, Jody.

## Operator

Your final question comes from the line of Naveed Rasuli of Cowen and Company. Your line is open.

**<Q>:** Hi. Good morning. This is [indiscernible] (00:59:57) for Naveed. Thank you for taking my questions. So first one I have is I note that in the past there were some shipments sold to the seaborne market that actually had an impact on pricing and cost. So my question is if the shipments into seaborne market coming down, would that lower your cost guidance and increase your price realization guidance for 2018? And then secondly, now since you have enough capital to move forward with the HBI project on your own, should we assume that you will just go ahead without a partner coming in? Thank you.

**<A - Timothy K. Flanagan>:** Thanks for the question. The answers are for the first question, yes. And for the second question, yes, no partner. You're right. Thank you very much.

**<Q>:** Thanks.

## C. Lourenco Goncalves

Jody, I think we are done. Thank you very much, and I will be speaking with you all as soon as we can and for sure in the next three months. You guys have a great 2018, and I look forward to continue to have these great conversations with our stakeholders. For now, have a good day.

## Operator

This concludes today's conference call. You may now disconnect.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript*

C000012

**Company Name:** Cleveland-Cliffs Inc
**Company Ticker:** CLF US
**Date:** 2018-01-25
**Event Description:** Q4 2017 Earnings Call

**Market Cap:** 2,268.30
**Current PX:** 7.65
**YTD Change($):** +.44
**YTD Change(%):** +6.103

**Bloomberg Estimates - EPS**
  Current Quarter: 0.055
  Current Year: 0.980
**Bloomberg Estimates - Sales**
  Current Quarter: 357.000
  Current Year: 2425.333

*and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall
have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential,
special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the
information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities
or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP.*

*© COPYRIGHT 2018, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is
expressly prohibited.*

C000013

CLIFFS_000021636

# EXHIBIT 2

# INVESTING IN AMERICA

**The Biden-Harris Administration's Investing in America Agenda: Delivering for Arkansas**
*Companies have committed to invest over $4 billion in Arkansas since President Biden took office*



*Not an exhaustive list. Subset of major announcements.*

For decades, the U.S. exported jobs and imported products, while other countries surpassed us in critical sectors like infrastructure, clean energy, semiconductors, and biotechnology. Thanks to President Biden's Investing in America Agenda – including historic legislation signed into law by President Biden such as the American Rescue Plan, Bipartisan Infrastructure Law, CHIPS and Science Act, and Inflation Reduction Act – that is changing. Since the President took office in 2021, companies have committed **over $4 billion in private sector investments across Arkansas.** These investments are creating good-paying jobs, including union jobs and jobs that don't require a four-year degree in industries that will boost U.S. competitiveness, rebuild infrastructure, strengthen supply chains, and help build a clean energy economy.

**Unleashing a Private Investment Boom in Arkansas:**
Thanks to the President's Investing in America agenda, Arkansas's economy is now a more attractive place for companies around the world to invest and expand, helping drive U.S. competitiveness and build a clean energy economy. Just in Arkansas:
- U.S. Steel is investing $3 billion on a next-generation steel mill in Osceola. It is expected to be one of the most advanced steel plants in North America and the largest private project in the history of Arkansas.
- Gränges is expanding its production facility in Newport, Arkansas to become the first domestic producer of cathode foil, a critical input into electric vehicle batteries.
- The electric vehicle maker Envirotech Vehicles is moving its manufacturing operations and headquarters to Osceola, adding an expected 800 jobs as part of an $81 million investment.

**Rebuilding Arkansas's Infrastructure:**
Thanks to President Biden's economic plan, about $2.8 billion in federal funding has already been announced for 147 infrastructure projects across Arkansas. That includes $2.3 billion in federal investments to fund transportation projects – roads, bridges, and roadway safety – and over $112 million for better access to clean water. For example:
- The U.S. Army Corps of Engineers awarded over $200 million to maintain and improve the McClellan-Kerr Arkansas River Navigation System, a waterway that runs 445 miles through Oklahoma and Arkansas to the

*As of March 2023*

Mississippi River. The project will strengthen U.S. supply chains, making it easier to move goods, and expand opportunities in the local economy.

- The Northwest Arkansas National Airport has been awarded $13 million to make significant upgrades to improve passenger services, support accessibility for disabled passengers, increase energy efficiency, and enhance the flow of passengers and baggage.
- The city of Conway was awarded $25 million to build 15 miles of vital bike and pedestrian infrastructure to better connect residents to local parks, schools, businesses, jobs, colleges, and more.
- The Phillips County Port Authority was awarded funds for the Helena Harbor Transportation Enhancement Development Project in Helena. The project will fund improvements to the port's infrastructure to meet anticipated growth in freight volume.

**Getting Arkansas Back to Work and Supporting Arkansas's Small Businesses:**

At the start of 2021, the Arkansas unemployment rate was 4.9% and many small businesses had closed. Today, Arkansas's unemployment rate has dropped to 3.2% with 88,000 jobs created since the President took office. Meanwhile, the number of new Arkansas business filings have hit new records, with 79,000 new business applications filed over 2021 and 2022. Emergency relief from the Biden-Harris Administration during the pandemic helped to keep open 507 restaurants and bars and 2,585 child care programs across Arkansas, and is providing up to $82 million in funding to make new loans and investments in its small businesses through the State Small Business Credit Initiative.

**Creating Clean-Energy Jobs and Combatting the Climate Crisis:**

President Biden's Investing in America agenda is delivering a clean, secure, and healthy future for Arkansas families by:

- **Expanding electric vehicle opportunities,** with hundreds of thousands of people in Arkansas eligible for discounts on new or used EVs through the Inflation Reduction Act, which will be supported by networks of EV chargers across the state funded by the Bipartisan Infrastructure Law.
- **Protecting Arkansas against extreme weather,** with historic investments for more resilient homes, businesses, and communities. In the last decade, Arkansas has experienced 35 major extreme weather events, costing the state up to $6 billion in damages and often disproportionately affecting historically underserved communities.
- **Supporting rural communities,** by investing in climate-smart agriculture practices to help Arkansas's 42,000 farmers lead on climate solutions, and helping electric cooperatives that deliver cleaner and cheaper power to about 520,000 Arkansas homes and businesses.

**Lowering Costs for Arkansas Families:**

Thanks to legislation in President Biden's Investing in America agenda, Arkansas residents are saving money on their health care premiums and prescription drugs, high-speed internet, and home energy costs. In fact:

- **Over 601,000 Arkansas residents with Medicare** will benefit from the $2,000 yearly cap on out-of-pocket prescription drug costs, a $35 monthly cap per insulin prescription, and free vaccines.
- **100,000 individuals in Arkansas signed up for health insurance** through the ACA Marketplaces during the Open Enrollment Period for 2023 and will benefit from up to thousands of dollars per year in savings from lower health care premiums.
- **The average new homeowner in Arkansas will save $783 annually** -- or 30.2% on their utility bills -- if state and local governments use new grants to adopt the latest building energy codes.
- **Arkansas residents will be eligible to get 30% off solar panels**, battery storage systems, heating and cooling upgrades, and weatherization, which can help them save hundreds of dollars every year on their energy bills. An estimated 150,000 additional Arkansas households will install rooftop solar panels as a result of these new tax credits.
- **Over 157,000 Arkansas households are able to access affordable high-speed internet** through the Affordable Connectivity Program investments made as part of the President's Investing in America agenda.

Extreme MAGA Republicans in Congress have proposed legislation to ship manufacturing jobs overseas, as well as increase health care costs, energy costs, and prescription drug prices for working families. President Biden and Congressional Democrats believe we need to finish the job, and continue to build the economy from the bottom up and middle out, not top down.

*As of March 2023*

# EXHIBIT 3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1] | Case No. 16-11626 (CTG) |
| Debtors. | (Jointly Administered) |

| | |
|---|---|
| MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC), | |
| Plaintiff | |
| v. | Adv. Proc. No. 17-51210 (CTG) |
| CLEVELAND-CLIFFS, INC. (F/K/A CLIFFS NATURAL RESOURCES, INC.); CLEVELAND-CLIFFS MINNESOTA LAND DEVELOPMENT LLC; GLACIER PARK IRON ORE PROPERTIES LLC; and DOES 1-10 | |
| Defendants. | |

| |
|---|
| GLACIER PARK IRON ORE PROPERTIES LLC, |
| Counterclaim-Plaintiff |
| v. |
| MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC), |
| Counterclaim-Defendant. |

## <u>DECLARATION OF DOUGLAS ZONA</u>

---

[1] Essar Steel Minnesota LLC has changed its name to Mesabi Metallics Company LLC.  The last four digits of its federal taxpayer identification number are 8770.

I, J. Douglas Zona, do hereby declare:

1.      I have personal knowledge of all facts contained in this Declaration.

2.      I submitted an expert report in this matter dated April 28, 2023 ("Zona Report"). I submitted a reply expert report dated September 8, 2023 ("Zona Reply Report").

3.      The contents of the Zona Report and the Zona Reply Report, including my opinions therein, are true and correct to the best of my knowledge based on my experience, training, and research.

4.      I am prepared to testify at trial about the contents of the Zona Report and the Zona Reply Report, including my opinions therein.

I declare under penalty of perjury that the foregoing is true and correct.

J. Douglas Zona

Executed on January 17 2024.

2

# EXHIBIT 4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1] | Case No. 16-11626 (CTG) |
| | (Jointly Administered) |
| Debtors. | |
| MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC), | |
| Plaintiff | |
| v. | Adv. Proc. No. 17-51210 (CTG) |
| CLEVELAND-CLIFFS, INC. (F/K/A CLIFFS NATURAL RESOURCES, INC.); CLEVELAND-CLIFFS MINNESOTA LAND DEVELOPMENT LLC; GLACIER PARK IRON ORE PROPERTIES LLC; and DOES 1-10 | |
| Defendants. | |
| GLACIER PARK IRON ORE PROPERTIES LLC, | |
| Counterclaim-Plaintiff | |
| v. | |
| MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC), | |
| Counterclaim-Defendant. | |

### DECLARATION OF GRAHAM DAVIS

---

[1] Essar Steel Minnesota LLC has changed its name to Mesabi Metallics Company LLC.  The last four digits of its federal taxpayer identification number are 8770.

I, Graham A. Davis, do hereby declare:

1.      I have personal knowledge of all facts contained in this Declaration.

2.      I submitted an expert report in this matter dated April 28, 2023 ("Davis Report"). I submitted a reply expert report dated September 8, 2023 ("Davis Reply Report").  I submitted a declaration dated June 16, 2023 ("Davis Declaration").

3.      The contents of the Davis Report, the Davis Reply Report, and the Davis Declaration, including my opinions therein, are true and correct to the best of my knowledge based on my experience, training, and research.

4.      I am prepared to testify at trial about the contents of the Davis Report, the Davis Reply Report, and the Davis Declaration, including my opinions therein.

I declare under penalty of perjury that the foregoing is true and correct.


_____
Professor Graham A. Davis

Executed on January 17, 2024.

1

# EXHIBIT 5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1] | Case No. 16-11626 (CTG) |
| Debtors. | (Jointly Administered) |
| MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC), | |
| Plaintiff | |
| v. | Adv. Proc. No. 17-51210 (CTG) |
| CLEVELAND-CLIFFS, INC. (F/K/A CLIFFS NATURAL RESOURCES, INC.); CLEVELAND-CLIFFS MINNESOTA LAND DEVELOPMENT LLC; GLACIER PARK IRON ORE PROPERTIES LLC; and DOES 1-10 | |
| Defendants. | |
| GLACIER PARK IRON ORE PROPERTIES LLC, | |
| Counterclaim-Plaintiff | |
| v. | |
| MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC), | |
| Counterclaim-Defendant. | |

## DECLARATION OF ROGER EMMOTT

---

[1] Essar Steel Minnesota LLC has changed its name to Mesabi Metallics Company LLC.  The last four digits of its federal taxpayer identification number are 8770.

I, Roger N. Emmott, do hereby declare:

1.      I have personal knowledge of all facts contained in this Declaration.

2.      I submitted an expert report in this matter dated April 28, 2023 ("Emmott Report"). I submitted a reply expert report dated September 8, 2023 ("Emmott Reply Report").

3.      The contents of the Emmott Report and the Emmott Reply Report, including my opinions therein, are true and correct to the best of my knowledge based on my experience, training, and research.

4.      I am prepared to testify at trial about the contents of the Emmott Report and the Emmott Reply Report, including my opinions therein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Roger N. Emmott

Executed on January 17, 2024.

1