**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11626 (CTG)<br><br>(Jointly Administered) |
| MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC),<br><br>Plaintiff<br><br>v.<br><br>CLEVELAND-CLIFFS INC. (F/K/A CLIFFS NATURAL RESOURCES INC.); CLEVELAND-CLIFFS MINNESOTA LAND DEVELOPMENT LLC; GLACIER PARK IRON ORE PROPERTIES LLC; and DOES 1-10<br><br>Defendants. | Adv. Proc. No. 17-51210 (CTG) |
| GLACIER PARK IRON ORE PROPERTIES LLC,<br><br>Counterclaim-Plaintiff<br><br>v.<br><br>MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC),<br><br>Counterclaim-Defendant. | |

[1] Essar Steel Minnesota LLC has changed its name to Mesabi Metallics Company LLC. The last four digits of its federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

| | |
|---|---|
| CLEVELAND-CLIFFS INC. (F/K/A CLIFFS NATURAL RESOURCES INC.); CLEVELAND-CLIFFS MINNESOTA LAND DEVELOPMENT LLC,<br><br>Counterclaim-Plaintiffs<br><br>v.<br>MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC)<br><br>Counterclaim-Defendant. | |
| CLEVELAND-CLIFFS INC. (F/K/A CLIFFS NATURAL RESOURCES INC.); CLEVELAND-CLIFFS MINNESOTA LAND DEVELOPMENT LLC,<br><br>Third-Party Plaintiffs<br><br>v.<br><br>CHIPPEWA CAPITAL PARTNERS, LLC; and THOMAS M. CLARKE,<br><br>Third-Party Defendants. | |

**JOINT NOTICE OF COMPLETION OF BRIEFING**

Pursuant to Rule 7007–4 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Plaintiff Mesabi Metallics Company LLC (*f/k/a* Essar Steel Minnesota LLC) ("**Mesabi**" or "**Plaintiff**"), Cleveland-Cliffs Minnesota Land Development LLC and Cleveland-Cliffs, Inc. ("**Cliffs**" or "**Defendants**"), and Third Party Defendant Thomas M. Clarke ("**Clarke**") by and through their counsel, hereby provide notice that briefing has been completed on the following four summary judgment motions pursuant to the *Twelfth Amended Discovery Plan and Scheduling Order* [D.I. 806]:

(i) Motion of Third Party Defendant Thomas M. Clarke for Summary Judgment [D.I. 831];

(ii) Counterclaim-Defendants Mesabi Metallics Company LLC and Chippewa Capital Partners LLC's Motion for Summary Judgment [D.I. 833];

(iii) Plaintiff Mesabi Metallics Company LLC's Motion for Partial Summary Judgment [D.I. 835]; and

(iv) Cleveland-Cliffs Inc.'s and Cleveland Cliffs Minnesota Land Development LLC's Joint Motion for Summary Judgment on Plaintiff Mesabi Metallics Company LLC's Second Amended Complaint [D.I. 836].

The related filings in connection with each of the aforementioned summary judgment motions are set forth below, organized by each summary judgment motion.

| **(i) Motion of Third Party Defendant Thomas M. Clarke for Summary Judgment [D.I. 831]** | **Tab No.** |
|---|---|
| [SEALED] Motion For Summary Judgment Filed by Thomas M. Clarke [Date filed: 11/10/23; D.I. 831] | 1 |
| [SEALED] Brief in Support of Motion for Summary Judgment Filed by Thomas M. Clarke [Date filed: 11/10/23; D.I. 832] | 2 |
| [SEALED] Brief of Cleveland-Cliffs Inc. and Cleveland-Cliffs Minnesota Land Development in Opposition to Motion of Third Party Defendant Thomas M. Clarke for Summary Judgment Filed by Cleveland-Cliffs Minnesota Land Development LLC, Cleveland-Cliffs, Inc. [Date filed: 12/22/23; D.I. 885] | 3 |
| [SEALED] Response of Counterclaim-Plaintiffs Cleveland-Cliffs Inc. and Cleveland-Cliffs Minnesota Land Development LLC to Thomas M. Clarke's Statement of Facts and Statement of Additional Material Facts Filed by Cleveland-Cliffs Minnesota Land Development LLC, Cleveland-Cliffs, Inc. [Date filed: 12/22/23; D.I. 886] | 4 |
| [SEALED] Appendix and Declaration of Kristin S.M. Morrison in Support of Counterclaim-Plaintiffs' Response to Statement of Undisputed Fact and Statement of Additional Material Facts in Support of Their Oppositions to: (A) Counterclaim Defendants Mesabi Metallics Company LLC's and Chippewa Capital Partners LLC's Motion for Summary Judgment; and (B) Counterclaim Defendant Thomas M. Clarke's Motion for Summary Judgment Filed by Cleveland-Cliffs Minnesota Land Development LLC, Cleveland-Cliffs, Inc. [Date filed: 12/22/23; D.I. 889] | 5 |

| (i) Motion of Third Party Defendant Thomas M. Clarke for Summary Judgment [D.I. 831] | Tab No. |
|---|---|
| [SEALED] Reply Brief in Support of Motion for Summary Judgment Filed by Thomas M. Clarke [Date filed: 1/19/24; D.I. 950] | 6 |

| (ii) Counterclaim-Defendants Mesai Metallics Company LLC and Chippewa Capital Partners LLC's Motion for Summary Judgment [D.I. 833] | Tab No. |
|---|---|
| [SEALED] Counterclaim-Defendants Mesabi Metallics Company LLC and Chippewa Capital Partners LLCs Motion For Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 11/10/23; DI 833] | 7 |
| [SEALED] Counterclaim-Defendants Mesabi Metallics Company LLC and Chippewa Capital Partners LLC's Memorandum In Support of their Motion For Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 11/10/23; D.I. 834] | 8 |
| [SEALED] Brief of Cleveland-Cliffs Inc. and Cleveland-Cliffs Minnesota Land Development LLC in Opposition to Motion of Counterclaim Defendants Mesabi Metallics Company LLC and Chippewa Capital Partners LLC for Summary Judgment Filed by Cleveland-Cliffs Minnesota Land Development LLC, Cleveland-Cliffs, Inc. [Date filed: 12/22/23; D.I. 887] | 9 |
| [SEALED] Response of Counterclaim-Plaintiffs' Cleveland-Cliffs Inc. and Cleveland-Cliffs Minnesota Land Development LLC to Statement of Undisputed Facts in Support of Mesabi Metallics Company LLC and Chippewa Capital Partners LLC's Motion for Summary Judgment and Statement of Additional Material Facts Filed by Cleveland-Cliffs Minnesota Land Development LLC, Cleveland-Cliffs, Inc. [Date filed: 12/22/23; D.I. 888] | 10 |
| [SEALED] Appendix and Declaration of Kristin S.M. Morrison in Support of Counterclaim-Plaintiffs' Response to Statement of Undisputed Fact and Statement of Additional Material Facts in Support of Their Oppositions to: (A) Counterclaim Defendants Mesabi Metallics Company LLC's and Chippewa Capital Partners LLC's Motion for Summary Judgment; and (B) Counterclaim Defendant Thomas M. Clarke's Motion for Summary Filed by Cleveland-Cliffs Minnesota Land Development LLC, Cleveland-Cliffs, Inc. Judgment [Date filed: 12/22/23; D.I. 889] | 11 |

| **(ii) Counterclaim-Defendants Mesai Metallics Company LLC and Chippewa Capital Partners LLC's Motion for Summary Judgment [D.I. 833]** | **Tab No.** |
|---|---|
| [SEALED] Counterclaim-Defendants Mesabi Metallics Company LLC And Chippewa Capital Partners LLC's Reply Memorandum In Further Support Of Their Motion For Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 1/19/24; D.I. 955] | 12 |

| **(iii) Plaintiff Mesabi Metallics Company LLC's Motion For Partial Summary Judgment [D.I. 835]** | **Tab No.** |
|---|---|
| [SEALED] Plaintiff Mesabi Metallics Company LLC's Motion For Partial Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 11/10/23; D.I. 835] | 13 |
| [SEALED] Mesabi Metallics Company LLC's Memorandum Of Law In Support Of Its Motion For Partial Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 11/10/23; D.I. 838] | 14 |
| [SEALED] Notice of Filing of Appendix Volume IX Filed by Mesabi Metallics Company LLC [Date filed: 11/11/23; D.I. 841] | 15 |
| [SEALED] Brief of Cleveland-Cliffs Inc. and Cleveland-Cliffs Minnesota Land Development LLC in Opposition to Motion of Plaintiff Mesabi Metallics Company LLC for Partial Summary Judgment Filed by Cleveland-Cliffs Minnesota Land Development LLC, Cleveland-Cliffs, Inc. [Date filed: 12/22/23; D.I. 890] | 16 |
| [SEALED] Response of Defendants' Cleveland-Cliffs Inc. and Cleveland-Cliffs Minnesota Land Development LLC to Mesabi Metallics LLC's Statement of Facts in Support of Motion for Partial Summary Judgment and Cliffs' Statement of Additional Material Facts Filed by Cleveland-Cliffs Minnesota Land Development LLC, Cleveland-Cliffs, Inc. [Date filed: 12/22/23; D.I. 891] | 17 |
| [SEALED] Appendix and Declaration of Kristin S.M. Morrison in Support of Defendants' Responses to Plaintiff's Statement of Undisputed Material Facts and Defendants' Statement of Additional Material Facts in Support of Defendants' Opposition to Plaintiff's Motion for Summary Judgment Filed by Cleveland-Cliffs Minnesota Land Development LLC, Cleveland-Cliffs, Inc. [Date filed 12/22/23; D.I. 892] | 18 |

| **(iii) Plaintiff Mesabi Metallics Company LLC's Motion For Partial Summary Judgment [D.I. 835]** | **Tab No.** |
|---|---|
| [SEALED] Mesabi Metallics Company LLC's Reply Memorandum Of Law In Support Of Its Motion For Partial Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 1/19/24; D.I. 956] | 19 |
| [SEALED] Supplemental Appendix To Plaintiff Mesabi Metallics Company LLC's Motion For Partial Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 1/19/24; D.I. 957] | 20 |
| [SEALED] Mesabi Metallics Company LLC's Reply To Defendants' Responses And Objections To Plaintiff's Statement Of Undisputed Facts And Objections And Responses To Defendant's Affirmative Statement Of Material Facts Filed by Mesabi Metallics Company LLC [Date filed: 1/20/24; D.I. 958] | 21 |

| **(iv) Cleveland-Cliffs Inc.'s and Cleveland Cliffs Minnesota Land Development LLC's Joint Motion for Summary Judgment on Plaintiff Mesabi Metallics Company LLC's Second Amended Complaint [D.I. 836]** | **Tab No.** |
|---|---|
| Motion For Summary Judgment on Plaintiff Mesabi Metallics Company LLC's Second Amended Complaint Filed by Cleveland-Cliffs Minnesota Land Development LLC, Cleveland-Cliffs, Inc. [Date filed: 11/10/23; D.I. 836] | 22 |
| [SEALED] Opening Brief in Support of Joint Motion for Summary Judgment on Plaintiff Mesabi Metallics Company LLC's Second Amended Complaint Filed by Cleveland-Cliffs Minnesota Land Development LLC, Cleveland-Cliffs, Inc. [Date filed: 11/10/23; D.I. 837] | 23 |
| [SEALED] Statement of Undisputed Facts Filed by Cleveland-Cliffs Minnesota Land Development LLC, Cleveland-Cliffs, Inc. [Date filed: 11/10/23; D.I. 839] | 24 |
| [SEALED] Appendix Volume I Filed by Cleveland-Cliffs Minnesota Land Development LLC, Cleveland-Cliffs, Inc. [Date filed: 11/10/23; D.I. 842] | 25 |

| **(iv) Cleveland-Cliffs Inc.'s and Cleveland Cliffs Minnesota Land Development LLC's Joint Motion for Summary Judgment on Plaintiff Mesabi Metallics Company LLC's Second Amended Complaint [D.I. 836]** | **Tab No.** |
|---|---|
| [SEALED] Appendix Volume II Filed by Cleveland-Cliffs Minnesota Land Development LLC, Cleveland-Cliffs, Inc. [Date filed: 11/10/23; D.I. 843] | 26 |
| [SEALED] Appendix Volume III Filed by Cleveland-Cliffs Minnesota Land Development LLC, Cleveland-Cliffs, Inc. [Date filed: 11/10/23; D.I. 844] | 27 |
| [SEALED] Appendix Volume IV Filed by Cleveland-Cliffs Minnesota Land Development LLC, Cleveland-Cliffs, Inc. [Date filed: 11/10/23; D.I. 845] | 28 |
| [SEALED] Memorandum of Law //Mesabi Metallics Company LLC's Memorandum of Law in Opposition to Cliffs' Motion for Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 12/23/23; D.I. 894] | 29 |
| [SEALED] Mesabi Metallics Company LLC's Objections and Responses to Defendants' Statement of Undisputed Material Facts and Mesabi Metallics Company's Affirmative Statement of Additional Material Facts in Opposition to Cliffs' Motion for Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 12/23/23; D.I. 895] | 30 |
| [SEALED] Appendix I To Mesabi Metallics Company LLC's Opposition To Cleveland-Cliffs' Motion For Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 12/23/23; D.I. 896] | 31 |
| [SEALED] Appendix II To Mesabi Metallics Company LLC's Opposition To Cleveland-Cliffs' Motion For Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 12/23/23; D.I. 897] | 32 |
| [SEALED] Appendix III To Mesabi Metallics Company LLC's Opposition To Cleveland-Cliffs' Motion For Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 12/23/23; D.I. 898] | 33 |

| **(iv) Cleveland-Cliffs Inc.'s and Cleveland Cliffs Minnesota Land Development LLC's Joint Motion for Summary Judgment on Plaintiff Mesabi Metallics Company LLC's Second Amended Complaint [D.I. 836]** | **Tab No.** |
|---|---|
| [SEALED] Appendix IV To Mesabi Metallics Company LLC's Opposition To Cleveland-Cliffs' Motion For Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 12/23/23; D.I. 899] | 34 |
| [SEALED] Appendix V To Mesabi Metallics Company LLC's Opposition To Cleveland-Cliffs' Motion For Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 12/23/23; D.I. 900] | 35 |
| [SEALED] Appendix VI To Mesabi Metallics Company LLC's Opposition To Cleveland-Cliffs' Motion For Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 12/23/23; D.I. 901] | 36 |
| [SEALED] Appendix VII To Mesabi Metallics Company LLC's Opposition To Cleveland-Cliffs' Motion For Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 12/23/23; D.I. 902] | 37 |
| [SEALED] Appendix VIII To Mesabi Metallics Company LLC's Opposition To Cleveland-Cliffs' Motion For Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 12/23/23; D.I. 903] | 38 |
| [SEALED] Appendix IX To Mesabi Metallics Company LLC's Opposition To Cleveland-Cliffs' Motion For Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 12/23/23; D.I. 904] | 39 |
| [SEALED] Appendix X To Mesabi Metallics Company LLC's Opposition To Cleveland-Cliffs' Motion For Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 12/23/23; D.I. 905] | 40 |
| [SEALED] Appendix XI To Mesabi Metallics Company LLC's Opposition To Cleveland-Cliffs' Motion For Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 12/23/23; D.I. 906] | 41 |

| (iv) **Cleveland-Cliffs Inc.'s and Cleveland Cliffs Minnesota Land Development LLC's Joint Motion for Summary Judgment on Plaintiff Mesabi Metallics Company LLC's Second Amended Complaint [D.I. 836]** | **Tab No.** |
|---|---|
| [SEALED] Appendix XII To Mesabi Metallics Company LLC's Opposition To Cleveland-Cliffs' Motion For Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 12/23/23; D.I. 907] | 42 |
| [SEALED] Appendix XIII To Mesabi Metallics Company LLC's Opposition To Cleveland-Cliffs' Motion For Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 12/23/23; D.I. 908] | 43 |
| [SEALED] Appendix XIV To Mesabi Metallics Company LLC's Opposition To Cleveland-Cliffs' Motion For Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 12/23/23; D.I. 909] | 44 |
| [SEALED] Appendix XV To Mesabi Metallics Company LLC's Opposition To Cleveland-Cliffs' Motion For Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 12/23/23; D.I. 910] | 45 |
| [SEALED] Appendix XVI To Mesabi Metallics Company LLC's Opposition To Cleveland-Cliffs' Motion For Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 12/23/23; D.I. 911] | 46 |
| [SEALED] Appendix XVII To Mesabi Metallics Company LLC's Opposition To Cleveland-Cliffs' Motion For Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 12/23/23; D.I. 912] | 47 |
| [SEALED] Appendix XVIII To Mesabi Metallics Company LLC's Opposition To Cleveland-Cliffs' Motion For Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 12/23/23; D.I. 913] | 48 |
| [SEALED] Appendix XIX To Mesabi Metallics Company LLC's Opposition To Cleveland-Cliffs' Motion For Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 12/23/23; D.I. 914] | 49 |

| (iv) **Cleveland-Cliffs Inc.'s and Cleveland Cliffs Minnesota Land Development LLC's Joint Motion for Summary Judgment on Plaintiff Mesabi Metallics Company LLC's Second Amended Complaint [D.I. 836]** | **Tab No.** |
|---|---|
| [SEALED] Appendix XX To Mesabi Metallics Company LLC's Opposition To Cleveland-Cliffs' Motion For Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 12/23/23; D.I. 915] | 50 |
| [SEALED] Appendix XXI To Mesabi Metallics Company LLC's Opposition To Cleveland-Cliffs' Motion For Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 12/23/23; D.I. 916] | 51 |
| [SEALED] Appendix XXII To Mesabi Metallics Company LLC's Opposition To Cleveland-Cliffs' Motion For Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 12/23/23; D.I. 917] | 52 |
| [SEALED] Appendix XXIII To Mesabi Metallics Company LLC's Opposition To Cleveland-Cliffs' Motion For Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 12/23/23; D.I. 918] | 53 |
| [SEALED] Appendix XXIV To Mesabi Metallics Company LLC's Opposition To Cleveland-Cliffs' Motion For Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 12/23/23; D.I. 919] | 54 |
| [SEALED] Appendix XXV To Mesabi Metallics Company LLC's Opposition To Cleveland-Cliffs' Motion For Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 12/23/23; D.I. 920] | 55 |
| [SEALED] Appendix XXVI To Mesabi Metallics Company LLC's Opposition To Cleveland-Cliffs' Motion For Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 12/23/23; D.I. 921] | 56 |
| [SEALED] Appendix XXVII To Mesabi Metallics Company LLC's Opposition To Cleveland-Cliffs' Motion For Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 12/23/23; D.I. 922] | 57 |

| **(iv) Cleveland-Cliffs Inc.'s and Cleveland Cliffs Minnesota Land Development LLC's Joint Motion for Summary Judgment on Plaintiff Mesabi Metallics Company LLC's Second Amended Complaint [D.I. 836]** | **Tab No.** |
|---|---|
| [SEALED] Appendix XXVIII To Mesabi Metallics Company LLC's Opposition To Cleveland-Cliffs' Motion For Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 12/23/23; D.I. 923] | 58 |
| [SEALED] Appendix XXIX To Mesabi Metallics Company LLC's Opposition To Cleveland-Cliffs' Motion For Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 12/23/23; D.I. 924] | 59 |
| [SEALED] Appendix XXX To Mesabi Metallics Company LLC's Opposition To Cleveland-Cliffs' Motion For Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 12/23/23; D.I. 925] | 60 |
| [SEALED] Appendix XXXI (Part A) To Mesabi Metallics Company LLC's Opposition To Cleveland-Cliffs' Motion For Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 12/23/23; D.I. 926] | 61 |
| [SEALED] Appendix XXXI (Part B) To Mesabi Metallics Company LLC's Opposition To Cleveland-Cliffs' Motion For Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 12/23/23; D.I. 927] | 62 |
| [SEALED] Appendix XXXII To Mesabi Metallics Company LLC's Opposition To Cleveland-Cliffs' Motion For Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 12/23/23; D.I. 928] | 63 |
| [SEALED] Appendix XXXIII To Mesabi Metallics Company LLC's Opposition To Cleveland-Cliffs' Motion For Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 12/23/23; D.I. 929] | 64 |
| [SEALED] Appendix XXXIV To Mesabi Metallics Company LLC's Opposition To Cleveland-Cliffs' Motion For Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 12/23/23; D.I. 930] | 65 |

| **(iv) Cleveland-Cliffs Inc.'s and Cleveland Cliffs Minnesota Land Development LLC's Joint Motion for Summary Judgment on Plaintiff Mesabi Metallics Company LLC's Second Amended Complaint [D.I. 836]** | **Tab No.** |
|---|---|
| [SEALED] Appendix XXXV To Mesabi Metallics Company LLC's Opposition To Cleveland-Cliffs' Motion For Summary Judgment Filed by Mesabi Metallics Company LLC [Date filed: 12/23/23; D.I. 931] | 66 |
| [SEALED] Reply Brief in Support of Defendants Cleveland-Cliffs Inc.'s and Cleveland-Cliffs Minnesota Land Development LLCs Joint Motion for Summary Judgment on Plaintiff Mesabi Metallics Company LLCs Second Amended Complaint Filed by Cleveland-Cliffs Minnesota Land Development LLC, Cleveland-Cliffs, Inc. [Date filed: 1/19/24; D.I. 952] | 67 |
| [SEALED] Reply to Mesabi Metallic LLC's Objections and Responses to Cliffs Statement of Undisputed Material Facts and to Mesabi's Affirmative Statement of Additional Material Facts in Opposition to Cliffs Motion for Summary Judgment Filed by Cleveland-Cliffs Minnesota Land Development LLC, Cleveland-Cliffs, Inc. [Date filed: 1/19/24; D.I. 953] | 68 |
| [SEALED] Appendix Filed by Cleveland-Cliffs Minnesota Land Development LLC, Cleveland-Cliffs, Inc. [Date filed: 1/19/24; D.I. 954] | 69 |

| **Underlying Pleadings** | **Tab No.** |
|---|---|
| Second Amended Complaint to Add Party Filed by Mesabi Metallics Company LLC [Date Filed: 1/23/18; D.I. 18] | 70 |
| Answer to Amended Complaint, Counterclaim by Cleveland-Cliffs, Inc. against Thomas M. Clarke, Chippewa Capital Partners, LLC, Mesabi Metallics Company LLC [Date Filed: 2/26/18; D.I. 34] | 71 |
| Answer to Amended Complaint, Counterclaim by Cleveland-Cliffs Minnesota Land Development LLC against Chippewa Capital Partners, LLC, Mesabi Metallics Company LLC, Thomas M. Clarke Filed by Cleveland-Cliffs Minnesota Land Development LLC [Date Filed: 2/26/18; D.I. 35] | 72 |

| Underlying Pleadings | Tab No. |
|---|---|
| Answer to Counterclaim Filed by Mesabi Metallics Company LLC [Date Filed: 1/10/19; D.I. 160] | 73 |
| Answer to Counterclaim Filed by Thomas M. Clarke [Date Filed: 1/10/19; D.I. 161] | 74 |
| Answer to Counterclaim Filed by Chippewa Capital Partners, LLC [Date Filed: 1/10/19; D.I. 162] | 75 |
| Answer to Counterclaim Filed by Mesabi Metallics Company LLC [Date Filed: 1/10/19; D.I. 163] | 76 |

[*Signature page follows.*]

Dated: February 2, 2024

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ Michael S. Neiburg
Michael S. Neiburg (No. 5275)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
mneiburg@ycst.com

-and-

**JONES DAY**
Robert S. Faxon (admitted *pro hac vice*)
Kristin S.M. Morrison (admitted *pro hac vice*)
Brian K. Grube (admitted pro hac vice)
Brett Bell (admitted *pro hac vice*)
North Point
901 Lakeside Avenue
Cleveland, OH 44114
Telephone: (216) 586-3939
rfaxon@jonesday.com
kmorrison@jonesday.com
bkgrube@jonesday.com
bbell@jonesday.com

*Attorneys for Defendants and Counterclaim-Plaintiffs Cleveland-Cliffs Inc. and Cleveland-Cliffs Minnesota Land Development LLC*

**STEVENS & LEE, P.C.**

/s/ Stacey A. Scrivani
Stacey Ann Scrivani (No. 6129)
919 North Market Street
Suite 1300
Wilmington, DE 19801
Telephone: (302)425-3305
sasc@stevenslee.com

.
Peter J. Adonizio, Jr. (admitted *pro hac vice*)

**BAYARD, P.A.**

*/s/ GianClaudio Finizio*
GianClaudio Finizio (No. 4253)
600 N. King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
gfinizio@bayardlaw.com

-and-

**WHITE & CASE LLP**
David H. Suggs (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1095
Telephone: (212) 819-8200
dsuggs@whitecase.com

*Attorneys for Mesabi Metallics Company LLC*

425 Biden Street, Suite 300
Scranton, PA 18503
Telephone: (570) 969-5372
pja@steveslee.com

Nicholas H. Pennington (admitted *pro hac vice*)
620 Freedom Business Center, Suite 200
King of Prussia, PA 13400
Telephone: (610) 205-6352
nhp@stevenslee.com

*Attorneys for Third Party Defendant Thomas M. Clarke*