# IN UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------------ x : | **Chapter 11** |
| *In re:* : | |
| : | **Case No. 16-11626 (CTG)** |
| **ESSAR STEEL MINNESOTA LLC and** : | |
| **ESML HOLDINGS INC.,**[1] : | **(Jointly Administered)** |
| : | |
|     **Reorganized Debtors.** : | |
| ------------------------------------------------------------ x : | |
| : | **Adv. Proc. No. 17-51210 (CTG)** |
| **MESABI METALLICS COMPANY LLC (F/K/A** : | |
| **ESSAR STEEL MINNESOTA LLC),** : | |
| : | |
|     **Plaintiff,** : | |
| : | |
| v. : | |
| : | |
| **CLEVELAND-CLIFFS INC. (F/K/A CLIFFS** : | |
| **NATURAL RESOURCES INC.);** : | |
| **CLEVELAND-CLIFFS MINNESOTA LAND** : | |
| **DEVELOPMENT LLC; GLACIER PARK** : | |
| **IRON ORE PROPERTIES LLC; and** : | |
| **DOES 1-10,** : | |
| : | |
|     **Defendants.** : | |
| ------------------------------------------------------------ x : | |
| : | |
| **CLEVELAND-CLIFFS INC. (F/K/A CLIFFS** : | |
| **NATURAL RESOURCES INC.); and** : | |
| **CLEVELAND-CLIFFS MINNESOTA LAND** : | |
| **DEVELOPMENT LLC,** : | |
| : | |
|     **Counterclaim-Plaintiffs,** : | |
| : | |
| v. : | |
| : | |
| **MESABI METALLICS COMPANY LLC (F/K/A** : | |
| **ESSAR STEEL MINNESOTA LLC);** : | |
| **CHIPPEWA CAPITAL PARTNERS, LLC; and** : | |
| **THOMAS M. CLARKE,** : | |
| : | **Ref. Docket No. 1003** |
|     **Counterclaim-Defendants.** : | |
| ------------------------------------------------------------ x | |

---

[1]     Essar Steel Minnesota LLC has changed its name to Mesabi Metallics Company LLC.

## ORDER OF DISMISSAL AS TO THOMAS M. CLARKE

Counterclaim Plaintiffs Cleveland-Cliffs Inc. and Cleveland-Cliffs Minnesota Land Development LLC and Counterclaim Defendant Thomas M. Clarke, by and through their respective undersigned counsel, having filed their Joint Stipulation of Dismissal, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that Counterclaim Plaintiffs' cause of action against Counterclaim Defendant Clarke in this litigation should be dismissed, with prejudice, with each party to bear his or its own costs and fees, including any attorney fees.

**Dated: February 8th, 2024**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**