**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 16-11626 (CTG)<br><br>Jointly Administered |
| MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC),<br><br>        Plaintiff<br><br>    v.<br><br>CLEVELAND-CLIFFS, INC. (F/K/A CLIFFS NATURAL RESOURCES, INC.); CLEVELAND-CLIFFS MINNESOTA LAND DEVELOPMENT LLC; GLACIER PARK IRON ORE PROPERTIES LLC; and DOES 1-10<br><br>        Defendants. | Adv. Proc. No. 17-51210 (CTG)<br><br><br><br>**MESABI METALLICS COMPANY LLC'S RESPONSE TO GREG A. HEYBLOM'S MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF SEEKING TO UNSEAL DOCUMENTS** |
| GLACIER PARK IRON ORE PROPERTIES LLC,<br><br>        Counterclaim-Plaintiff<br><br>    v.<br><br>MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC),<br><br>        Counterclaim-Defendant. | |

---

[1] Essar Steel Minnesota LLC has changed its name to Mesabi Metallics Company LLC.  The last four digits of its federal taxpayer identification number are 8770.  The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

i

AMERICAS 126494349

CLEVELAND-CLIFFS INC. (F/K/A CLIFFS NATURAL RESOURCES INC.); CLEVELAND-CLIFFS MINNESOTA LAND DEVELOPMENT LLC,

Third-Party Plaintiffs

v.

CHIPPEWA CAPITAL PARTNERS, LLC; and THOMAS M. CLARKE,

Third-Party Defendants.

## TABLE OF CONTENTS

**Page**

RESPONSE..................................................................................................................................1

CONCLUSION............................................................................................................................2

## TABLE OF AUTHORITIES

**Page**

### CASES

*Avandia Mktg., Sales Pracs. & Prod. Liab. Litig.,*
   924 F.3d 662 (3d Cir. 2017)..................................................................................1

*Brown v. Advantage Eng'g, Inc.*,
   960 F.2d 1013 (11th Cir. 1992) ............................................................................1

*Pansy v. Borough of Stroudsburg*,
   23 F.3d 772 (3d Cir. 1994)...................................................................................1

### STATUTES AND RULES

Fed. R. Bankr. P. 107 ...............................................................................................1

AMERICAS 126494349

## RESPONSE

After Mesabi Metallics Company LLC ("Mesabi") asked this Court to unseal the briefs and certain exhibits (the "PI Judicial Records") filed in connection with Mesabi's May 2023 motion for a preliminary injunction, the Court explained that "[a] litigant knows and understands (or, at the very least, should know and understand) that such information [exchanged in discovery], if included in a judicial record, can be obtained by the press or the public upon the filing of a motion to unseal." D.I. 811 at 20 (Mem. Op.). The Court granted Mesabi's motion to unseal the PI Judicial Records but stayed its ruling to allow Cleveland-Cliffs Inc. ("Cliffs") to appeal. *See id.*; D.I. 812 (Or. Regarding Mot. to Unseal).

Now a representative of the public, Greg A. Heyblom, a resident of Nashwauk, Minnesota, has moved to intervene in this proceeding and has asked the Court to unseal the PI Judicial Records.[2] Mesabi does not oppose Mr. Heyblom's motion to intervene.[3] Mesabi also does not oppose Mr. Heyblom's request to unseal the PI Judicial Records.[4]

---

[2] Like Cliffs, Mesabi interprets Mr. Heyblom's motion to request the unsealing of the PI Judicial Records, *i.e.*, "the same documents this Court has already ordered be unsealed." D.I. 1021 at 1; *see also* D.I. 1020 at 3, 5 (Heyblom Mot. To Intervene). To the extent Mr. Heyblom is moving the Court to unseal additional judicial records, Mesabi reserves the right to amend its response to Mr. Heyblom's motion subject to understanding the additional judicial records he is asking to be unsealed.

[3] Courts have "routinely found . . . that third parties have standing to challenge protective orders and confidentiality orders in an effort to obtain access to information or judicial proceedings." *Pansy v. Borough of Stroudsburg*, 23 F.3d 772, 777 (3d Cir. 1994); *see also Brown v. Advantage Eng'g, Inc.*, 960 F.2d 1013, 1016 (11th Cir. 1992). Mr. Heyblom is a resident of Nashwauk, where Mesabi's Project is located. The fate of the Project has significant economic implications for residents of Nashwauk. Accordingly, Mr. Heyblom appears to have a particularly compelling interest in the PI Judicial Records, which include documents about, among other things, Cliffs' actions preventing completion of the Project and Cliffs' plans to use or not to use the Project site.

[4] Cliffs has argued that the standard for unsealing judicial records under Section 107 of the Bankruptcy Code differs from the standard under *In re Avandia Mktg., Sales Pracs. & Prod. Liab. Litig.*, 924 F.3d 662 (3d Cir. 2019). Fed. R. Bankr. P. 107. Notably, however, when opposing Mesabi's request to unseal the PI Judicial Records, Cliffs made no effort to establish that those judicial records qualify for protection under the allegedly different standard of Section 107. *See* D.I. 774 at 3; D.I. 797 at 7. At minimum, the Court could assess whether the PI Judicial Records should be unsealed even under the standard that Cliffs now claims the Court should have applied.

AMERICAS 126494349

## CONCLUSION

For the foregoing reasons, Mesabi does not oppose Mr. Heyblom's motion to intervene in this proceeding.

Respectfully submitted,

Dated: March 11, 2024                **WHITE & CASE LLP**

/s/ *David Suggs*
David H. Suggs (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020-1095
Telephone: (212) 819-8200
Facsimile: (212) 453-8113
dsuggs@whitecase.com

**BAYARD, P.A.**
GianClaudio Finizio (No. 4253)
Steven D. Adler (No. 6257)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
gfinizio@bayardlaw.com
sadler@bayardlaw.com

*Attorneys for Plaintiff*
*Mesabi Metallics Company LLC*