**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ESSAR STEEL MINNESOTA LLC<br>and ESML HOLDINGS INC.,<br><br>      Reorganized Debtors. | Chapter 11<br><br>Case No. 16-11626 (CTG)<br><br>Jointly Administered |
| MESABI METALLICS COMPANY<br>LLC (f/k/a Essar Steel Minnesota,<br>LLC),<br><br>      Plaintiff,<br><br>      v.<br><br>CLEVELAND-CLIFFS INC., *et al.*,<br><br>      Defendants. | Adv. Proc. No. 17-51210 (CTG)<br><br>**Related Docket No. 1075** |
| CLEVELAND-CLIFFS INC., *et al.*,<br><br>      Counterclaim-Plaintiffs,<br><br>      v.<br><br>MESABI METALLICS COMPANY<br>LLC,<br><br>      Counterclaim-Defendant. | |
| CLEVELAND-CLIFFS INC., *et al.*,<br><br>      Third-Party-Plaintiffs,<br><br>      v.<br><br>CHIPPEWA CAPITAL PARTNERS,<br>LLC,<br><br>      Third-Party-Defendant. | |

## ORDER REGARDING MOTION TO ALTER
## OR AMEND MEMORANDUM OPINION

This matter, having come before the Court on Defendant Cleveland-Cliffs, Inc. and Cleveland-Cliffs Minnesota Land Development LLC's motion to alter or amend memorandum opinion (the "Motion"), and

Upon consideration of the parties' submissions and for the reasons stated in the letter opinion filed concurrently herewith,

IT IS HEREBY ORDERED that the Court clarifies that the denial of the motions *in limine* is without prejudice, and

IT IS FURTHER ORDERED that the Motion is otherwise DENIED.


Dated: October 4, 2024

_____
CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE