# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1]<br><br>        Debtors. | Chapter 11<br>Case No. 16-11626 (CTG)<br>Jointly Administered |
| MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC),<br><br>        Plaintiff<br><br>   v.<br><br>CLEVELAND-CLIFFS, INC. (F/K/A CLIFFS NATURAL RESOURCES, INC.); CLEVELAND-CLIFFS MINNESOTA LAND DEVELOPMENT LLC; GLACIER PARK IRON ORE PROPERTIES LLC; and DOES 1-10<br><br>        Defendants. | Adv. Proc. No. 17-51210 (CTG) |
| GLACIER PARK IRON ORE PROPERTIES LLC,<br><br>        Counterclaim-Plaintiff<br><br>   v.<br><br>MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC),<br><br>        Counterclaim-Defendant. | |

**SUMMARY JUDGMENT ORDER**

---

[1] Essar Steel Minnesota LLC has changed its name to Mesabi Metallics Company LLC. The last four digits of its federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

Upon consideration of the motion for summary judgment filed by Mesabi and Chippewa Capital Partners LLC ("Chippewa") [D.I. 833]; the motion for partial summary judgment filed by Mesabi Metallics Company LLC ("Mesabi") [D.I. 835]; the motion for summary judgment filed by Cleveland-Cliffs Inc. ("Cliffs") and Cleveland-Cliffs Minnesota Land Development LLC ("Cliffs Minnesota") [D.I. 836]; the motions *in limine* filed by Cliffs and Cliffs Minnesota [D.I. 870, 873, 876]; and the accompanying memoranda of law, statements of facts, and appendixes, and all responses thereto; and this Court having jurisdiction to consider the motions and the relief sought therein; and the Court having held hearings on the motions on February 12, 2024, March 11, 2024, and March 25, 2024; and after due deliberation thereon; and good and sufficient cause appearing therefor, including the reasons stated in the Court's September 4, 2024 opinion [D.I. 1074] and its October 4, 2024 opinion [D.I. 1079],

**IT IS HEREBY ORDERED THAT:**

1. Pursuant to the Amended Standing Order of Reference, Rule 56 of the Federal Rules of Civil Procedure, and Rule 7056 of the Federal Rules of Bankruptcy Procedure, the Court has made interlocutory rulings as set forth in the following paragraphs.

2. Mesabi and Chippewa's motion for summary judgment on Cliffs' and Cliffs Minnesota's Counterclaims [D.I. 833] is GRANTED as to Counts I, II, and III of Cliffs' and Cliffs Minnesota's Counterclaims.

3. Mesabi's motion for partial summary judgment [D.I. 835] is GRANTED; the Court concludes that the relevant market is blast furnace pellets in the Great Lakes Region and that Cliffs had monopoly power in the relevant market from 2015 through 2019.

1

4. Cliffs' and Cliffs Minnesota's motion for summary judgment on Mesabi's Second Amended Complaint [D.I. 836] is DENIED IN PART and GRANTED IN PART.

    a. The motion is DENIED as to Mesabi's Seventh, Eighth, Ninth, Tenth, and Eleventh Claims for Relief.

    b. The motion is GRANTED as to Mesabi's First, Twelfth, Seventeenth, Eighteenth, and Twenty-Fifth Claims for Relief.

    c. The motion is GRANTED as to Mesabi's Nineteenth Claim for Relief, without prejudice to Mesabi's right to seek injunctive relief.

    d. The motion is DENIED IN PART and GRANTED IN PART as to Mesabi's Second Claim for Relief. The motion is DENIED as to Mesabi's Second Claim for Relief with respect to the following entities: ArcelorMittal USA, Environmental Law Group, Barr Engineering, The Jamar Company, and Glacier Park Iron Ore Properties LLC. The motion is GRANTED as to Mesabi's Second Claim for Relief in all other respects.

5. Cliffs' and Cliffs Minnesota's motion *in limine* to exclude the expert testimony of Roger N. Emmott [D.I. 870] is DENIED without prejudice to refiling.

6. Cliffs' and Cliffs Minnesota's motion *in limine* to exclude the expert testimony of Graham A. Davis [D.I. 873] is DENIED without prejudice to refiling.

7. Cliffs' and Cliffs Minnesota's motion *in limine* to exclude the expert testimony of J. Douglas Zona [D.I. 876] is DENIED without prejudice to refiling.

**Dated: October 8th, 2024**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**