**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC., *et al.*,<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 16-11626 (CTG)<br><br>Jointly Administered |
| MESABI METALLICS COMPANY LLC,<br><br>Plaintiff,<br><br>v.<br><br>CLEVELAND-CLIFFS, INC., *et al.*,<br><br>Defendants. | Adv. Proc. No. 17-51210 (CTG)<br><br>**Related Docket Nos. 1098 & 1099** |

**ORDER REGARDING SCHEDULING OF FURTHER**
**PROCEEDINGS ON REMAND FROM THE THIRD CIRCUIT**

The Court is in receipt of the parties' correspondence with respect to the scheduling of further proceedings on remand from the Third Circuit [D.I. 1098 & 1099]. After reviewing the correspondence, the Court believes that it understands the parties' positions and does not need a hearing in order to establish an appropriate schedule. While it is true that Mesabi filed the motion to unseal, the Court believes that the party seeking to keep a document under seal bears the burden, under Section 107, of demonstrating that the material in question satisfies the applicable standard. The Court accordingly believes it would be most helpful to the Court to begin with a presentation from Cliffs with respect to its argument as to why that standard is met here. Accordingly, it is hereby ordered that:

2

1. Cliffs shall file an opening brief in support of the sealing of any material it believes is properly maintained under seal by May 30, 2025;

2. Mesabi shall file a responsive brief by June 13, 2025;

3. Cliffs shall file a reply brief by June 20, 2025; and

4. The Court will hold an evidentiary hearing on the dispute at 10:30 a.m. on June 24, 2025.

Dated: May 16, 2025

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE