# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1]<br><br>        Reorganized Debtors. | Chapter 11<br><br>Case No. 16-11626 (CTG)<br><br>(Jointly Administered) |
| MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC),<br><br>        Plaintiff,<br><br>   v.<br><br>CLEVELAND-CLIFFS INC., *et al.,*<br><br>        Defendants. | Adv. Proc. No. 17-51210 (CTG) |
| CLEVELAND-CLIFFS INC., et al.,<br><br>        Counterclaim-Plaintiffs,<br><br>   v.<br><br>MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC),<br><br>        Counterclaim-Defendant. | |
| CLEVELAND-CLIFFS INC., et al.,<br><br>        Third-Party Plaintiffs<br><br>   v.<br><br>CHIPPEWA CAPITAL PARTNERS, LLC,<br><br>        Third-Party Defendant. | |

---

[1] Essar Steel Minnesota LLC has changed its name to Mesabi Metallics Company LLC. The last four digits of its federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
STATUS CONFERENCE ON JUNE 20, 2025 AT 2:00 P.M. (ET)[2]**

> **This proceeding will be conducted remotely via Zoom**
>
> Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements.
>
> **Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing** unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

I. **MATTER GOING FORWARD**

    1.    Status Conference Requested by the Court Regarding Adversary Proceeding No. 17-51210-CTG

        Related Documents:

        a.    Order Regarding Scheduling of Further Proceedings on Remand from the Third Circuit [Date Entered: 5/16/25; D.I. 1101]

        Response Deadline:    n/a

        Responses Received:    n/a

        Status: Status conference will be going forward in the above adversary proceeding.

---

[2] The Hearing will take place exclusively by Zoom.

| | |
|---|---|
| Dated:  June 18, 2025<br>            Wilmington, Delaware | BAYARD, P.A.<br><br>*/s/ GianClaudio Finizio*<br>GianClaudio Finizio (No. 4253)<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>E-mail:  gfinizio@bayardlaw.com<br><br>*Counsel to Mesabi Metallics Company LLC* |