

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**CHARLOTTE**
CARILLON TOWER

**Michael S. Neiburg**
P 302.576.3590
mneiburg@ycst.com

August 4, 2025

<u>**VIA ECF FILING & EMAIL**</u>

The Honorable Craig T. Goldblatt
United States Bankruptcy Court for the District of Delaware
824 North Market Street
3rd Floor, Courtroom No. 7
Wilmington, DE 19801

    Re:  <u>Mesabi Metallics Co. LLC v. Cleveland-Cliffs Inc. et al.</u>

Dear Judge Goldblatt:

  Defendants Cleveland-Cliffs Inc. and Cleveland-Cliffs Minnesota Land Development LLC (collectively, "Cliffs") respectfully submit this unopposed letter motion for leave to present remote testimony, pursuant to this Court's Chambers Procedures and consistent with the discussion at this past Friday's Status Conference. At the conference, counsel discussed with the Court the need for a substitute witness and the unavailability of Cliffs' proffered substitute witness, Gabriel Johnson, to testify in person at the evidentiary hearing scheduled for next Monday, August 11, at 10:00 A.M. in Delaware due to previously scheduled family commitments and his location in the upper peninsula of Michigan. <u>See generally</u> Adv. D.I. 1118. Recognizing the circumstances at issue, the Court requested that the parties discuss alternatives that would allow Cliffs to present its proffered witness' testimony, consistent with the Federal Rules, and for the hearing to proceed as scheduled. <u>Id.</u> Following the Court's guidance, the parties have met and conferred, and Cliffs now hereby requests, pursuant to Fed. R. Civ. P. 43(a), that the Court permit Cliffs' witness to testify remotely by Zoom videoconference as there is "good cause in compelling circumstances." Counsel for Mesabi has been contacted regarding this request and consents to the relief sought in this letter motion.

  Therefore, for the reasons stated on the record during the August 1, 2025, status conference, <u>see</u> Adv. D.I. 1118 (beginning at 2:20 in the audio), Cliffs respectfully requests that the Court grant permission for its witness to participate in the August 11, 2025 hearing remotely pursuant to Fed. R. Civ. P. 43(a). Cliffs and its witness are prepared to coordinate with courtroom staff to ensure such remote testimony proceeds smoothly without technical disruption

33424272

Young Conaway Stargatt & Taylor, LLP
The Honorable Craig T. Goldblatt

Page 2

or delay and with appropriate safeguards.  A proposed order to this effect is attached to this letter
as Exhibit A.

Respectfully yours,

*/s/ Michael S. Neiburg*
Michael S. Neiburg

MSN

Attached:  Proposed Order

# Exhibit A

# <u>Proposed Order</u>

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1] | Case No. 16-11626 (CTG) |
| Reorganized Debtors. | (Jointly Administered) |

| | |
|---|---|
| MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC), | Adv. Proc. No. 17-51210 (CTG) |
| Plaintiff, | |
| v. | |
| CLEVELAND-CLIFFS INC., *et al*., | |
| Defendants. | |

| |
|---|
| CLEVELAND-CLIFFS INC., *et al*., |
| Counterclaim-Plaintiffs, |
| v. |
| MESABI METALLICS COMPANY LLC, |
| Counterclaim-Defendant. |

| |
|---|
| CLEVELAND-CLIFFS INC., *et al*., |
| Third-Party-Plaintiffs, |
| v. |
| CHIPPEWA CAPITAL PARTNERS, LLC; and THOMAS M. CLARKE, |
| Third-Party-Defendants. |

### ORDER REGARDING REMOTE APPEARANCE AT EVIDENTIARY HEARING

Upon consideration of Defendants Cleveland-Cliffs Inc. and Cleveland-Cliffs Minnesota Land Development LLC's (collectively, "Cliffs") unopposed letter motion for remote participation of a witness at the evidentiary hearing scheduled for August 11, 2025 at 9:00 A.M., and having

---

[1] Essar Steel Minnesota LLC has changed its name to Mesabi Metallics Company LLC.  The last four digits of its federal taxpayer identification number are 8770.

heard from the parties at a status hearing on August 1, 2025, the Court finds that good cause in compelling circumstances exists to allow remote participation of a witness at the aforementioned evidentiary hearing.  Therefore,

IT IS HEREBY ORDERED:

      1.    Cliffs' letter motion is GRANTED as set forth herein.

      2.    Cliffs may present Gabriel Johnson as a remote witness via Zoom videoconferencing for contemporaneous transmission for the August 11, 2025 evidentiary hearing.