# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1]<br><br>        Reorganized Debtors. | Chapter 11<br><br>Case No. 16-11626 (CTG)<br><br>(Jointly Administered) |
| MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC),<br><br>        Plaintiff,<br><br>   v.<br><br>CLEVELAND-CLIFFS INC., *et al.*,<br><br>        Defendants. | Adv. Proc. No. 17-51210 (CTG) |
| CLEVELAND-CLIFFS INC., *et al.*,<br><br>        Counterclaim-Plaintiffs,<br><br>   v.<br><br>MESABI METALLICS COMPANY LLC,<br><br>        Counterclaim-Defendant. | |
| CLEVELAND-CLIFFS INC., *et al.*,<br><br>        Third-Party-Plaintiffs,<br><br>   v.<br><br>CHIPPEWA CAPITAL PARTNERS, LLC; and THOMAS M. CLARKE,<br><br>        Third-Party-Defendants. | |

## ORDER REGARDING REMOTE APPEARANCE AT EVIDENTIARY HEARING

Upon consideration of Defendants Cleveland-Cliffs Inc. and Cleveland-Cliffs Minnesota Land Development LLC's (collectively, "Cliffs") unopposed letter motion for remote participation of a witness at the evidentiary hearing scheduled for August 11, 2025 at 9:00 A.M., and having

---

[1] Essar Steel Minnesota LLC has changed its name to Mesabi Metallics Company LLC. The last four digits of its federal taxpayer identification number are 8770.

heard from the parties at a status hearing on August 1, 2025, the Court finds that good cause in compelling circumstances exists to allow remote participation of a witness at the aforementioned evidentiary hearing. Therefore,

IT IS HEREBY ORDERED:

1. Cliffs' letter motion is GRANTED as set forth herein.

2. Cliffs may present Gabriel Johnson as a remote witness via Zoom videoconferencing for contemporaneous transmission for the August 11, 2025 evidentiary hearing.

**Dated: August 4th, 2025**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**