# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1]<br><br>        Reorganized Debtors. | Chapter 11<br><br>Case No. 16-11626 (CTG)<br><br>(Jointly Administered) |
| MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC),<br><br>        Plaintiff,<br><br>    v.<br><br>CLEVELAND-CLIFFS INC., *et al.,*<br><br>        Defendants. | Adv. Proc. No. 17-51210 (CTG) |
| CLEVELAND-CLIFFS INC., et al.,<br><br>        Counterclaim-Plaintiffs,<br><br>    v.<br><br>MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC),<br><br>        Counterclaim-Defendant. | |
| CLEVELAND-CLIFFS INC., et al.,<br><br>        Third-Party Plaintiffs<br><br>    v.<br><br>CHIPPEWA CAPITAL PARTNERS, LLC,<br><br>        Third-Party Defendant. | |

---

[1] Essar Steel Minnesota LLC has changed its name to Mesabi Metallics Company LLC. The last four digits of its federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON AUGUST 11, 2025 AT 10:00 A.M. (ET)**

---

**This proceeding will be conducted in-person.**

All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements.

**Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing** unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

---

**I.    MATTER GOING FORWARD**

1. [SEALED] Brief of Defendants Cleveland-Cliffs Inc. and Cleveland-Cliffs Minnesota Land Development LLC Regarding Unsealing Under Section 107 [Date filed: 5/30/25; D.I. 1102]

   Related Documents:

   a. (REDACTED) Brief of Defendants Cleveland-Cliffs Inc. and Cleveland-Cliffs Minnesota Land Development LLC Regarding Unsealing Under Section 107 [Date filed: 6/18/25; D.I. 1107]

   Response Deadline:    June 13, 2025

   Responses Received:

   a. [SEALED] Mesabi's Brief in Opposition to Defendants Cleveland-Cliffs Inc. and Cleveland-Cliffs Minnesota Land Development LLC's Brief Regarding Sealing Under Section 107 [Date filed: 6/13/25; [D.I. 1103]

   b. (REDACTED) Mesabi's Brief in Opposition to Defendants Cleveland-Cliffs Inc. and Cleveland-Cliffs Minnesota Land Development LLC's Brief Regarding Sealing Under Section 107 [Date filed: 6/20/25; D.I. 1109]

Reply:

    a. [SEALED] Reply Brief of Defendants Cleveland-Cliffs Inc. and Cleveland-Cliffs Minnesota Land Development LLC Regarding Unsealing Under Section 107 [Date filed: 6/20/25; D.I. 1108]

    b. (REDACTED) Reply Brief of Defendants Cleveland-Cliffs Inc. and Cleveland-Cliffs Minnesota Land Development LLC Regarding Unsealing Under Section 107 [Date filed: 6/30/25; D.I. 1112]

Status: The evidentiary hearing on this matter is going forward.

## II.  RESOLVED MATTER

2. Letter to the Honorable Craig T. Goldblatt Regarding Unopposed Letter Motion for Remote Participation at August 11, 2025 Hearing [Date filed: 8/4/25; D.I. 1119]

    Related Documents:

        a. Order Regarding Remote Appearance at Evidentiary Hearing [Date entered: 8/4/25; D.I. 1120]

    Response Deadline: NA

    Responses Received: None.

    Status: This matter has been resolved.


| | |
|---|---|
| Dated: August 7, 2025<br>Wilmington, Delaware | BAYARD, P.A.<br><br>*/s/ GianClaudio Finizio*<br>GianClaudio Finizio (No. 4253)<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>E-mail: gfinizio@bayardlaw.com<br><br>*Counsel to Mesabi Metallics Company LLC* |

