# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1]<br><br>        Reorganized Debtors. | Chapter 11<br><br>Case No. 16-11626 (CTG)<br><br>(Jointly Administered) |
| MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC),<br><br>        Plaintiff,<br><br>   v.<br><br>CLEVELAND-CLIFFS INC., *et al.,*<br><br>        Defendants. | Adv. Proc. No. 17-51210 (CTG) |
| CLEVELAND-CLIFFS INC., et al.,<br><br>        Counterclaim-Plaintiffs,<br><br>   v.<br><br>MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC),<br><br>        Counterclaim-Defendant. | |
| CLEVELAND-CLIFFS INC., et al.,<br><br>        Third-Party Plaintiffs<br><br>   v.<br><br>CHIPPEWA CAPITAL PARTNERS, LLC,<br><br>        Third-Party Defendant. | |

---

[1] Essar Steel Minnesota LLC has changed its name to Mesabi Metallics Company LLC. The last four digits of its federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

**MESABI METALLICS COMPANY LLC'S WITNESS AND EXHIBIT LIST FOR THE HEARING SET FOR AUGUST 11, 2025**

Plaintiff Mesabi Metallics Company LLC ("Mesabi") hereby submits its witness and exhibit list for the hearing scheduled for August 11, 2025 (the "Hearing") in connection with *Brief of Defendants Cleveland-Cliffs Inc. and Cleveland-Cliffs Minnesota Land Development LLC Regarding Unsealing Under Section 107* [Date Filed: 5/30/25; D.I. 1102].

**EXHIBIT LIST**

| Exhibit No. | Document Description |
|---|---|
| 1 | Press release entitled *Cliffs Natural Resources Inc. Enters into a Definitive Agreement to Sell its Logan County Coal to Coronado Coal II LLC*, dated December 3, 2014 |
| 2 | Testimony of Lourenco Goncalves, Chairman, President & Chief Executive Officer, Cleveland Cliffs Inc., before the Congressional Steel Caucus, dated July 20, 2022 |
| 3 | Report entitled *Technical Report Summary on the Hibbing Taconite Property, Minnesota, USA S-K 1300 Report*, dated February 7, 2022 |
| 4 | Report entitled *Technical Report Summary on the United Taconite Property, Minnesota, USA S-K 1300 Report*, dated February 7, 2022 |
| 5 | A screenshot of *North American Rail Carriers*, an interactive online map maintained by the Canadian National Railway Company, as it appeared on August 5, 2025 |
| 6 | Cleveland-Cliffs Inc. Form 10-K for the fiscal year ended December 31, 2006 |
| 7 | Cliffs Natural Resources Inc. Form 10-K for the fiscal year ended December 31, 2016 |
| 8 | Cleveland-Cliffs Inc. Form 10-K for the fiscal year ended December 31, 2019 |
| 9 | Cleveland-Cliffs Inc. Form 10-K for the fiscal year ended December 31, 2020 |
| 10 | Cleveland-Cliffs Inc. Form 10-K for the fiscal year ended December 31, 2022 |
| 11 | Cleveland-Cliffs Inc. Form 10-K for the fiscal year ended December 31, 2024 |
| 12 | *Minnesota Freight Railroad Map*, a publication of the Minnesota Department of Transportation's Office of Freight and Commercial Vehicle Operations, dated September 2022 |
|  | Any other document or pleading filed in these bankruptcy cases. |
|  | Any exhibit necessary for impeachment and/or rebuttal purposes |
|  | Any exhibit identified or offered by any other party. |

**WITNESSES**

Mesabi does not presently intend to present live testimony from or on behalf of representatives of Mesabi, but reserves the right to do so. Furthermore, Mesabi reserves the right to call or cross-examine witnesses or representatives from Cleveland-Cliffs Inc., including Gabriel Johnson, Land Administration Manager for Cleveland-Cliffs Inc.

**RESERVATION OF RIGHTS**

In addition to the foregoing, Mesabi reserves the right to, *inter alia*: (i) amend or supplement the foregoing designations in all respects, including without limitation by using additional witnesses or exhibits, as necessary; (ii) call rebuttal witnesses to any fact witnesses disclosed or called by any party at the Hearing; (iii) to call any witnesses identified by any party at the Hearing; (iv) to add additional witnesses upon notice to the Court and the other parties to this matter; (v) to refer to any exhibit or pleading identified on any parties' exhibit list or offered by any party at the Hearing; and (vi) to add additional exhibits upon notice to the Court and other parties.

| | |
|---|---|
| Dated:  August 8, 2025<br>         Wilmington, Delaware | BAYARD, P.A.<br><br>*/s/ Steven D. Adler*<br>GianClaudio Finizio (No. 4253)<br>Steven D. Adler (No. 6257)<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>E-mail:  gfinizio@bayardlaw.com<br>            sadler@bayardlaw.com<br><br>*Counsel to Mesabi Metallics Company LLC* |