**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,<br>　　　　Reorganized Debtors. | Chapter 11<br>Case No. 16-11626 (CTG)<br>(Jointly Administered) |
| MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC),<br>　　　　Plaintiff,<br>　　v.<br>CLEVELAND-CLIFFS INC., *et al.*,<br>　　　　Defendants. | Adv. Proc. No. 17-51210 (CTG)<br><br>Re: Adv. D.I. 1097 |
| CLEVELAND-CLIFFS INC., *et al.*,<br>　　　　Counterclaim-Plaintiffs,<br>　　v.<br>MESABI METALLICS COMPANY LLC,<br>　　　　Counterclaim-Defendant. | |
| CLEVELAND-CLIFFS INC., *et al.*,<br>　　　　Third-Party-Plaintiffs,<br>　　v.<br>CHIPPEWA CAPITAL PARTNERS, LLC; and THOMAS M. CLARKE,<br>　　　　Third-Party-Defendants.[1] | |

**DEFENDANTS' WITNESS AND EXHIBIT LIST
FOR THE AUGUST 11, 2025 HEARING**

---

[1]　Counterclaim-Plaintiffs Cleveland-Cliffs Inc. and Cleveland-Cliffs Minnesota Land Development LLC respectfully disagree that their claims against Chippewa Capital Partners, LLC and Thomas M. Clarke are third-party claims rather than counterclaims in this action.

1

Defendants Cleveland-Cliffs Inc. and Cleveland-Cliffs Minnesota Land Development LLC (collectively, "Cliffs") hereby submit their initial witness and exhibit list for use at the hearing on August 11, 2025 at 10:00 A.M. [Adv. D.I. 1122].

## EXHIBITS

| Exhibit | Description |
| --- | --- |
| 1 | [SEALED] Exhibit 1 to the Declaration of Kristin S.M. Morrison in Support of Brief of Defendants Regarding Unsealing Under Section 107 [Adv. D.I. 1102] |
| 2 | [SEALED] Exhibit 2 to the Declaration of Kristin S.M. Morrison in Support of Brief of Defendants Regarding Unsealing Under Section 107 [Adv. D.I. 1102] |
| 3 | [SEALED] Exhibit 3 to the Declaration of Kristin S.M. Morrison in Support of Brief of Defendants Regarding Unsealing Under Section 107 [Adv. D.I. 1102] |
| 4 | [SEALED] Exhibit 4 to the Declaration of Kristin S.M. Morrison in Support of Brief of Defendants Regarding Unsealing Under Section 107 [Adv. D.I. 1102] |
| 5 | [SEALED] Exhibit 5 to the Declaration of Kristin S.M. Morrison in Support of Brief of Defendants Regarding Unsealing Under Section 107 [Adv. D.I. 1102] |
| 6 | [SEALED] Exhibit 6 to the Declaration of Kristin S.M. Morrison in Support of Brief of Defendants Regarding Unsealing Under Section 107 [Adv. D.I. 1102] |
| 7 | [SEALED] Exhibit 7 to the Declaration of Kristin S.M. Morrison in Support of Brief of Defendants Regarding Unsealing Under Section 107 [Adv. D.I. 1102] |
| 8 | [SEALED] Exhibit 8 to the Declaration of Kristin S.M. Morrison in Support of Brief of Defendants Regarding Unsealing Under Section 107 [Adv. D.I. 1102] |
| 9 | [SEALED] Exhibit 9 to the Declaration of Kristin S.M. Morrison in Support of Brief of Defendants Regarding Unsealing Under Section 107 [Adv. D.I. 1102] |
| 10 | [SEALED] Exhibit 10 to the Declaration of Kristin S.M. Morrison in Support of Brief of Defendants Regarding Unsealing Under Section 107 [Adv. D.I. 1102] |
| 11 | [SEALED] Exhibit 11 to the Declaration of Kristin S.M. Morrison in Support of Brief of Defendants Regarding Unsealing Under Section 107 [Adv. D.I. 1102] |
| 12 | [SEALED] Exhibit 12 to the Declaration of Kristin S.M. Morrison in Support of Brief of Defendants Regarding Unsealing Under Section 107 [Adv. D.I. 1102] |

| 13 | [SEALED] Exhibit 13 to the Declaration of Kristin S.M. Morrison in Support of Brief of Defendants Regarding Unsealing Under Section 107 [Adv. D.I. 1102] |
| --- | --- |
| 14 | [SEALED] Exhibit 14 to the Declaration of Kristin S.M. Morrison in Support of Brief of Defendants Regarding Unsealing Under Section 107 [Adv. D.I. 1102] |
| 15 | [SEALED] Exhibit 15 to the Declaration of Kristin S.M. Morrison in Support of Brief of Defendants Regarding Unsealing Under Section 107 [Adv. D.I. 1102] |
| 16 | [SEALED] Exhibit 16 to the Declaration of Kristin S.M. Morrison in Support of Brief of Defendants Regarding Unsealing Under Section 107 [Adv. D.I. 1102] |
| 17 | [SEALED] Exhibit 17 to the Declaration of Kristin S.M. Morrison in Support of Brief of Defendants Regarding Unsealing Under Section 107 [Adv. D.I. 1102] |
| 18 | [SEALED] Exhibit 18 to the Declaration of Kristin S.M. Morrison in Support of Brief of Defendants Regarding Unsealing Under Section 107 [Adv. D.I. 1102] |
| 19 | [SEALED] Declaration of Gabriel D. Johnson in Support of Defendants Cleveland-Cliffs Inc. and Cleveland-Cliffs Minnesota Land Development LLC's Briefing Regarding Unsealing Under Section 107 [Adv. D.I. 1124] |
| 20 | Form 10-K of Cleveland-Cliffs Inc., dated February 25, 2025. |

## WITNESSES

1. Gabriel D. Johnson, Director, Land Management, for Cliffs Mining Services Company. Pursuant to this Court's order of August 4, 2025 [Adv. D.I. 1120], Mr. Johnson will testify via Zoom videoconferencing and may be called to testify about the matters set forth in his sealed declaration and any other matters relevant to the redaction or sealing of materials submitted to the Court in connection with Mesabi's motion for a preliminary injunction.

## RESERVATION OF RIGHTS

Cliffs reserves the right to amend or supplement the foregoing designations in all respects, including without limitation by using supplemental deposition testimony, additional exhibits (including for rebuttal), and rebuttal witnesses, as necessary. Cliffs reserves the right to

supplement or amend its witness list and to call any witness identified or called by another party or the Court. Cliffs reserves the right to not use any exhibit, or to not call any witness, as identified herein.

[*remainder of page intentionally left blank*]

Dated: August 8, 2025          YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Michael S. Neiburg*
Michael S. Neiburg (No. 5275)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mneiburg@ycst.com

-and-

JONES DAY
Robert S. Faxon (admitted pro hac vice)
Kristin S.M. Morrison (admitted pro hac vice)
Brian K. Grube (admitted pro hac vice)
Brett Bell (admitted pro hac vice)
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114.1190
Telephone: +1.216.586.3939
Facsimile: +1.216.579.0212
E-mail: rfaxon@jonesday.com
kmorrison@jonesday.com
bkgrube@jonesday.com
bbell@jonesday.com

*Attorneys for Cleveland-Cliffs Inc.*