# SIGN-IN SHEET

JUDGE: Goldblatt    COURTROOM: 7

CASE NUMBER Ap: 17-51210 CASE NAME: - Mesabi Metallics Company LLC et al v. Cleveland-Cliffs, Inc. et al DATE: 8/11/2025 (10:00 AM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Kristin Morrison | Jones Day | Cliffs |
| Michael Neiburg | YCST | " |
| Steven Adler | Bayard | Mesabi |
| Eugene Hutchinson | White + Case | Mesabi |
| David Suggs | White + Case | Mesabi |
| Martin Toto | White + Case | Mesabi |

Mesabi Metallics v. Cleveland-Cliffs
17-51210

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Patrick | Glackin | Akin Gump Strauss Hauer & Feld LLP | | Audio Only |
| Uday | Gorrepati | | | Audio Only |
| Gabriel | Johnson | | Cliffs | Video and Audio |
| James | Pezzullo | White & Case LLP | Mesabi Metallics Company LLC | Video and Audio |
| James | Saywell | Jones Day | Cliffs | Video and Audio |
| Jacob | Thackston | Jones Day | Cliffs | Video and Audio |
| Jason | Veloso | | Cliffs | Video and Audio |
| Brenda | Walters | YCST | Cliffs | Video and Audio |