**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC., *et al.*,<br><br>Reorganized Debtors. | Chapter 11<br>Case No. 16-11626<br>(Jointly Administered) |
| MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC),<br><br>Plaintiff<br><br>v.<br><br>CLEVELAND-CLIFFS, INC., *et al.*,<br>Defendants. | Adv. No. 17-51210 (CTG)<br><br>**Related Docket No. 1131, 1132** |

## ORDER GRANTING IN PART AND DENYING IN PART MESABI METALLICS COMPANY LLC'S REQUEST TO UNSEAL CERTAIN DOCUMENTS UNDER 11 U.S.C. § 107

Upon consideration of Plaintiff Mesabi Metallics Company LLC ("Mesabi")'s request to unseal certain documents under 11 U.S.C. § 107 (the "Request"), and having considered briefing and submissions on the matter occasioned by Court order [D.I. 1102], and having heard evidence and argument at a public hearing [D.I. 1130], and for the reasons set forth in the Court's Memorandum Opinion [D.I. 1131], it is **HEREBY ORDERED THAT:**

1. The Request is **GRANTED IN PART** and **DENIED IN PART** as stated herein.

2. The Request to unseal information marked for redaction in Exhibit 3 to the Declaration of Kristin S.M. Morrison in Support of Brief of Defendants Cleveland-

2

Cliffs Inc. and Cleveland-Cliffs Minnesota Land Development LLC Regarding Unsealing Under Section 107 [D.I. 1102] ("Morrison Declaration") is **GRANTED IN PART**. The portions of Exhibit 3 comprising emails sent on July 24, 2015 at 3:03 PM, 3:32 PM, and 3:37 PM are **UNSEALED**.

3. The Request to unseal information marked for redaction in Exhibit 6 to the Morrison Declaration is **GRANTED**. Exhibit 6 is **UNSEALED IN FULL**.

4. The Request to unseal excerpts of certain deposition testimony discussed in D.I. 715, as noted in Exhibit 18 to the Morrison Declaration, is **GRANTED IN PART**.

    a. The excerpt of testimony from page 130 of Gabriel Johnson's 30(b)(6) deposition, as reproduced at D.I. 715 at 10, is **UNSEALED**.

    b. The excerpt of testimony from pages 113-14 of Gabriel Johnson's 30(b)(6) deposition, as reproduced at D.I. 715 at 10, is **UNSEALED**.

5. In all other respects, the Request is **DENIED**.

6. Within five business days of the expiration of any stay of the effective date of this Order, pursuant to paragraph 7 herein, Cliffs is directed to file new public versions of Exhibits 3 and 6 to the Morrison Declaration and of D.I. 715 that conform to the Court's ruling herein.

7. The effective date of this Order is **STAYED** for thirty (30) days. This Order shall take effect on November 3, 2025, unless further stayed by a court order.

Dated: October 3rd, 2025  
Wilmington, Delaware

CRAIG T. GOLDBLATT  
UNITED STATES BANKRUPTCY JUDGE